

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

SEAN MESCALL,

          *Plaintiff*

# 25 CV 02175

vs.

                        Individual and Official
                                    Capacity
                                    Jury Demand

No._____

KAIYLN WHITTINGHAM, ADEBUKOLA T. OGUNSANYA,
LETITIA JAMES, ALVIN BRAGG, MINJI KIM, ALEXANDER
SANYSHYN, HOPE KORENSTEIN, KELLY THOMAS, KOFI
SANSCULOTTE, JODIE KANE, JAMYLE DELGADO, KARI
SIEGENTHALER, LEILA MOHAMMED, KYLE BREEN, LUIS
CHUQUIRALAO, RYAN LEMON, KEVIN YORKE, MICHAEL WIGDOR,
JON REID, STEVE MORAN, OLIVIA SAVELL, CAROLINE SERINO,
CLARE FRANCESCO (*Individual Capacity*) MANHATTAN DISTRICT
ATTORNEYS OFFICE- NEW YORK COUNTY, and THE CITY OF NEW
YORK (*Official Capacity*)

          *Defendants*

---

**COMPLAINT FOR TORTIOUS INTERFERENCE WITH THE**
**ADMINISTRATION OF JUSTICE, CONSPIRACY TO INTERFERE WITH**
**and OBSTRUCT THE JUDICIAL PROCESS, DEPRIVATIONS OF DUE**
**PROCESS, FIRST AMENDMENT PROTECTIONS, REATALIATION,**
**RELATED CIVIL AND OTHER CONSTITUTIONAL RIGHTS**
**VIOLATIONS of CLEARLY ESTABLISHED FEDERAL LAW**

## PREFATORY I.

COMES NOW, plaintiff SEAN MESCALL by and through himself as a United

States Citizen (herein thereafter "MESCALL,") respectfully submits this Civil

Rights complaint pursuant to **42 U.S.C. § 1983** and **13.08 Section 1985(2) for equitable injunctive relief for violations of his** Constitutional Rights and related tort laws. This action against the Defendants acting under the color of state law, in individual and official capacities for tortious interference with the administration of justice, conspiracy to interfere with and obstruct the judicial process, Deprivations of Substantive and Procedural Due Process; First, Fourth, Fifth, Sixth and Fourteenth Amendment Protections against a citizen. **(see) U.S. CONST AMEND I, IV, V, VI, XIV.** From December 2023 until present, Defendants engaged in Unconstitutional actions to present a prejudicial narrative, solicit complaints from private persons in pursuit of a deprivation of liberty with a false inflamed premise to violate the conditions of Supervised Release of plaintiff. Mescall seeks injunctive relief, a hearing to protect his liberty and property interests and an order to enjoin any [1]venue transfers to any other federal district and appropriate monetary relief.

Mescall is afforded his full Constitutional rights to be protected without constraints, and with an equal opportunity to defend himself against bad actors who have and are continuously engaging in violations of clearly established Federal laws. Defendants are promulgating prejudicial inflammatory state charges, in violation of the United States Constitution to tip the balance of equities in their favor and impinge the liberty of Mescall. In support of this action, Plaintiff alleges the following:

## JURISDICTION AND VENUE II.

1. This Court has jurisdiction over the Plaintiff's federal civil rights claims under **28 U.S.C. § 1331**, as this case arises under the laws of the United States, specifically under **42 U.S.C. § 1983** and **13.08 Section 1985(2)**

---

[1] [T]he principles of federalism and comity, as outlined in Younger v. Harris, support the notion that federal courts should abstain from intervening in state court matters Turner v. Dellemo, 2016 U.S. Dist. LEXIS 37935. Therefore, the appropriate venue for addressing venue changes in state court proceedings is the state court itself, regardless of the accused's federal supervised release status.

2. This Court has supplemental jurisdiction over the Plaintiff's state law claims of tortious interference, deprivations of Constitutional Rights, conspiracy, and related claims pursuant to **28 U.S.C. § 1367(a),** as these claims arise from the same case or controversy against a **U.S. Citizen.**

3. Venue is proper in this Court pursuant to **28 U.S.C. § 1391(b)**[2] because the events giving rise to these claims occurred in the Southern District of New

---

[2] Under § 1391. Venue generally, venue for a civil action in federal court is determined based on three primary criteria. First, a civil action may be brought in a judicial district where any defendant resides, provided all defendants reside in the same state where the district is located. Second, venue is proper in a judicial district where a substantial part of the events or omissions giving rise to the claim occurred, or where a substantial part of the property that is the subject of the action is situated. Third, if there is no district in which an action may otherwise be brought as provided by the first two criteria, the action may be brought in any judicial district where any defendant is subject to the court's personal jurisdiction with respect to such action § 1391. Venue generally.

In the context of New York, case law such as Harvard Steel Sales, LLC v Bain, 188 A.D.3d 79 and Sandville v. Law Offices of David M. Schlachter, LLC, illustrates the application of these venue provisions. For instance, in Harvard Steel Sales, LLC v Bain, 188 A.D.3d 79, the court upheld the change of venue to New York County based on the defendant's residence, emphasizing the importance of the defendant's location in determining proper venue Harvard Steel Sales, LLC v Bain, 188 A.D.3d 79. Similarly, in Sandville v. Law Offices of David M. Schlachter, 2020 N.Y. Misc. LEXIS 21883, the court denied a motion to change venue from New York County to Rockland County, underscoring that a substantial part of the events giving rise to the claim occurred in New York County Sandville v. Law Offices of David M. Schlachter, 2020 N.Y. Misc. LEXIS 21883, Sandville v Law Offs. of David M. Schlachter, LLC, 2020 N.Y. Misc. LEXIS 10586.

These cases demonstrate the practical application of § 1391. Venue generally in determining venue based on the residence of defendants and the location of significant events related to the claim within New York Harvard Steel Sales, LLC v Bain, 188 A.D.3d 79, Sandville v. Law Offices of David M. Schlachter, 2020 N.Y. Misc. LEXIS 21883, Sandville v Law Offs. of David M. Schlachter, LLC, 2020 N.Y. Misc. LEXIS 10586.

York, and Defendants are residents, employees of the County of New York and the District Attorney's office, involving private persons, and conduct business within the district.

4. Defendant Mescall always is and was speaking on matters of public concern and as a citizen protected by the **U.S. CONST AMEND I, First**

**Amendment.**[3] Mescall is on supervised release transferred from the Western District of North Carolina to the Southern District of New York.[4]

---

[3] The Supreme Court has made clear that not all internal speech is unprotected, see Garcetti, 547 U.S. at 420, and accordingly some speech that is not "through channels available to citizens at large" must be free from retaliation.

Even [**28] when read together, the majority's two prongs permit readings that would allow retaliation against much speech that seems to me to require protection and to remain protected after Garcetti. This sits uneasily with the Supreme Court's repeated assertion that "the members of a community most likely to have informed and definite opinions" about an issue must "be able to speak out freely on such questions [*207] without fear of retaliatory dismissal." Pickering v. Bd. of Educ. of Twp. High Sch. Dist. 205, 391 U.S. 563, 572, 88 S. Ct. 1731, 20 L. Ed. 2d 811 (1968); accord Garcetti, 547 U.S. at 421. Consider Givhan, for example. In Givhan, a junior-high teacher had privately requested that the school principal make a number of administrative changes, all of which "reflect[ed] Givhan's concern as to the impressions on black students of the respective roles of whites and blacks in the school environment." Ayers v. W. Line Consol. Sch. Dist., 555 F.2d 1309, 1313 (5th Cir. 1977). Writing for a unanimous Supreme Court, then-Justice Rehnquist wrote that Givhan's speech was protected even though it consisted of a private, internal communication and even though the principal was a willing recipient of her speech. See Givhan, 439 U.S. at 415-16. [**29] Would Givhan come out the same way under the majority's framework? Givhan's speech concerned her students' opinions on the school's handling of racial issues, a matter that has serious pedagogical implications. Accordingly, it could be described as a "means to fulfill . . . [her] primary employment responsibility of teaching," and, thereby, as an effort to further her core duty of "effective teaching." Maj. Op. at **14-15** (internal quotation marks and citations omitted); cf. id. at **13** (citing Renken v. Gregory, 541 F.3d 769, 773 (7th Cir. 2008), for the proposition that any actions taken "for the benefit of students" and that "aid[] in the fulfillment of . . . teaching responsibilities" are within a teachers' duties). And it certainly was a private communication to a willing audience that a regular citizen likely could not access in the same way. As a result, I fear that some courts will conclude that speech like Givhan's would fail both prongs of the majority's test. But Garcetti specifically reaffirmed Givhan. See Garcetti, 547 U.S. at 420-21. **3**

Furthermore, the pragmatic concerns motivating Garcetti do not support such an expansive reading. Garcetti recognized the need for employers to have the freedom to "ensure that their employees' official communications are accurate, demonstrate sound judgment, and promote the employer's mission." Id. at 422-23. When an employee is engaged in speech that the "employer itself has commissioned or created," id. at 422, then the employee is acting as an agent or a mouthpiece of the employer, and the employer must have a substantial degree of control over the employee's execution of his responsibilities. If an employer could not discipline or fire an employee for the substance of his work product, the employer would be all but unable to function.

By contrast, when an employee's speech is not part of the implementation of the employer's business operations, the employer does not depend [**31] on "substantive consistency and clarity," id. at 422, in that speech. Instead, employers may well benefit from a narrowly defined exception to First Amendment protection, for an exemption that sweeps more broadly than necessary will likely encourage employees to make complaints publicly when they might otherwise be handled internally. See id. at 424 ("Giving employees an internal [*208] forum for their speech will discourage them from concluding that the safest avenue of expression is to state their views in public."). **4**

I would hold the scope of Garcetti to be coextensive with its prime concerns and to go no further. An employee's speech is "pursuant to official duties" when the employee is required to make such speech in the course of fulfilling his job duties. This necessitates a "practical" inquiry into each plaintiff's job duties. See id. at 424; see also Marable v. Nitchman, 511 F.3d 924, 932- 33 (9th Cir. 2007). [**32] I do not mean to suggest that speech must be explicitly envisioned in a job description or specifically requested by the employer; on this point I agree with the majority. See Maj. Op. at **17**. ("[S]peech can be "pursuant to" a public employee's official job duties even though it is not required by, or included in, the employee's job description, or in response to a request by the employer."). But it must be possible to say that the employer has "commissioned or created" the speech, Garcetti, 547 U.S. at 422--that the employer in some way relies on the speech made by the employee, as where the speech is an "official communications" or is used by the employer to "promote the employer's mission," id. at 423.

In Garcetti, for example, the plaintiff Richard Ceballos's responsibilities as a calendar deputy called for him "to advise his supervisor about how best to proceed with . . . pending case[s]." Id. at 421. The speech at issue involved a memo recommending that a case assigned to Ceballos be dismissed, which Ceballos was not authorized to do without his supervisor's approval. Brief of Petitioner at 4, Garcetti, 547 U.S. 410, 126 S. Ct. 1951, 164 L. Ed. 2d 689 (2006) (No. 04-473). The memo that Ceballos wrote was not merely [**33] related to his job duties, but rather it was the very thing he was paid by the Los Angeles County District Attorney's Office to do. Without Ceballos's competent advice and input, his employer could not function anywhere near as well. His employer therefore had a need to supervise the quality and content of that speech, and was entitled to discipline him accordingly.

As far as the record reflects, Appellees here did not in any way depend on Weintraub bringing union grievances or refraining from bringing them (subject, of course, to the requirement that speech not "disrupt[] the workplace," Cioffi v. Averill Park Cent. Sch. Dist. Bd. of Educ., 444 F.3d 158, 162 (2d Cir. 2006)). He may well have been in a position to file a grievance only because of his official duties, and the subject matter of

5. Defendant Mescall has standard but vague conditions of supervised release stemming from a collaterally estopped successive prosecution with essential elements of ultimate fact already litigated but was used to deprive his Liberty

6. Plaintiff Mescall is protected by **U. S. Constitution Amendments I, IV, V, VI, and XIV.**

## PARTIES AND FACTUAL BACKGROUND III.

7. Mescall has at all times complied with conditions of release. The defendants created a false premise, in concert with each other that was derived from unconstitutional deprivations of substantive and procedural due process causing severe emotional distress and jeopardizing his liberty interests.

8. Schemes to defraud that mirror a prejudicial narrative hinder the United States Constitution.

9. On March 5th 2025, the New York Criminal Coury Judge deprived Mescall of his 6th Amendment right to counsel by stating prejudicial inflammatory statements and did not assign counsel. The police that apprehended Mescall took his driver license and property of his wife without Due Process of Law. Mescall was not assigned counsel, did not get notice of the charges and was deprived Liberty being detained in violation of his 14th 4th and 5th Amendments stemming from a 1st Amendment right.

10. First Amendment activities are not crimes, do not give rise to committing any criminal activities, nor do they dilute a liberty nor property interest.

---

that grievance may have had the potential to further those duties, but neither of these facts establishes that he filed his grievance *pursuant* to his official duties.

(Weintraub v Bd. of Educ., 593 F3d 196, 206-208 [2d Cir 2010])
[4] United States v. Mescall, 2012 U.S. Dist. LEXIS 171715 (W.D.N.C., Dec. 4, 2012)

(United States v Mescall, 624 F App'x 103, 103 [4th Cir 2015])

11. Marbury v. Madison, 5 U.S. 137 | Supreme Court of the United States | Feb 24, 1803, | establishes the principle of judicial review, which allows courts to determine the constitutionality of legislative and executive actions.

12. Defendant Claire Francisco works for the U.S. Probation Office for the Southern District of New York. On March 5th, 2025, she violated Due Process protections of plaintiff by telling him to come to see her at the White Plains Federal Court house that led to a deprivation of liberty based on a false premise. Mescall was not afforded Due Process and these actions led to the inflammatory prejudicial first amendment charges from the state.

13. In the 2nd Circuit, a federal supervised release officer collaborating with state investigators and providing false information to a person accused of a state crime that is a constitutionally protected activity are liable. According to the case law, a probation officer's intentionally false report that a probationer violated the terms of his or her release can state a cause of action for deprivation of constitutional rights if the false information directly causes the loss of liberty. Additionally, the fabrication of evidence by a government officer that leads to a deprivation of liberty is a violation of constitutional rights Baker v. Spinner, 2019 U.S. Dist. LEXIS 126541.

14. Moreover, the case law indicates that even private citizens can be liable under § 1983. Civil action for deprivation of rights if they intentionally provide false information to instigate an arrest by law enforcement officials, thereby invoking the state's power to violate a citizen's constitutional rights Pukhovich v. City of New York, 2018 U.S. Dist. LEXIS 167026. This principle can be extended to federal officers acting in collaboration with state investigators.

Therefore, if a federal supervised release officer provides false information

that leads to the deprivation of a person's constitutional rights, such as being falsely accused of a crime, this could form the basis of a claim under § 1983. Civil action for deprivation of rights for the violation of constitutional rights Baker v. Spinner, 2019 U.S. Dist. LEXIS 126541, Pukhovich v. City of New York, 2018 U.S. Dist. LEXIS 167026.

15. In New York, state investigators including the defendants are restricted from soliciting the public before a formal indictment is charged if such actions could interfere with a fair trial or prejudice the administration of justice. According to S&E D NY USDC Criminal LR 23.1, lawyers, government agents, and police officers involved in a criminal investigation must refrain from making extrajudicial statements that go beyond the public record or are not necessary to inform the public about the investigation, describe its general scope, obtain assistance in apprehending a suspect, warn the public of dangers, or otherwise aid in the investigation, if there is a substantial likelihood that such dissemination will interfere with a fair trial or prejudice the administration of justice Local Criminal Rule 23.1. Free Press -- Fair Trial Directives.

16. Similarly, ND NY USDC L.R. Cr. P. 23.1 also emphasizes that lawyers and associated personnel must avoid making public statements that could interfere with a fair trial or prejudice the administration of justice, except for necessary communications to inform the public about the investigation or to aid in the investigation 23.1 Free Press- Fair Trial Directives.

17. Plaintiff, Sean Mescall, is a Caucasian citizen of the United States on federal supervised release and is married to a Jamaican African American woman. Mescall who works with and now married to her whereas she runs a cleaning company[5] and a resident of Newburgh NY. Plaintiff's rights were violated by

---

[5] Memberships

8

the Defendants as described herein. Plaintiff Sean Mescall, a former stockbroker starting from age 18, and a registered representative for 8 years (CRD # 2911059).[6]

18. Mescall was charged in 2009 by the state of North Carolina for unregistered securities and unlawful telephone rooms in connection with a Ponzi style Forex Fund. That arrest gave rise to a court order to cooperate fully and to cease conduct alleged for securities fraud, wire fraud and money laundering. On 06-15-2010, the Court found Mescall in **contempt** [7] and referred for Criminal contempt. Indeed in 2010, the Obama-Holder administration charged Mescall with that conduct as a Ponzi scheme under the Madoff scandal era and convicted Mescall at trial two years after pleading guilty. The district court allowed for that estopped, fully litigated and sentenced conduct as essential elements involved in violating that court order *ipso facto* bypassing [8]**Supreme** Court precedent prohibiting multiple prosecutions for the same offense. In truth and fact, Mescall never committed the crimes twice. But the District Court in Charlotte North Carolina did not care. Mescall at the time, did not know how to fight legally and exhausted his appeals incorrectly. On its face, Mescall is the sole person charged with alleged criminal offenses, including Grand Larceny, Scheme to **defraud**, [9] and engaging in the unauthorized practice of law in the state of New York to fit a narrative that

---

[6] s://files.brokercheck.finra.org/individual/individual_2911059.pdf
[7] ttps://casetext.com/case/mescall-v-united-states-3
[8] **United States v. Dixon, 509 U.S. 688 (1993)**

The Double Jeopardy Clause's protection attaches in Non summary criminal contempt prosecutions just as it does in other criminal prosecutions. In the contexts of both multiple punishments and successive prosecution, the double jeopardy bar applies if the two offenses for which the defendant is punished or tried cannot survive the "sameelements" or "*Block burger*" test. See, e. g., *Blockburger* v. *United States,* 284 U. S. 299, 304. That test inquires whether each offense contains an element not contained in the other; if not, they are the "same offence" within the Clause's meaning, and double jeopardy bars subsequent punishment or prosecution. The Court recently held in *Grady* that in addition to passing the *Blockburger* test, a subsequent prosecution must satisfy a "same-conduct" test to avoid the double jeopardy bar. That test provides that, "if, to establish an essential element of an offense charged in that prosecution, the government will prove conduct that constitutes an offense for which the defendant has already been prosecuted," a second prosecution may not be had. 495 U. S., at 510. Pp.694-697.

[9] Man, 46, indicted for posing as attorney, stealing $200K from clients: Manhattan DA

defendants were aware of, simply by doing a Google search. However, Mescall's legal and Constitutional rights are being violated through the prejudicial conspiratorial actions of the Defendants, leading to various violations of Constitutional rights as described below.

19. Defendant(s) Alvin L. Bragg Jr. is the New York County Manhattan District [10]**Attorney** and is sued in his individual capacity under *42 U.S.C. § 1983*. He prioritizes **Caucasian white**[11] collar alleged **crimes.**[12]

20. Defendant Minji Kim and Alexander Sanyshyn (Financial Frauds Bureau) are the same and handling the financial portion of the Unconstitutionally deprived action under Assistant D.A.s Hope Korenstein who works directly under Alvin L. Bragg Jr who works under Trump hater Letisa James.

21. Defendant Leticia James campaigned and aggressively pursues and hates the Honorable President of the **United States Donald J. Trump.** [13] James acts under the color of state law as Attorney General, overseas defendants and is sued in her individual and official capacity.

22. Defendant Bragg is responsible for the prosecution of criminal matters within Manhattan, New York, and for the proper enforcement of laws and regulations. Defendant Bragg prioritizes white collar alleged crimes by Caucasians according to his own websites.

23. Defendants issued a search warrant on December 6th, 2023, to emails and filed belonging to Plaintiff.

24. Defendants Kofi Sansculotte (Bureau Chief of the Financial Frauds Bureau), and Executive Assistant D.A. Jodie Kane (Chief of the Investigation Division)

---

[10] White Collar Crime – Manhattan District Attorney's Office
[11] Arrests And Crime Victims By Race And Ethnicity | Crime in America.Net
[12] UCR White Collar Crime Measurement
[13] Letitia James' Words Come Back to Haunt Her | Law & Crime

are being sued in their individual capacity but work under Bragg and Korenstein.

25. Defendants KELLY THOMAS, KOFI SANSCULOTTE, JODIE KANE, JAMYLE DELGADO, KARI SIEGENTHALER, LEILA MOHAMMED, KYLE BREEN, LUIS CHUQUIRALAO, RYAN LEMON, KEVIN YORKE, MICHAEL WIGDOR, JON REID, STEVE MORAN, OLIVIA SAVELL, CAROLINE SERINO, are all residents of the Souther District and New York or New Jersey. They all work under the color of state law under the direction of Hope Korenstein, Kim Sanyshyn and Alvin Bragg. Defendants all participated in the pursuit against Mescall and engaged in misconduct, solicited alleged victims to fit a narrative with crimes alleged in a prejudicial manner and not with an equal hand.

26. Defendant Kaylin L. Whittingham is a former New York State Commissioner on Ethics and Lobbying in Government and a Referee for the New York State Commission on Judicial Conduct. She is the principal of Whittingham Law, where she concentrates her practice on Legal Ethics and Professional Responsibility. Prior to private practice, she served as counsel at the Attorney Grievance Committee, First Judicial Department where she investigated and prosecuted a wide array of professional misconduct cases under Alvin Bragg. Kaylin served under Honorable Milton Tingling, Supreme Court for the State of New York, New York County. She started her legal career in the Litigation Bureau of the New York State Attorney General's Office. Kailyn is a registered attorney in New York, New Jersey and the Southern District of New York, individual engaged in misconduct, obstruction, and manipulation of the judicial process. Defendant Whittingham is sued in both her individual

11

capacity and in any official capacity she holds under 42 U.S.C. § 1983 and [14]13.08 Section 1985(2).

27. Behind the scenes NON -Citizen attorney of New York and New Jersey Defendant ADEBUKOLA TITILUPE OGUNSANYA an individual from Lagos Nigeria, is sworn in two state courts and has *"15 years' experience in intellectual property law"* according to Lawyer.com, continues to engage and engaged in the obstruction and manipulation of the judicial process, has profited significantly including actions directly related to interfering with the Plaintiff's rights.

28. At ALL times, Defendant Ogunsanya was and is in the possession of and control of all electronic equipment and cell phones purchased in plaintiff's name. Ogunsanya created a history over the course of the scheme to evade legal duty and responsibility as she profited significantly and is sued in individual and related capacities.

29. Mescall always was not afforded Due Process and is retaliated against for his Conservative and First Amendment protections.

## FACTUAL ALLEGATIONS IV

---

[14] Section 1985(2) of Title 42 of the United States Code creates a cause of action for specific types of conspiracies. The first clause of this subsection addresses conspiracies to deter, by force, intimidation, or threat, any party or witness from attending or testifying in federal court, or to injure them for having done so. This clause does not require a showing of class-based, invidiously discriminatory animus Raffaele v. City of New York, 144 F. Supp. 3d 365, Garcia v. Paylock, 2014 U.S. Dist. LEXIS 10568, Langton v. Town of Chester Library Bd., 2020 U.S. Dist. LEXIS 96533.

The second clause of Section 1985(2) pertains to conspiracies to obstruct the due course of justice in state courts with the intent to deny any citizen the equal protection of the laws, or to injure them for lawfully enforcing or attempting to enforce the right of any person to the equal protection of the laws. This clause requires a showing of class-based, invidiously discriminatory animus Raffaele v. City of New York, 144 F. Supp. 3d 365, Garcia v. Paylock, 2014 U.S. Dist. LEXIS 10568, Langton v. Town of Chester Library Bd., 2020 U.S. Dist. LEXIS 96533.

In summary, Section 1985(2) covers conspiracies to obstruct justice in both federal and state courts, with the first clause focusing on federal court proceedings without the need for discriminatory intent, and the second clause focusing on state court proceedings with a requirement for discriminatory intent Raffaele v. City of New York, 144 F. Supp. 3d 365, Garcia v. Paylock, 2014 U.S. Dist. LEXIS 10568, Langton v. Town of Chester Library Bd., 2020 U.S. Dist. LEXIS 96533.

30. On or about April 2022, Plaintiff Sean Mescall was charged for allegedly posing as a licensed attorney and defrauded clients out of approximately $200,000 by falsely representing his legal qualifications. Mescall's First Amendment rights were violated and has not been afforded Due Process. Mescall was arrested on Ash Wednesday or about March 5, 2025, based on prejudicial charges of Grand Larceny and practicing law without being admitted to the bar in New York. At all times, Mescall was not in possession nor control of any computer equipment nor applications connected to the electronics used to impinge his Liberty and move to set a violation of supervised release.

31. During the investigation and subsequent prosecution, Defendant Whittingham who *referred a criminal* prosecution at the direction of Ogunsanya, both engaged in significant misconduct. Whittingham who controls "The Legal Ethics Lab," (see) *exhibit A;* accepted a **$500** disputed point of sale (pos) fee that was knowingly involved with the alleged scheme to defraud. Judicial State commissioner advised Ogunsanya how to protect herself -as her fellow black women attorney- to shift blame under a prejudicial narrative onto Mescall. They actively interfered with the judicial process, placing Mescall as the sole perpetrator of the crimes to divert attention away from their own involvement.

32. Specifically, Defendants Whittingham and Ogunsanya, [15]through their control over critical evidence (such as computers and cell phones), manipulated and

---

[15] In New York, an attorney who knowingly uses a debit card tied to a bank account involved in a grand larceny charge and is aware of the criminal conduct can be considered guilty of several offenses. Under § 487. Misconduct by attorneys., an attorney who engages in deceit or collusion with the intent to deceive any party or the court is guilty of a misdemeanor and may be liable for treble damages to the injured party § 487. Misconduct by attorneys.. Additionally, NY CLS Rules Prof Conduct R 8.4 prohibits lawyers from engaging in illegal conduct that adversely reflects on their honesty, trustworthiness, or fitness as a lawyer, as well as

obstructed the investigation. These devices, which were always in Ogunsanya's possession, controls and contained evidence that could have exonerated Mescall or implicated Ogunsanya in the fraudulent scheme. Mescall, who had been arrested without any such devices on his person, while Ogunsanya was in control, used Mescall's name, and had email applications in control and Mescall was unfairly blamed for the allegations, solely due to his prior felony conviction for securities fraud contempt. Yet the overwhelming evidence shows that (1.) and dishonesty by any attorney including prosecutors, violates *inter alia,* the state and US Constitution. (2.) the debit cards taken from Mescall on the day of arrest March 5th, 2025, were brand new cards, had different numbers because Ogunsanya was in possession of the ones who are involved in the alleged crimes she shifted blame to Mescall.

33. Ogunsanya controlled the email accounts, Clio, and bank cards tied to the alleged scheme. Ogunsanya used emails in the name of Mescall and even sent emails to herself reflecting work to do and not using her name. Infact, she set up her NYSCEF account with an email in Mescall's name and controlled the

---

conduct involving dishonesty, fraud, deceit, or misrepresentation NY CLS Rules Prof Conduct R 8.4, Misconduct.

Furthermore, if the attorney's actions involve financial transactions with the proceeds of criminal conduct, they could be charged with money laundering under § 470.05. Money laundering in the fourth degree, which criminalizes conducting financial transactions with the intent to promote criminal conduct or conceal the nature of the proceeds § 470.05. Money laundering in the fourth degree. The attorney's knowledge and participation in the criminal conduct, as well as their use of the funds, could also lead to charges of grand larceny if they wrongfully take or withhold property with the intent to deprive the owner § 155.05. Larceny; defined,.

In the case of People v. Romer, 203 A.D.2d 206, an attorney was convicted of grand larceny and other charges for misappropriating client funds and using them for personal loans, demonstrating that attorneys can be held criminally liable for such conduct People v. Romer, 203 A.D.2d 206. Similarly, in People v. Stephens, 118 A.D.3d 455, the court affirmed the conviction of an individual who knowingly possessed stolen funds and used them for personal benefit, indicating that knowledge and use of illicit funds can lead to criminal liability People v. Stephens, 118 A.D.3d 455. Therefore, the attorney in question could indeed be tainted and guilty if they knowingly used the debit card tied to the criminal conduct.

filings. Ogunsanya created the employment contracts for herself and others and even used her own personal email to do it. Even after only Mescall was charged, Ogunsanya stilled controlled and used emails in multiple names. Whittingham was informed by Ogunsanya and that she needed a scapegoat, but Whittingham processed the fees through her Legal Ethics Lab and promulgated a criminal referral tainted with a prejudicial narrative.

34. The misconduct of Whittingham and Ogunsanya was part of a broader scheme, where Ogunsnaya profited substantially—reportedly a six-figure salary in one year—while Mescall was charged. At all times behind the scenes attorney Ogunsnaya knew Mescall, knew his past, and created a trail and narrative to profit and squash Mescall. Ogunsanya used Mescall's Amazon account many times where it shows Mescall's name and family names and addresses. A google search brings up the family in plain sight. Whittingham who knew about the allegations, used her connections with the defendants acting under the color of state law listed herein to shift the blame to Mescall, leveraging his criminal record to manipulate the public narrative, gather public complaints and avoid scrutiny themselves.

35. The actions of Defendants Whittingham and Ogunsanya, as described above, constitute a deliberate indifference to their oaths, conspiracy to obstruct justice and interfere with the proper administration of the judicial process, with the goal of protecting their own illegal activities, framing Mescall for alleged crimes he could not fully commit.

36. These actions deprived Plaintiff of his constitutional rights, including the right to a fair trial, due process of law, and rights under the Fourth and Fourteenth Amendments.

37. Defendants alleged in state court paperwork "a scheme to defraud." While Ogunsanya has all the money and controlled all emails and phones.

38. Plaintiff Mescall engaged in First Amendment protected speech as well as the right to contract with impunity and without interference from state or federal governments under the United States Constitution.

39. Defendants' actions caused Plaintiff significant harm, including prejudicial reputational damage, mental anguish, and emotional distress. Defendants' motives are clear, blame the prejudicial narrative to escape liability.

40. Plaintiff Mescall did not enrich himself, Ogunsanya did.

41. Defendant non-citizen black women Ogunsanya is 15 years experienced in intellectual property, while Mescall was engaging in Constitutional rights.

42. Defendant Ogunsanyas LinkedIn page says she has been working with Mascall and Prospection Law since 2019. It says she has 15 years' experience with intellectual property but claims ignorance as to Mescall.

43. Plaintiff Mescall was incarcerated until August 2023.

44. Mescall attempted to find employment with law firms but could not until Ogunsnaya agreed to do all the work behind the scenes and escape liability.

Mescall took the offer and was directed by Ogunsanya to speak and gather new clients and open bank accounts. Ogunsanya was in control, not Mescall.

45. Mescall in 2023, met his wife who is black and a commercial cleaner, power washer in New York and began working with her. They will be married on April 4th, 2025, 1 year.

46. 45. On Mescall's birthday, behind the scenes attorney Ogunsanya sent a Mescall an email to:*smescall@prospectionlaw.com*

47. At all times, Ogunsanya forwarded emails to herself and the email containing attorneymescall she used on her NYSCEF. *(SEE) EXHIBIT B1*

48. On 03/13/2025, at 1:27 AM, Ogunsanya logs into her 401k plan she created to withdraw alleged stolen funds. (see) exhibit B2.

49. ADP payroll and tax company shows Ogunsanya with a $95k year to date, plus 401k and health benefits. (see) exhibit b3

50. On 03/10/2025, Ogunsanya logs into FINRA using her PERSONAL EMAIL to reset her email passwords at the attorneymescall email address and the attorneyatlaw email. Two minutes later it is set. (see) b4

51. In December 2024, Ogunsanya sends emails seeking healthcare reimbursement, for the company and online exchange she controlled. There was no healthcare reimbursement though the company whatsoever. (see) b5

52. Ogunsanya used attorneymescall in: NYSCEF, CLIO, and elsewhere unknown but never investigated by Bragg. (see) exhibit b6

53. In October sometime, Ogunsanya directs Mescall to put her as majority shareholder, but still appearing like Mescall owns the company. A letter is sent to her at the office address. (see) exhibit b7

**CLAIMS FOR RELIEF V**

**Count I: Tortious Interference with the Administration of Justice (New York State Law)**

54. Plaintiff realleges and incorporates by reference all prior paragraphs.

55. Defendants Whittingham and Ogunsanya intentionally interfered with the administration of justice, including manipulating evidence, making false accusations to blame shift and criminal referrals placing Mescall as the sole perpetrator, and obstructing the proper judicial process. These actions were done with the specific intent to disrupt and corrupt the administration of equal justice.

56. As a result of Defendants' actions, Plaintiff suffered harm and is entitled to damages under federal and New York state tort law.

**Count II: Conspiracy to Interfere with and Obstruct the Judicial Process (42 U.S.C. § 1983)**

57. Plaintiff realleges and incorporates by reference all prior paragraphs.

58. Defendants conspired to interfere with and obstruct the judicial process, including by fabricating evidence, shifting blame to Mescall, and manipulating public perception. These actions violated Plaintiff's constitutional rights under the First, Fourth, and Fourteenth Amendments of the United States Constitution.

59. Defendants acted under color of law, and their actions were taken with the specific intent to deprive Plaintiff of his constitutional rights and use a narrative in the public eye.

60. Defendants working under the district attorney's office, were calling and contacting alleged clients of Mescall and Ogunsanya to develop their case, while behind the scenes 15 years experienced in intellectual property attorney Ogunsnaya was not charged nor investigated and had the opportunity to

change or alter evidence, and only partially disclosed the very evidence she created and been in possession of controlling electronics.

61. Plaintiff is entitled to compensatory and punitive damages because of Defendants' unconstitutional conduct.

62. Defendants did this because Mescall is on supervised release and if violated, their narrative would secure a win for their conspiratorial efforts, instead of administering equal justice.

**Count III: Violation of Civil Rights - Conspiracy (42 U.S.C. § 1983)**

63. Plaintiff realleges and incorporates by reference all prior paragraphs.

64. Defendants Whittingham and Ogunsanya, in conspiracy with others, engaged in actions that violated Plaintiff's civil rights, including his right to a fair trial without prejudicial narratives, due process, and the right to be free from wrongful accusations and manipulation in legal proceedings. The defendants helped protect Ogunsanya, the profiteer and controller of electronics giving rise to alleged scheme. Ogunsnaya is a non-citizen perpetrator of criminal activity, while Mescall was engaging in First Amendment protected speech.

65. As a result of Defendants' actions, Plaintiff has suffered damages, including economic loss, emotional distress, reputational harm, and other damages.


**PRAYER FOR RELIEF VI**

**WHEREFORE,** Plaintiff respectfully requests that the Court:

1. ORDER, to enjoin ongoing deprivations of Due Process, and prohibition against transfer to another federal district.

2. ORDER to remove website placed by defendants

3. Full hearing will all defendants independently investigated

4. Award compensatory damages in an amount to be determined at trial, but no less than **$3.5 Million US Dollars.**

5. Award punitive damages to deter Defendants acting under the color of state law from engaging in similar conduct in the future.

6. Award Plaintiff's reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988 in the event he hires counsel.

7. Grant such other and further relief as the Court deems just and proper.

/s/ SEAN MESCALL

6 PADDOCK PLACE,

NEWBURGH NY 12550

- <u>Kreyòl Ayisyen</u>
- <u>Italiano</u>
- <u>العربية</u>
- <u>Polski</u>
- <u>Français</u>
- <u>اردو</u>

MEMORANDUM OF LAW

The essential elements of tortious interference with the administration of justice, as interpreted in the 2nd Circuit, include the following:

1. Pending Judicial Proceeding: There must be a judicial proceeding pending at the time of the alleged interference. This includes investigations by a grand jury, which are considered judicial proceedings for the purposes of this offense United States v. Beatty, 587 F. Supp. 1325.

2. Intent to Impede: The defendant must have the intent to impede the administration of justice. This intent can be inferred if it is shown that the defendant had knowledge or notice that their conduct would obstruct justice that was actually being administered United States v. Beatty, 587 F. Supp. 1325.

3. Corrupt Endeavor: The conduct must involve a corrupt endeavor to influence, obstruct, or impede the due administration of justice. This can include actions such as threats, force, or any other corrupt means § 1503. Influencing or injuring officer or juror generally. In United States v. Weissman, 22 F. Supp. 2d 187, the court found that the defendant's false testimony caused the Senate subcommittee to expend additional time and resources, justifying a three-level enhancement for substantial interference with the administration of justice United States v. Weissman, 22 F. Supp. 2d 187.

4. In United States v. Ardito, 782 F.2d 358, the court held that the government only needed to prove that the defendants conspired to interfere with the administration of justice, not that they knew which sovereign was administering the justice United States v. Ardito, 782 F.2d 358.

5. These elements are critical in establishing a violation under § 1503. Influencing or injuring officer or juror generally, which governs offenses related to obstruction of justice United States v. Beatty, 587 F. Supp. 1325, § 1503. Influencing or injuring officer or juror generally.

6. In cases involving claims under 42 USC § 1983 for false arrest and malicious prosecution, the plaintiff must show that the unconstitutional actions resulted from an official policy, custom, or widespread practice

21

Crooks v City of New York, 189 A.D.3d 769, Leftenant v. City of New York, 70 A.D.3d 596. Without such a showing, the government entity itself cannot be held liable under this statute.

7. In summary, the motion to dismiss can be supported by demonstrating selective prosecution, arbitrary conduct, or unconstitutional violations through the appropriate legal standards and statutes, and by addressing the elements and defenses related to false arrest claims.

8. **An accused of grand larceny can file a suit against an attorney who committed the crime and obstructed justice under certain circumstances. The cause of action for such a suit could be based on § 1983. Civil action for deprivation of rights, which allows for claims against individuals who, under color of state law, violate another's federal rights. Specifically, claims can be made for actions such as "concealment of evidence" and "fabrication of false evidence" in connection with grand jury proceedings, as well as for making "false statements" and conspiring to obstruct justice Doe v. Green, 593 F. Supp. 2d 523.**

**Additionally, § 1985. Conspiracy to interfere with civil rights provides a cause of action against parties who conspire to obstruct the due course of justice with the intent to deny equal protection under the law. This statute has been used in cases where there is a conspiracy to deter plaintiffs from testifying or to influence the action of a grand or petit juror ¶ 13.08 Section 1985(2)—Conspiracies To Interfere With the Judicial Process and Related Matters.. However, it is important to note that obstruction of justice itself is generally a criminal charge and not a private cause of action Farzan v. Bridgewater Assocs., LP, 699 Fed. Appx. 57.**

**Therefore, while obstruction of justice as a standalone claim may not be viable, related claims under civil rights statutes such as § 1983. Civil action for deprivation of rights and § 1985. Conspiracy to interfere with civil rights could potentially be pursued depending on the specific facts and circumstances of the case Doe v. Green, 593 F. Supp. 2d 523, ¶ 13.08 Section 1985(2)—Conspiracies To Interfere With the Judicial Process and Related Matters., Farzan v. Bridgewater Assocs., LP, 699 Fed.**

<u>Appx. 57</u>. **Challenges to a criminal referral from a state judicial commissioner, including allegations of abuse of discretion and bias, can be filed in federal court under 42 U.S.C. § 1983. Under 42 U.S.C. § 1983, a plaintiff can bring a civil rights claim if they allege that a person acting under color of state law deprived them of a right, privilege, or immunity secured by the Constitution or laws of the United States <u>Bruneau by & Through Schofield v. South Kortright Cent. Sch. Dist., 935 F. Supp. 162</u>. This includes actions where state officials, including judicial commissioners, are alleged to have abused their discretion or acted with bias in a manner that violates federal rights.**

**However, it is important to note that for a successful claim under § 1983, the plaintiff must demonstrate that the alleged deprivation of rights was caused by actions taken under color of state law and that the conduct in question is fairly attributable to the state <u>West v. Atkins, 487 U.S. 42</u>. Additionally, state officials can be sued in their individual capacities under § 1983, but not in their official capacities for monetary damages due to the Eleventh Amendment <u>Erwin v. Russi, 1998 U.S. Dist. LEXIS 12385</u>, <u>Hamilton v. Broomfield, 1998 U.S. Dist. LEXIS 352</u>.**

**In cases where bias or abuse of discretion is alleged, the plaintiff must provide specific facts showing that the bias stems from an extrajudicial source or that the actions were arbitrary and capricious <u>Carter v. Artuz, 1999 U.S. Dist. LEXIS 14321</u>. If the plaintiff can establish these elements, the federal court can hear the case and provide appropriate relief under § 1983.**

According to New York Executive Law § 63(12), the Attorney General can maintain an action based on their own information or upon the complaint of a private person or a bar association organized and existing under the laws of New York State against any person or entity engaging in unlawful practices <u>§ 476-a. Action for unlawful practice of the law</u>. This statute implies that bar associations, including the Brooklyn Bar Association, have the authority to initiate actions that could lead to criminal referrals. Additionally, the Rules of Professional Conduct allow lawyers to cooperate with organizations, including bar associations, that promote the use of their services, provided there is no interference with their independent professional judgment <u>NY CLS Rules Prof Conduct R 7.2, Payment for Referrals</u>. Therefore, the Brooklyn Bar

Association can indeed make criminal referrals under the appropriate circumstances.

Executive Law § 63(3), the Attorney General has the authority to investigate and prosecute criminal conduct upon the specific request of certain state officials, including heads of departments, authorities, divisions, or agencies of the state <u>People v. Cuttita, 7 N.Y.3d 500</u>, <u>People v. Codina, 297 A.D.2d 539</u>, <u>People v. Stuart, 263 A.D.2d 347</u>. This means that if the Commissioner on Ethics or the referee is authorized by their respective departments to make such a referral, they can request the Attorney General to investigate and prosecute the alleged illegal activity.

Additionally, the Attorney General's office has the power to investigate complaints of unlawful practice of law and can subpoena witnesses and require the production of relevant documents during such investigations <u>§ 476-c. Investigation by the attorney-general</u>
<u>§ 1985. Conspiracy to interfere with civil rights, alleging that the defendant, along with others, conspired to impede the due course of justice through false and malicious prosecution MUKA v. FISHER, 1983 U.S. Dist. LEXIS 17995. This case illustrates how such claims can be framed under federal civil rights statutes.</u>

<u>Therefore, to successfully bring a lawsuit against district attorney workers in their individual capacity for prejudicial bias, it is crucial to demonstrate that their actions were outside the scope of prosecutorial immunity. For conspirators obstructing justice, it is necessary to establish a conspiracy under § 1985. Conspiracy to interfere with civil rights or related statutes, showing intent to impede justice and deny equal protection of the laws Jackson v. Marshall, 2005 U.S. Dist. LEXIS 13661, § 1985. Conspiracy to interfere with civil rights, MUKA v. FISHER, 1983 U.S. Dist. LEXIS 17995.</u>

SEAN MESCALL
6 Paddock Place
Newburgh, NY 12550

<div align="center">

**Supreme Court, Appellate Division First Judicial Department**
**180 Maiden Lane New York, New York 10038**
**(212) 401-0800 Email: AD1-AGC-newcomplaints@nycourts.gov**

</div>

**Subject:** Grievance Complaint Against Attorney Adebukola Ogunsanya, Esq.

To Whom It May Concern,

I am submitting this formal complaint against **Adebukola Ogunsanya, Esq.,** with an office located at **343 5th Ave, Riveredge, NJ 07661,** for violations of professional conduct under **NY CLS Rules Attorney Disciplinary Matters § 1240.7.** Specifically, her actions in connection with *The People of New York vs. Sean Mescall* reflect unethical, deceptive, and unlawful conduct, warranting disciplinary investigation and action. At all times, Adebukola Ogunsanya remained a shadow attorney instructing Mescall to engage in conduct relevant to this action.

**Factual Allegations**

1. **Failure to Disclose Material Information to the Attorney General's Office**

    a. Ms. Ogunsanya failed to disclose critical information regarding her role in the events surrounding *The People of New York vs. Sean Mescall.* She had knowledge and direct control over all key evidence but withheld it or had the opportunity to change it from authorities. Indeed, she began to cooperate, claiming ignorance despite the underlying obvious. Ogunsanya has always had access to the same information as do everyone else. However, the alleged complainants of Mescall are lay persons who many of them did not know of Ogunsanya since she remained behind the scenes doing the legal work while Mescall spoke to clients. Ogunsanya is a multistate attorney who worked at major law firms and the Small Business Association who helps people develop corporations and business.

2. **Possession and Administration of Critical Digital Evidence**

    a. She maintained possession of key mobile devices and email accounts related to the case allowing her to control the narrative, obstruct justice and keep the profits. As the administrator of email accounts associated with the case, she controlled and managed electronic communications, contrary to any claim that she lacked involvement.

3. **Profiting from a Fraudulent Scheme**

    a. Ms. Ogunsanya financially benefitted from her knowing involvement to the tune of 6 figures of the alleged scheme directly related to the underlying case, despite shifting blame onto an alleged non-attorney.

    b. She used the email alleged about a **non-attorney on her NYSCEF account and other legal platforms,** which misrepresented the non-attorney's role and facilitated improper conduct.

    c. She repeatedly used **debit cards attached to bank accounts tied to the scheme,** personally profiting from these transactions.

4. **Deceptive Conduct and False Attribution of Blame**

    a. When clients complained about unfinished legal work assigned to her, she shifted responsibility to the non-attorney, leading to his legal troubles.

<div align="center">1</div>

    b.  Despite profiting for over a year, she allowed the non-attorney to take the fall, while she avoided any charges.

5. **Knowingly Facilitating Unauthorized Practice of Law**

    a.  Ms. Ogunsanya **knew or should have known** that the non-attorney was a convicted felon and did not appear registered to practice law.

    b.  She falsely claimed that the non-attorney misled her about his credentials, despite her long history of credentials, access to the administrative corporate websites, commingling of emails involving her personal and work emails showing prima facie overwhelming evidence of her direct involvement and oversight all while being in the possession of the electronics that administered and controlled all devices connected to it.

6. **Cover-Up and Obstruction**

    a.  When the investigation escalated, she attempted to cover her tracks by instructing the alleged non-attorney to retrieve her two cell phones telephonically and allegedly via text.

    b.  She used those devices to impersonate the alleged non-attorney, just like she used the debit cards, customer relation management software (crm CLIO), further obscuring her involvement.

7. **Client Abandonment and Ethical Violations**

    a.  After profiting from client matters, Ms. Ogunsanya **abandoned the very clients she was working on**, leaving them without proper legal representation.

    b.  Despite her significant involvement, she **was not charged with any crimes**, while the non-attorney, Sean Mescall, faced full legal consequences.

**Grounds for Disciplinary Action**

Based on the allegations, Ms. Ogunsanya's conduct constitutes multiple violations of the **New York Rules of Professional Conduct**, including but not limited to:

- **Rule 8.4(c) – Conduct Involving Dishonesty, Fraud, Deceit, or Misrepresentation** (see) Kailyn Whittingham's emails back and forth and TD Bank verification of Law Firm Ethics Firm doing a P.O.S. (point of sale) with the debit card of a bank account belonging to an entity alleged in the indictment against Mescall. However, Ogunsanya used this bank account numerous times at her free will and more specifically on or about February 18[th or] the charge appeared. Ogunsanya went to Kailyn Whittingham Ethics Law office on or about Friday February 14th to seek help for her corrupt unlawful deceit. Whittingham runs a law practice advising corrupt judges and unethical attorneys in NY and advised Ogunsanya to shift blame and claim ignorance. Whittingham moved her historical associate Alvin Bragg to file charges, cherry pick evidence to fit a narrative underlying Mescall's previous history even though Ogunsanya was in the possession of all wrongdoing materials including multiple cell phones, computers and laptops. At all times, Ogunsanya knew of or should have known- based on her credentials- about Mescall. At all times Ogunsanya was in the possession of all controlling administrative computers containing emails, corporate paperwork's, documents, and material subject matter relating to the core operative facts of the case.

- **Rule 5.3 – Responsibilities Regarding Nonlawyer Assistants**

- **Rule 1.15 – Misappropriation of Funds**

- **Rule 1.4 – Failure to Communicate with Clients**

- **Rule 8.4(d) – Conduct Prejudicial to the Administration of Justice**

**Request for Investigation and Action**

Given the severity of Ms. Ogunsanya's actions and their impact on both clients and the justice system, I request that the Attorney Grievance Committee:

1. **Conduct a formal investigation** into Ms. Ogunsanya's conduct and financial dealings, including insurance.

2. **Subpoena relevant records, including emails, financial transactions, and NYSCEF account usage.**

3. **Consider disciplinary actions,** including suspension or disbarment, if warranted.

I am prepared to provide additional supporting documents and testimony as necessary. Please confirm receipt of this complaint and inform me of any further steps I should take in this matter in the interest of justice. This conduct by Ogunsanya is supported by evidence in her possession including but not limited to recent emails post indictment of another where she is still engaging in unlawful deceit to the public and obstructing justice.

/s/ Sean Mescall

6 Paddock Place

Newburgh, Ny 12550

03/13/2025

**Certification:**

I Sean Mescall, affirm that the complaint herein is true to the best of my recollection. I am of my own volition.

/s/ Sean Mescall

6 Paddock Place

Newburgh, Ny 12550

03/13/2025

3

# Exhibit A

 **Bank**

America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT



ATTY MESCALL PC
99 WALL ST STE 2679
NEW YORK NY 10005

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

## TD Business Simple Checking

ATTY MESCALL PC

Account # 443-8177407

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 584.04 | Average Collected Balance | 993.01 |
| Deposits | 368.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1.50 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 5,500.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Electronic Payments | 987.05 | | |
| Other Withdrawals | 15.00 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 5,441.49 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | SBB MDEPOSIT | 368.00 |
| | Subtotal: | 368.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | DEBIT CARD CREDIT, AUT 020725 VISA DDA REF AMERICAN ARBITRATION   NEW YORK   * NY 4085404036557142 | 1.50 |
| | Subtotal: | 1.50 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT, Provisional Credit | 500.00 |
| 02/26 | WIRE TRANSFER INCOMING, LINSCO/PRIVATE LEDGER CORP. | 5,000.00 |
| | Subtotal: | 5,500.00 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 5,441.49 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>EXXON PB  J OIL        NEWBURGH     * NY<br>4085404036557142 | 20.00 |
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL    800 333 8655 * NY<br>4085404036557142 | 9.49 |
| 02/10 | DBCRD PUR AP, AUT 020925 VISA DDA PUR AP<br>DIALPAD INC        415 842 9989  * CA<br>4085404036557142 | 90.68 |
| 02/13 | ELECTRONIC PMT-WEB, PROG MAX INS CO INS PREM 990448089 Sean | 274.24 |
| 02/18 | DBCRD PMT AP, AUT 021725 VISA DDA PUR AP<br>THE LEGAL ETHICS LAB      WHITTINGHAMLA * NY<br>4085404036557142 | 500.00 |
| 02/18 | DBCRD PUR AP, AUT 021625 VISA DDA PUR AP<br>PAYPAL  PHYSICALADD     402 935 7733 * NV<br>4085404036557142 | 20.23 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL      402 935 7733  * CA<br>4085404036557142 | 56.10 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL      402 935 7733  * CA<br>4085404036557142 | 10.88 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PAYPAL  GODADDY COM    402 935 7733  * AZ<br>4085404036557142 | 5.43 |
| | Subtotal: | 987.05 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 584.04 | 02/18 | 38.90 |
| 02/03 | 554.55 | 02/19 | -33.51 |
| 02/07 | 922.55 | 02/24 | 466.49 |
| 02/10 | 833.37 | 02/26 | 5,451.49 |
| 02/13 | 559.13 | 02/28 | 5,441.49 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

administration of justice, not that they knew which sovereign was administering the justice United States v. Ardito, 782 F.2d 358.

5.

**KAILYN** These elements are critical in establishing a violation under § 1503. Influencing or injuring officer or juror generally, which governs offenses related to obstruction of justice United States v. Beatty, 587 F. Supp. 1325, § 1503. Influencing or injuring officer or juror generally.

In cases involving claims under 42 USC § 1983 for false arrest and malicious prosecution, the plaintiff must show that the unconstitutional actions resulted from an official policy, custom, or widespread practice Crooks v City of New York, 189 A.D.3d 769, Leftenant v. City of New York, 70 A.D.3d 596. Without such a showing, the government entity itself cannot be held liable under this statute.

In summary, the motion to dismiss can be supported by demonstrating selective prosecution, arbitrary conduct, or unconstitutional violations through the appropriate legal standards and statutes, and by addressing the elements and defenses related to false arrest claims.

**An accused of grand larceny can file a suit against an attorney who committed the crime and obstructed justice under certain circumstances. The cause of action for such a suit could be based on § 1983. Civil action for deprivation of rights, which allows for claims against individuals who, under color of state law, violate another's federal rights. Specifically, claims can be made for actions such as "concealment of evidence" and "fabrication of false evidence" in connection with grand jury proceedings, as well as for making "false statements" and conspiring to obstruct justice Doe v. Green, 593 F. Supp. 2d 523.**

**Additionally, § 1985. Conspiracy to interfere with civil rights provides a cause of action against parties who conspire to obstruct the due course of justice with the intent to**

16

The essential elements of tortious interference with the administration of justice, as interpreted in the 2nd Circuit, include the following:

1. Pending Judicial Proceeding: There must be a judicial proceeding pending at the time of the alleged interference. This includes investigations by a grand jury, which are considered judicial proceedings for the purposes of this offense United States v. Beatty, 587 F. Supp. 1325.

2. Intent to Impede: The defendant must have the intent to impede the administration of justice. This intent can be inferred if it is shown that the defendant had knowledge or notice that their conduct would obstruct justice that was actually being administered United States v. Beatty, 587 F. Supp. 1325.

3. Corrupt Endeavor: The conduct must involve a corrupt endeavor to influence, obstruct, or impede the due administration of justice. This can include actions such as threats, force, or any other corrupt means § 1503. Influencing or injuring officer or juror generally. In United States v. Weissman, 22 F. Supp. 2d 187, the court found that the defendant's false testimony caused the Senate subcommittee to expend additional time and resources, justifying a three-level enhancement for substantial interference with the administration of justice United States v. Weissman, 22 F. Supp. 2d 187.

4. In United States v. Ardito, 782 F.2d 358, the court held that the government only needed to prove that the defendants conspired to interfere with the

15

deny equal protection under the law. This statute has been used in cases where there is a conspiracy to deter plaintiffs from testifying or to influence the action of a grand or petit juror ¶ 13.08 Section 1985(2)—Conspiracies To Interfere With the Judicial Process and Related Matters.. However, it is important to note that obstruction of justice itself is generally a criminal charge and not a private cause of action Farzan v. Bridgewater Assocs., LP, 699 Fed. Appx. 57.

Therefore, while obstruction of justice as a standalone claim may not be viable, related claims under civil rights statutes such as § 1983, Civil action for deprivation of rights and § 1985, Conspiracy to interfere with civil rights could potentially be pursued depending on the specific facts and circumstances of the case Doe v. Green, 593 F. Supp. 2d 523, ¶ 13.08 Section 1985(2)—Conspiracies To Interfere With the Judicial Process and Related Matters., Farzan v. Bridgewater Assocs., LP, 699 Fed. Appx. 57.

challenges to a criminal referral from a state judicial commissioner, including allegations of abuse of discretion and bias, can be filed in federal court under 42 U.S.C. § 1983. Under 42 U.S.C. § 1983, a plaintiff can bring a civil rights claim if they allege that a person acting under color of state law deprived them of a right, privilege, or immunity secured by the Constitution or laws of the United States Bruneau by & Through Schofield v. South Kortright Cent. Sch. Dist., 935 F. Supp. 162. This includes actions where state officials, including judicial commissioners, are alleged to have abused their discretion or acted with bias in a manner that violates federal rights.

However, it is important to note that for a successful claim under § 1983, the plaintiff must demonstrate that the alleged deprivation of rights was caused by actions taken under color of state law and that the conduct in question is fairly attributable to the state West v. Atkins, 487 U.S. 42. Additionally, state officials can be sued in their individual capacities under § 1983, but not in their official capacities for monetary damages due to the Eleventh Amendment Erwin v. Russi, 1998 U.S. Dist. LEXIS 12385, Hamilton v. Broomfield, 1998 U.S. Dist. LEXIS 352.

In cases where bias or abuse of discretion is alleged, the plaintiff must provide specific facts showing that the bias stems from an extrajudicial source or that the actions were arbitrary and capricious Carter v. Artuz, 1999 U.S. Dist. LEXIS 14321. If the plaintiff can establish

17

these elements, the federal court can hear the case and provide appropriate relief under § 1983.

the Brooklyn Bar Association, as a private non-profit organization, can make criminal referrals. According to New York Executive Law § 63(12), the Attorney General can maintain an action based on their own information or upon the complaint of a private person or a bar association organized and existing under the laws of New York State against any person or entity engaging in unlawful practices § 476-a. Action for unlawful practice of the law. This statute implies that bar associations, including the Brooklyn Bar Association, have the authority to initiate actions that could lead to criminal referrals. Additionally, the Rules of Professional Conduct allow lawyers to cooperate with organizations, including bar associations, that promote the use of their services, provided there is no interference with their independent professional judgment NY CLS Rules Prof Conduct R 7.2, Payment for Referrals. Therefore, the Brooklyn Bar Association can indeed make criminal referrals under the appropriate circumstances.

Executive Law § 63(3), the Attorney General has the authority to investigate and prosecute criminal conduct upon the specific request of certain state officials, including heads of departments, authorities, divisions, or agencies of the state People v. Cuttita, 7 N.Y.3d 500, People v. Codina, 297 A.D.2d 539, People v. Stuart, 263 A.D.2d 347. This means that if the Commissioner on Ethics or the referee is authorized by their respective departments to make such a referral, they can request the Attorney General to investigate and prosecute the alleged illegal activity.

Additionally, the Attorney General's office has the power to investigate complaints of unlawful practice of law and can subpoena witnesses and require the production of relevant documents during such investigations § 476-c. Investigation by the attorney-general § 1985. Conspiracy to interfere with civil rights, alleging that the defendant, along with others, conspired to impede the due course of justice through false and malicious prosecution MUKA v. FISHER, 1983 U.S. Dist. LEXIS 17995. This case illustrates how such claims can be framed under federal civil rights statutes.

Therefore, to successfully bring a lawsuit against district attorney workers in their individual capacity for prejudicial bias, it is crucial to demonstrate that their actions were outside the scope of prosecutorial immunity. For conspirators obstructing justice, it is necessary to establish a conspiracy under § 1985. Conspiracy to interfere with civil rights or related statutes, showing intent to impede justice and deny equal protection of the laws Jackson v. Marshall, 2005 U.S. Dist. LEXIS 13661, § 1985. Conspiracy to interfere with civil rights, MUKA v. FISHER, 1983 U.S. Dist. LEXIS 17995.

18

# EXHIBIT B



# Email Forwarding

## Email Forwarding Overview

Save time checking email accounts. Your incoming mail will automatically forward to the specified email account.

**Required:** To forward mail to external email accounts, turn on your domain's forwarding status.

## Email Forwarding for prospectionlaw.com, prospectionlegal.com

| USER | FORWARDS TO | |
|------|-------------|---|
| attorneyatlaw@prospectionlaw.com | attorneymescall@prospectionlaw.com | ✎ 🗑 |

Help Center

Overview / Adebukola T. Ogunsanya

# attorneyatlaw@prospectionlaw.com

## Manage

| Password | Aliases | Forwarding | Set mail destination | Delete account |
|---|---|---|---|---|

Email & Office ⌄

Overview

Apps & Addons

My Brand

Admin

Deals

## Setup

| Set up email on mobile | Set up email on desktop | Create email signature | Recheck DNS | Streamline communications |
|---|---|---|---|---|

## Account information

Edit



**First name**
Adebukola T.

**Last name**
Ogunsanya

**Display name** ⓘ
Addie Ogunsanya Esq

**Recovery email** ⓘ
m*****@o*****.com

**Username**
attorneyatlaw@prospectionlaw.com

**Administrator permissions** ⓘ
Admins have access to advanced email security settings for all accounts with this feature on prospectionlaw.com, and prospectionlegal.com.
No

**Account type**
Email Essentials

**Add-Ons**
Advanced Email Security

Advanced Settings

Contact Us

 **Outlook**

---

## Transaction Request Confirmation

---

**From** RS-Plan-Admin@adp.com <RS-Plan-Admin@adp.com>
**Date** Thu 2025-03-13 1:27 AM
**To**  Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>



**Caution**: External (rs-plan-admin@adp.com)

Sensitive Content   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

A transaction request has been received and processed for your account. The confirmation of this request will be available online within 48 hours at **[mykplan.com]**[mykplan.com]mykplan.com

To view the details of your transaction request and the confirmation, login to **[mykplan.com]** [mykplan.com]mykplan.com and select Account Updates and Confirmations from the My Account menu.

Sincerely,
ADP Retirement Services

*Please do not respond to this message; it comes from an unattended mailbox.*

Published by ADP Retirement Services Copyright © 2025

ADP Retirement Services. All rights reserved. ADP Retirement Services, 71 Hanover Road, Florham Park, NJ 07932
Visit http://www.adp.com/privacy.html to view our online privacy policy.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

No 865-2023

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER OF THE CITY OF NEW YORK

### SEARCH WARRANT

Proof by affidavit having been made this day before me ███████████ ████████████████ (i) that there is reasonable and probable cause to believe that certain property, evidence, and records, may be found in the Google, LLC ("Google") account associated with the email address sfpatrickmescall@gmail.com ("the Target Google Account"), and (ii) that there is reasonable and probable cause to believe that the property, as described in greater detail below, constitutes evidence and tends to demonstrate that a crime was committed, that a particular person participated in the commission of a crime, and that the Target Google Account has been used, or was possessed for the purpose of being used, to commit or conceal the commission of a crime, to wit: Grand Larceny, P.L. § 155.30 et seq.; and Scheme to Defraud in the First Degree, P.L. § 190.65 ("the Subject Crimes").

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to enter, examine, search, retrieve, copy, and analyze, servers and email account(s) associated with the Target Google Account for the below described property, records, and evidence, and if you find such evidence or any part thereof, to bring it before the Court without unnecessary delay:

   a.  Email content. All emails sent to or from, stored in draft form in, or otherwise associated with the Target Google Account, including all message content, attachments, and header information (specifically including the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email), limited to the time period of April 4, 2022 to the present;

   b.  Address book information. All address books, contact lists, buddy lists, or similar information associated with the Target Google Account as well as any calendar data.

   c.  Subscriber and payment information. All subscriber and payment information regarding the Target Google Account, including but not limited to name, username, physical

address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment (including any credit or bank account numbers), and payment history.

d.  Transactional records. All transactional records associated with the Target Google Account including all connection log data with IP addresses; all device information; all log-in, log-out, session and transactional connection logs; and records of session times or durations associated with the Target Google Account.

e.  Customer correspondence. All correspondence with the subscriber or others associated with the Target Google Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

f.  Preserved or backup records. Any preserved or backup copies of any of the foregoing categories of records, whether created in response to a preservation request issued pursuant to 18 USC § 2703(f) or otherwise.

The Court directs the email service provider, Google, to conduct the search/records check of its own records, servers, and computer systems, and, to provide the results to the New York City Police Department or the New York County District Attorney's Office, in an electronic format convenient for law enforcement. Members of the New York City Police Department or the New York County District Attorney's Office or other law enforcement personnel are not required to be present while this search/records check is conducted by the email service provider.

Further, this Court hereby authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to seize, search, retrieve, and view all the data, information, and images produced by Google, in order to locate evidence, fruits, and instrumentalities of violations of the Subject Crimes, specifically:

a.  Communications, documents or records relating to legal services or potential legal services including communication regarding legal payments, case discussions, legal analysis, litigation, planning of litigation, services provided for litigation;

b.  Communications, documents or records relating to reflecting contact or association with clients, past clients, or potential clients or referencing clients, past clients, or potential clients;

c.  Communications, documents or records relating to office space; communications or records relating to running a legal service office, legal organization, or a law firm such as business mail forwarding services, meeting scheduling applications, video conference

2

calls, conference calls, ███████ meetings, reception services, hiring of employees such as secretaries, receptionist, paralegals, attorneys or partners;

d. Communications, documents or records relating to purchase, use, possession of legal service providers ████████████████████████████████████████████

e. Communications, documents or records relating to bar admission, bar association or legal organizations;

f. Communications, documents or records relating to filing of documents with various courts or court clerks;

g. Communications, documents or records relating to who created, used, or communicated with the account, as well as who exercised dominion and control over the account, including records about their identities and whereabouts;

h. Communications, documents or records relating to financial means ███████████ including ███████ communications and records relating to ████████████████ any bank communications ████████████████ or credit card companies;

i. Communications, documents or records relating to ████████████████████████████

j. Evidence of the identity of the owner and/or user of, or individual who exercised dominion or control over, the Target Google Account, including, but not limited to, the account subscriber information, the content of messages and attachments, contact lists, notes, and calendar entries; and

k. Evidence as to the location of the accountholder of the Target Google Account at the time of the planning, commission, or concealment of the Subject Crimes, including but not limited to, the content of communications, calendar entries, and metadata embedded in the files contained on the Target Google Account.

The warrant/order is deemed "executed" when it is served upon the email provider.

It is further ORDERED that such review of the materials received pursuant to this warrant may be deemed to be analysis and may continue for whatever reasonable time is necessary to complete a thorough review and analysis of the data and information therein.

The Court further authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to print and otherwise reproduce all the data, information, and images produced by Google by converting or copying them

3

into storage in another device, and to retain them for the purpose of evidentiary authentication and any potential discovery obligations in any related prosecution.

Further, pursuant to 18 USC § 2705(b), this Court orders Google not to notify or otherwise disclose the existence or execution of this warrant/order to any person (including the subscriber(s) or customer(s) of Target Google Account(s)), for an initial period of 180 days from the date of issuance of this warrant. Such period may be extended by further order of this Court.

·It is further ORDERED that this affidavit and any transcript of any accompanying sworn testimony in support of this application be sealed, except that permission is granted for the District Attorney's Office to retain the original and copies of the affidavit and to obtain a copy of the minutes of any sworn testimony and for an Assistant District Attorney to disclose the affidavit and/or testimony in the course of the lawful discharge of his or her duties pursuant to a criminal investigation and/or prosecution, or upon written order of the Court.

This warrant must be executed within 10 days of the date of issuance.

Dated: New York, New York

Part 1  DEC - 6 2022

4



# Legal Ethics Lab

282 likes • 285 followers

Posts    About    Photos    Videos                                    •••



## This page isn't available right now

This may be because of a technical error that we're working
to get fixed. Try reloading this page.

The descriptive headings of the sections and subsections of this agreement are for convenience only, and do not affect this agreement's construction or interpretation.

## 23. EFFECTIVENESS.

This agreement will become effective when all parties have signed it. The date this agreement is signed by the last party to sign it (as indicated by the date associated with that party's signature) will be deemed the date of this agreement.

## 24. NECESSARY ACTS; FURTHER ASSURANCES.

The parties shall use all reasonable efforts to take, or cause to be taken, all actions necessary or desirable to consummate and make effective the transactions this agreement contemplates or to evidence or carry out the intent and purposes of this agreement.

Each party is signing this agreement on the date stated opposite that party's signature.

Date:_____

Name: Prospection Legal Group
Title: Owner

Date:_____

By:____*Adebukoka Ogunsanya Esq*____01/09/2025_____
Name: Adebukola T. Ogunsanya
President

A.T.
_____
(Initials)

_____

The descriptive headings of the sections and subsections of this agreement are for convenience only, and do not affect this agreement's construction or interpretation.

**23. EFFECTIVENESS.**

This agreement will become effective when all parties have signed it. The date this agreement is signed by the last party to sign it (as indicated by the date associated with that party's signature) will be deemed the date of this agreement.

**24. NECESSARY ACTS; FURTHER ASSURANCES.**

The parties shall use all reasonable efforts to take, or cause to be taken, all actions necessary or desirable to consummate and make effective the transactions this agreement contemplates or to evidence or carry out the intent and purposes of this agreement.

Each party is signing this agreement on the date stated opposite that party's signature.

Date:_____

       Name: Prospection Legal Group
       Title: Owner

Date:_____

       By:___*Adebukoka Ogunsanya Esq*___ 01/09/2025_____
       Name: Adebukola T. Ogunsanya
        President

 

A.T.
_____
(Initials)

_____

personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested),

nationally recognized overnight courier (fees prepaid), facsimile, or email.

**(b) Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Company:

Prospection legal Corp, Mescall Law
442 5th Ave Suite 1552
New York, New York, 10018


Adebukola T. Ogunsanya Esq.
343 Fifth Ave
RiverEdge, NJ 07661

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and

(b) and if the recipient receives the notice.

## 20. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the

provisions of this agreement will be effective unless it is in writing and signed by the party waiving the

breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver

of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a

continuing waiver, unless the writing so specifies.

## 21. ENTIRE AGREEMENT.

This agreement constitutes the final agreement of the parties. It is the complete and exclusive expression of

the parties' agreement with respect to the subject matter of this agreement. All prior and contemporaneous

communications, negotiations, and agreements between the parties relating to the subject matter of this

agreement are expressly merged into and superseded by this agreement. The provisions of this agreement

may not be explained, supplemented, or qualified by evidence of trade usage or a prior course of dealings.

Neither party was induced to enter this agreement by, and neither party is relying on, any statement,

representation, warranty, or agreement of the other party except those set forth expressly in this agreement.

Except as set forth expressly in this agreement, there are no conditions precedent to this agreement's

effectiveness.

## 22. HEADINGS.

Home / Search / Adebukola T Ogunsanya



# Adebukola T Ogunsanya's New Jersey Voter Registration

River Edge, New Jersey

Adebukola T Ogunsanya (age 42) from River Edge, NJ and is affiliated with the Democratic Party. Adebukola is registered to vote in Bergen County, New Jersey.

**f Share**          **Background Report**           



## Overview of Adebukola T Ogunsanya

Lives in: River Edge, New Jersey                    Age: 42

## Adebukola Ogunsanya's Voter Registration

Party Affiliation: Democratic Party                 Ward: 0
Registered to Vote in: Bergen County, New Jersey    Congressional District: 5
Registration Date: 06/28/2018                       House District: 38
Voter Status: Active                                Senate District: 38

## Detailed Records For Adebukola Ogunsanya

| Person | Locations | Associates |
|---|---|---|
| Adebukola T Ogunsanya (42)<br>River Edge, NJ | River Edge, NJ<br>Troy, NC<br>Englewood, NJ | Oluwakemi Elizabeth Green<br>Adetayo Babatunde Ogunsanya<br>Babatunde A Ogunsanya<br>Bade Ogunsanya<br>Badejoko A Ogunsanya<br>Busayo Ogunsanya |

**VIEW MORE RESULTS 👥**

*Sponsored by TruthFinder*



Adebukola Ogunsanya - Mascall & Prospection Law | LinkedIn

Feb 2, 2019 · View Adebukola Ogunsanya's profile on LinkedIn, a professional community of 1 billion members. I specialize in casualty law handling complex matters involving employment...

Connections: 500+         Followers: 1K
Works For: Mascall & Prospection Law · 500+ connections

prospectionlegal.com
https://prospectionlegal.com › staff

Staff - prospectionlegal.com

Adebukola T. Ogunsanya Esq. Arbitrations, mediations, disputes, civil litigation, personal injury matters. New York (Good Standing), New Jersey (Good Standing).

Avvo.com
https://www.avvo.com › attorneys

Adebukola Ogunsanya - Lawyer - Avvo

Find a New York attorney Adebukola Ogunsanya in their office. Practices Personal injury, Insurance, general practice. Find reviews, educational history and legal experience.

★★★★★ (1)

legalprospection.com
https://legalprospection.com

CIVIL LITIGATION

Adebukola T. Ogunsanya Esq. Attorney At Law. Adebukola Ogunsanya Esq. Address a distinguished attorney currently based in New York. She is licensed in New York and Jersey and...

LawyerDB.org
https://www.lawyerdb.org › lawyer › adebukola

Adebukola T. Ogunsanya Esq. Civil Attorney Attorney - LawyerDB.org

Adebukola T. Ogunsanya Esq. has been admitted in NY NJ. His or her practice areas litigation. Rights, personal injury, contracts, disputes, securities, intellectual property...

↻ Refresh

## NY State Reference Copy
# W-2
## Wage and Tax Statement
# 2024

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

| Control number 00002   L9/7JM | Dept. | Corp. | Employer use only A | 3 |

**Employer's name, address, and ZIP code**
PROSPECTION LEGAL
CORPORATION
442 5TH AVE
NEW YORK, NY 10018

Batch #90081

**f Employee's name, address, and ZIP code**
ADEBUKOLA T OGUNSANYA
43 FIFTH AVENUE
RIVER EDGE, NJ 07661-1112

| Employer's FED ID number 88-2787837 | a Employee's SSA number XXX-XX-7459 |
| Wages, tips, other comp. 52203.70 | 2 Federal income tax withheld 6014.55 |
| 3 Social security wages 53230.24 | 4 Social security tax withheld 3300.27 |
| 5 Medicare wages and tips 53230.24 | 6 Medicare tax withheld 771.84 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D   1026.54 |
| 14 Other 198.92 NY PFL 16.80 VPDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |
| 15 State   Employer's state ID no. NY   88-2787837 | 16 State wages, tips, etc. 52203.70 |
| 17 State income tax 2587.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

© 2024 ADP, Inc.

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | NY. State Wages, Tips, Etc. Box 16 of W-2 |
| Gross Pay | 53,230.24 |
| Less 401(k) (D-Box 12) | 1,026.54 |
| Reported W-2 Wages | 52,203.70 |

2. Employee Name and Address.

ADEBUKOLA T OGUNSANYA
343 FIFTH AVENUE
RIVER EDGE, NJ 07661-1112

---

INTENTIONALLY LEFT BLANK

---

| Wages, tips, other comp. 52203.70 | 2 Federal income tax withheld 6014.55 |
| 3 Social security wages 53230.24 | 4 Social security tax withheld 3300.27 |
| 5 Medicare wages and tips 53230.24 | 6 Medicare tax withheld 771.84 |
| Control number 00002   L9/7JM | Dept. | Corp. | Employer use only A | 3 |

**Employer's name, address, and ZIP code**
PROSPECTION LEGAL
CORPORATION
442 5TH AVE
NEW YORK, NY 10018

| Employer's FED ID number 88-2787837 | a Employee's SSA number XXX-XX-7459 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D   1026.54 |
| 14 Other 198.92 NY PFL 16.80 VPDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |

**f Employee's name, address and ZIP code**
ADEBUKOLA T OGUNSANYA
343 FIFTH AVENUE
RIVER EDGE, NJ 07661-1112

| 15 State   Employer's state ID no. NY   88-2787837 | 16 State wages, tips, etc. 52203.70 |
| 17 State income tax 2587.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## NY State Filing Copy
# W-2
## Wage and Tax Statement
# 2024

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

Outlook

---

**You sent a $5,485.00 USD payment**

---

**From** service@paypal.com <service@paypal.com>
**Date** Wed 2024-05-15 4:15 PM
**To** sean mescall <mescallaw@outlook.com>

**Caution:** External (service@paypal.com)
Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello, Mescall & Prospection Law Inc.



# You sent $5,485.00 USD to adebukola ogunsanya

YOUR NOTE TO adebukola ogunsanya

**"**      ## Pay for 30 hours.      **"**

## Transaction Details

| Transaction ID | Transaction date |
|---|---|
| 5M2121347A287854E | May 15, 2024 |

| | |
|---|---|
| **Money sent** | $5,485.00 USD |
| **Fee** | $0.00 USD |
| Paid with: | |
| PayPal balance (USD) | $5,485.00 USD |

| | |
|---|---|
| **You paid** | $5,485.00 USD |
| **adebukola ogunsanya will receive** | $5,485.00 USD |

Get the Details

Outlook

---

**You sent a $3,064.00 USD payment**

---

**From** service@paypal.com <service@paypal.com>
**Date** Tue 2024-06-04 7:49 AM
**To** sean mescall <mescallaw@outlook.com>

**Caution:** External (service@paypal.com)
Sensitive Content   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello, Mescall & Prospection Law Inc.



# You sent $3,064.00 USD to adebukola ogunsanya

## Transaction Details

| **Transaction ID** | **Transaction date** |
|---|---|
| 9B9191212Y019444T | June 4, 2024 |

---

| | |
|---|---|
| **Money sent** | $3,064.00 USD |
| **Fee** | $0.00 USD |
| Paid with: | |
| PayPal balance (USD) | $3,064.00 USD |

---

| | |
|---|---|
| **You paid** | $3,064.00 USD |
| **adebukola ogunsanya will receive** | $3,064.00 USD |

Get the Details

---



**o⃞** Outlook

---

**You sent a $1,343.00 USD payment**

---

**From** service@paypal.com <service@paypal.com>
**Date** Fri 2024-12-27 5:36 PM
**To** sean mescall <mescallaw@outlook.com>

**Caution**: External (service@paypal.com)
Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello, Mescall & Prospection Law Inc.



# You sent $1,343.00 USD to adebukola ogunsanya

YOUR NOTE TO adebukola ogunsanya

**❝** ## Health care **❞**

## Transaction Details

| Transaction ID | Transaction date |
|---|---|
| 71U66801RF1288325 | December 27, 2024 |

| | |
|---|---|
| **Money sent** | $1,343.00 USD |
| **Fee** | $0.00 USD |
| Paid with: | |
| PayPal balance (USD) | $1,343.00 USD |

| | |
|---|---|
| **You paid** | $1,343.00 USD |
| **adebukola ogunsanya will receive** | $1,343.00 USD |

Get the Details

 Outlook

---

**You've got a money request**

---

From service@paypal.com <service@paypal.com>
Date Mon 2024-12-23 10:54 AM
To    sean mescall <mescallaw@outlook.com>

External (service@paypal.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello, Mescall & Prospection Law Inc.



# adebukola ogunsanya sent you a money request

## Payment request details

**Amount requested**
$1,343.00 USD

**Note from adebukola ogunsanya:**
Health care

**Transaction ID**
U-4T307299JY856993A

**Transaction date**
December 23, 2024



## Don't recognize this request?
🛈 **Report this request**

Before paying, make sure you recognize this person. Don't engage with this request if you're
unsure about it. PayPal won't contact you through a money request. **Learn more about**

NO865-2023

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER OF THE CITY OF NEW YORK

<u>SEARCH WARRANT</u>

Proof by affidavit having been made this day before me ███████████

███████████ (i) that there is reasonable and probable cause to believe that certain

property, evidence, and records, may be found in the Google, LLC ("Google") account associated

with the email address sfpatrickmescall@gmail.com ("the Target Google Account"), and (ii) that there

is reasonable and probable cause to believe that the property, as described in greater detail below,

constitutes evidence and tends to demonstrate that a crime was committed, that a particular person

participated in the commission of a crime, and that the Target Google Account has been used, or was

possessed for the purpose of being used, to commit or conceal the commission of a crime, to wit:

Grand Larceny, P.L. § 155.30 et seq.; and Scheme to Defraud in the First Degree, P.L. § 190.65 ("the

Subject Crimes").

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to enter,

examine, search, retrieve, copy, and analyze, servers and email account(s) associated with the

Target Google Account for the below described property, records, and evidence, and if you find

such evidence or any part thereof, to bring it before the Court without unnecessary delay:

a.  Email content. All emails sent to or from, stored in draft form in, or otherwise
    associated with the Target Google Account, including all message content, attachments,
    and header information (specifically including the source and destination addresses
    associated with each email, the date and time at which each email was sent, and the size
    and length of each email), limited to the time period of April 4, 2022 to the present;

b.  Address book information. All address books, contact lists, buddy lists, or similar
    information associated with the Target Google Account as well as any calendar data.

c.  Subscriber and payment information. All subscriber and payment information regarding
    the Target Google Account, including but not limited to name, username, physical

address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment (including any credit or bank account numbers), and payment history.

d.   Transactional records. All transactional records associated with the Target Google Account including all connection log data with IP addresses; all device information; all log-in, log-out, session and transactional connection logs; and records of session times or durations associated with the Target Google Account.

e.   Customer correspondence. All correspondence with the subscriber or others associated with the Target Google Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

f.   Preserved or backup records. Any preserved or backup copies of any of the foregoing categories of records, whether created in response to a preservation request issued pursuant to 18 USC § 2703(f) or otherwise.

The Court directs the email service provider, Google, to conduct the search/records check of its own records, servers, and computer systems, and, to provide the results to the New York City Police Department or the New York County District Attorney's Office, in an electronic format convenient for law enforcement. Members of the New York City Police Department or the New York County District Attorney's Office or other law enforcement personnel are not required to be present while this search/records check is conducted by the email service provider.

Further, this Court hereby authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to seize, search, retrieve, and view all the data, information, and images produced by Google, in order to locate evidence, fruits, and instrumentalities of violations of the Subject Crimes, specifically:

a.   Communications, documents or records relating to legal services or potential legal services including communication regarding legal payments, case discussions, legal analysis, litigation, planning of litigation, services provided for litigation;

b.   Communications, documents or records relating to reflecting contact or association with clients, past clients, or potential clients or referencing clients, past clients, or potential clients;

c.   Communications, documents or records relating to office space; communications or records relating to running a legal service office, legal organization, or a law firm such as business mail forwarding services, meeting scheduling applications, video conference

2

calls, conference calls, ███████ meetings, reception services, hiring of employees such as secretaries, receptionist, paralegals, attorneys or partners;

d. Communications, documents or records relating to purchase, use, possession of legal service providers ████████████████████████████████████████████

e. Communications, documents or records relating to bar admission, bar association or legal organizations;

f. Communications, documents or records relating to filing of documents with various courts or court clerks;

g. Communications, documents or records relating to who created, used, or communicated with the account, as well as who exercised dominion and control over the account, including records about their identities and whereabouts;

h. Communications, documents or records relating to financial means ████████████ ██████████████████████████████████████████ including communications and records relating to ██████████████████████ any bank communications ████████████████████████████████████ or credit card companies;

i. Communications, documents or records relating to ████████████████████████ ████████████████████████████████████████████████████████

j. Evidence of the identity of the owner and/or user of, or individual who exercised dominion or control over, the Target Google Account, including, but not limited to, the account subscriber information, the content of messages and attachments, contact lists, notes, and calendar entries; and

k. Evidence as to the location of the accountholder of the Target Google Account at the time of the planning, commission, or concealment of the Subject Crimes, including but not limited to, the content of communications, calendar entries, and metadata embedded in the files contained on the Target Google Account.

The warrant/order is deemed "executed" when it is served upon the email provider.

It is further ORDERED that such review of the materials received pursuant to this warrant may be deemed to be analysis and may continue for whatever reasonable time is necessary to complete a thorough review and analysis of the data and information therein.

The Court further authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to print and otherwise reproduce all the data, information, and images produced by Google by converting or copying them

into storage in another device, and to retain them for the purpose of evidentiary authentication and any potential discovery obligations in any related prosecution.

Further, pursuant to 18 USC § 2705(b), this Court orders Google not to notify or otherwise disclose the existence or execution of this warrant/order to any person (including the subscriber(s) or customer(s) of Target Google Account(s)), for an initial period of 180 days from the date of issuance of this warrant. Such period may be extended by further order of this Court.

It is further ORDERED that this affidavit and any transcript of any accompanying sworn testimony in support of this application be sealed, except that permission is granted for the District Attorney's Office to retain the original and copies of the affidavit and to obtain a copy of the minutes of any sworn testimony and for an Assistant District Attorney to disclose the affidavit and/or testimony in the course of the lawful discharge of his or her duties pursuant to a criminal investigation and/or prosecution, or upon written order of the Court.

This warrant must be executed within 10 days of the date of issuance.

Dated: New York, New York

Part 1  DEC - 6 2022

4

5:08

<

# Trip

Jan 21, 2025, 1:14 PM · 29.7 miles · 43 min



| | | |
|---|---|---|
| **343 5th Ave** | | Pickup |
| River Edge, NJ 07661 | | 1:14 PM |
| **Westchester County** | | Drop-off |
| White Plains, NY 10601 | | 1:58 PM |

# Payment

| | |
|---|---|
| Lyft Standard fare (29.7 mi, 43m) | $79.95 |
| Lyft Pink member-exclusive savings | -$3.99 |

**PayPal**
Total charge                                   **$75.96**

Personal
PayPal

>

Your payment method has already been charged. Changing profiles
will not affect the payment method used.

# EXHIBIT B





# One hour of ethics consultation with Kaylin L. Whittingham, Esq.

**Bidding ended**

**Winning bid**

$250

« All items    ‹ Previous item                                                    Next item ›



## About this item

Kaylin L. Whittingham, Esq. is the principal of Whittingham Law where she focuses her practice on Legal Ethics and Professional Responsibility. She is the founder of the Legal Ethics Lab and the host of the Podcast: Legal Ethics In A New York Minute.

Donated by Kaylin L. Whittingham, Esq.  https://whittinghamlaw.com  |
https://whittinghamlaw.com/about/

**Value: $500**

Bidding ended: 9:00pm, Friday 3 June 2022
America/New York



# Legal Ethics Lab

282 likes • 285 followers

Posts    About    Photos    Videos    •••



## This page isn't available right now

This may be because of a technical error that we're working
to get fixed. Try reloading this page.

 Outlook

---

**Re: Unauthorized charge**

---

From Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
    via outlook.com

Date Wed 2025-02-19 12:02 PM

To   S. Mescall J.D. <mescallaw@outlook.com>

 External (kaylin@whittinghamlaw.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello:

My statement was that "I did not process a credit card transaction with your name." Is your name "Ogunsaya"? I see no transaction with the name Mescall. You are the person who wrote making allegations of unauthorized charge. You should communicate internally if you believe an authorized user has used a credit card that belongs to you and not make allegations that are inaccurate.

I checked my transactions prior to responding to you and your facts are wrong; there was no charge for Mescall and I will not communicate to you who have or have not consulted with my Firm. If you can show me a charge on a credit card with your name then we have something to discuss; if not, do not make false allegations of "unauthorize charge."

Thanks,
Kaylin


Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com | kaylin@whittinghamlaw.com

---

**From: S. Mescall J.D. <mescallaw@outlook.com>**
**Date: Wednesday, February 19, 2025 at 11:27 AM**
**To: Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>**
**Subject: Unauthorized charge**

Good morning,

I am responding to your response that your firm did not process a transaction for $500 with respect to a consultation for Ogunsaya. Please see attached screenshot proof that you did.

While I did not authorize the transaction, your firm shows that you have. Therefore, the facts are correct and you should check your transactions accordingly.

Thank you

Get Outlook for iOS

 Outlook

---

Re: Unauthorized charge

From Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
      via outlook.com
Date Wed 2025-02-19 10:55 AM
To    S. Mescall J.D. <mescallaw@outlook.com>

**Caution: External** (kaylin@whittinghamlaw.com)
First-Time Sender   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Good morning:

Our Firm did not process a credit card transaction with your name. Additionally, we never collect clients
credit card information. Please check your facts before leveraging allegations.

Thanks,
Kaylin


Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com  |  kaylin@whittinghamlaw.com

---

**From: S. Mescall J.D. <mescallaw@outlook.com>**
**Date: Tuesday, February 18, 2025 at 8:08 PM**
**To: Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>**
**Subject: Unauthorized charge**

**Good evening,**

**On Monday 02/18/2025, we noticed a $500 unauthorized "POS," charge.  There was a call
to the bank, and they said it came from here. (see) https://whittinghamlaw.com There was
no order, nor anything requested, nor were the charges authorized .**

**Even more troubling;  the fact on how this card was charged and how was the
information related to do so?  By whom?  The bank said it was done this weekend.**

---

## Whittingham Law - Legal Ethics Attorney New York

We are a Lawyer's Lawyer here to protect your REPUTATION, LIVELIHOOD, AND FUTURE.
Whittingham Law defends lawyers and judges facing disciplinary investigations and advise lawyers
and law firms on ways to stay in compliance with their ethical and professional obligations to
minimize their risk of grievance complaints and legal malpractice suits.

whittinghamlaw.com

---

**S. MESCALL**

# KAYLIN L. WHITTINGHAM, ESQ.

Kaylin L. Whittingham is a former New York State Commissioner on Ethics and Lobbying in Government and a Referee for the New York State Commission on Judicial Conduct. She is the principal of Whittingham Law, where she concentrates her practice on Legal Ethics and Professional Responsibility. Prior to private practice, she served as counsel at the Attorney Grievance Committee, First Judicial Department where she investigated and prosecuted a wide array of professional misconduct cases. Kaylin served as Staff Attorney at the Mental Hygiene Legal Services in the First Department; Judicial Intern to the Honorable Dolores K. Sloviter, United States Court of Appeals for the Third Circuit, and the Honorable Milton Tingling, Supreme Court for the State of New York, New York County. She started her legal career in the Litigation Bureau of the New York State Attorney General's Office.

# ITTINGHAM, ESQ.

mer New York State

obbying in Government and a

e Commission on Judicial

of Whittingham Law, where she

egal Ethics and Professional

practice, she served as counsel

mittee, First Judicial

igated and prosecuted a wide

ct cases. Kaylin served as Staff

e Legal Services in the First

the Honorable Dolores K.

f Appeals for the Third Circuit,

ling, Supreme Court for the

ounty. She started her legal

u of the New York State





**Sean Mescall**

**99 Wall Street, suite 2679**

**New York, NY 10005**
*Home address*   6 PADDOCK PLACE
Newburgh NY 12550

TD Bank
Customer Claims Department

**Fax #1-856-642-7702**

**Subject: Unauthorized Use of Credit Card – Claim No. C-2542944**

Dear TD Bank Claims Department,

I am writing to formally dispute an unauthorized charge of $500 on my account. This amount was used by a former co-worker without my authorization. The card in question has since become inactive. (see) emails attached. The ex-coworker went to a law firm that charged the fees. The law firm did not admit they did. They only said they did not have a charge for Mescall. However, it was a point of sale. You can put any name if you have the 3-digit codes and zip codes to wit; Ogunsanya did.

Please refer to Claim No. C-2542944 for further details regarding this matter. I request a full investigation into the transaction and an update on the status of my claim. Additionally, I would appreciate any necessary documentation or forms required to support my case.

Additionlly, on 02/26/2025, my wifes card had unauthorized "apple.com bills extending almost $300. Her name is Sophia Wilson Mescall. We went to NY branch to dispute 02/27/25

Thank you for your prompt attention to this matter. Please contact me at your earliest convenience with any updates or if further information is required.

Sincerely,

/s/Sean Mescall

*Sean Mescall*



Commonwealth of Virginia

County of Prince William, Virginia

The foregoing instrument was acknowledged before me

on 02/27/2025 by Sean Mescall.

Electronic Notary Public

7966620

My commission expires: 04/30/2025

Notarized remotely online using communication technology via Proof.

**Attorney Mescall PC**
**99 Wall Street**
**New, York, NY 10005**

**Sean Mescall**
6 Paddock Place
Newburgh, Ny 12550
**845-542-9770**

**TD BANK**
**800 Broadway**
**Newburgh, NY 12550**

03/13/2025

TO WHOM IT MAY CONCERN,

I assisted Sean Mescall with issuing new debit cards related to the accounts listed below for unauthorized charges. More specifically, on February 18th, an unauthorized charge appeared on the account # 4438177407 labeled "The Legal Ethics Lab, Whittingham Law," of New York specifically an entity owned by Kaylin L. Whittingham 3 Columbus Circle, 15th Floor New York, NY 10019. (see) attachment.

Mr. Mescall disputed this charge because he was not in the possession of the card charged on this date amongst others.

Thank You,

11:17

TD BUSINESS SIMPLE CHECKING

## Transaction details          Close

**VISA DDA PUR AP**
**449216    THE LEGAL**
**ETHICS LAB**                          −$500.00
**WHITTINGHAMLA * NY**

Posted date                            02/18/2025

Type                                   DEBIT

**Something doesn't look right?**

# D.A. Alvin Bragg Sets Out White-Collar Crime Priorities

This article provides a summary of how Manhattan's newly-elected prosecutor described his vision for addressing white-collar crime.

February 09, 2022 at 12:15 PM

🕓 13 minute read

White Collar Crime

By Robert J. Anello ⊡
By Richard F. Albert ⊡



Manhattan District Attorney Alvin Bragg. Photo: Ryland West/ALM

U.S. Attorney's Offices in Manhattan and Brooklyn and the state's Attorney General are not alone in prosecuting fraud in the Big Apple. Last week we sat down with Manhattan's new District Attorney, Alvin Bragg, to discuss his Office's priorities with respect to white-collar crime. Mr. Bragg—who previously served as a prosecutor both in the U.S. Attorney's Office for the Southern District of New York and as the Chief Deputy in the New York State Attorney General's Office, as well as the Chief of Litigation and Investigations with the New York City Council—emphasized that violent crime and street crime are top priorities in his office, but he displayed an acute awareness of the important role of the Manhattan D.A.'s office with respect to white-collar crime and the tools at his disposal.

While cognizant of the mandates of his federal and state colleagues, Mr. Bragg noted the need for his office to pursue significant white-collar cases when such cases most aptly would be brought by a local prosecutor, particularly where the city's consumers and businesses are victims. Throughout the discussion, District Attorney Bragg emphasized the work of the Office's Financial Frauds Bureau, the Construction Fraud Task Force, and what he referred to as his Office's unique "connection with the public." An area that D.A. Bragg sees as a particular strength of his office is combatting cybercrime. He discussed the exceptional cyber lab in the D.A.'s office and praised his predecessor's building up of the lab (it is no coincidence that the previous D.A., Cy Vance, recently announced he was joining Baker McKenzie to chair the firm's cyber

LAW FIRMS MENTIONED

Morvillo Abramowitz Grand

Baker McKenzie

TRENDING STORIES

Recent Decisions Relating to Tortious Interference With Contract Claims

NEW YORK LAW JOURNAL

# From Clients

MARCH 6, 2025

Manhattan District Attorney Alvin L. Bragg Jr. today announced the indictment of SEAN MESCALL, 46, for allegedly posing as an attorney and stealing approximately $200,000 from dozens of clients who relied on him for legal services between April 2022 and January 2025. MESCALL is charged in a New York State Supreme Court indictment with one count of Grand Larceny in the Third Degree, two counts of Grand Larceny in the Fourth Degree, one count of Scheme to Defraud in the First Degree, and one count of Practicing or Appearing As Attorney At Law Without Being Admitted and Registered. MESCALL was arraigned on March 5, 2025. [1]

"As alleged, Sean Mescall posed as a fake attorney to take advantage of clients who relied on him for what they thought was legitimate legal assistance," said District Attorney Bragg. "The defendant allegedly exploited victims who entrusted him by stealing their hard-earned money for a wide range of supposed legal services. This is an ongoing investigation. Please call our Financ[...] Frauds Bureau at 212-335-8900 if you may be a victim."

According to court documents and statements made on the record, between April 2022 and January 2025, MESCALL falsely posed as a lawyer and systematically defrauded dozens of people. [...]rom victims who believed they were clients of a licensed attorney. MESCALL was never a registered lawyer in New York State.

MESCALL created a fake law firm in the Financial District that went by many different names, including "Prospection Legal," "Prospection Legal Group," "Legal Prospection," "Mescall Law P.C. and Prospection Legal Group," and "Mescall Law P.C." MESCALL also registered two corporate entities in Delaware named "Prospection Legal Corporation," and "Attorney Mescall P.C."

To attract clients to his fake law firm, MESCALL created profiles on different online legal search platforms, including Justia.com, Law.com, Lawyer.com, and Nolo.com. He also created profiles on LinkedIn, Facebook, and Twitter to advertise his fraudulent legal services. He provided false information on these platforms, including that he received a law degree in 2001 from "Texas Tech University School of Law," and that he had more than a decade of litigation experience.

The types of cases in which MESCALL agreed to represent clients included a class action lawsuit, a discrimination lawsuit, and a business dispute over a breach of contract.

In April of 2024, MESCALL hired an attorney licensed in New York and New Jersey to work at his fake law firm. MESCALL told this attorney that he had graduated from law school, that he was licensed to practice law in New York, New Jersey, and other places, and that he had been practicing law since "before she was born." Based on MESCALL's representations, the attorney began working for him, and represented his clients in filings and in appearances at courts in various jurisdictions.

Assistant D.A.s Minji Kim and Alexander Sanyshyn (Financial Frauds Bureau) are handling the prosecution of this case under the supervision of Assistant D.A.s Hope Korenstein (Deputy Bureau Chief of the Financial Frauds Bureau), Kelly Thomas (Deputy Bureau Chief of the Financial Frauds Bureau) and Kofi Sansculotte (Bureau Chief of the Financial Frauds Bureau), and Executive Assistant D.A. Jodie Kane (Chief of the Investigation Division).

Financial Frauds Paralegal Jamyle Delgado, and former Financial Frauds Paralegals Karl Siegenthaler and Leila Mohammed provided valuable assistance in the investigation. Rackets Investigators Kyle Breen, and Luis Chuquiralao, Supervising Rackets Investigator Ryan Lemon, Deputy Bureau Chief Investigator Kevin Yorke and Investigations Bureau Assistant Chiefs Michael Wigdor and Jon Reid also provided valuable assistance in the investigation. Director of the High Tech Analysis Unit Steve Moran, Privilege Review Data Specialist Olivia Savell and Chief of the Privilege Review Un[...] Caroline Serino assisted with the investigation as well.

Defendant Information:

SEAN MESCALL

English

Q

NEWS • PRESS RELEASES

# D.A. Bragg Announces Indictment Against Fake Attorney For Stealing $200,000 From Clients

MARCH 8, 2025

Manhattan District Attorney Alvin L. Bragg Jr. today announced the indictment of SEAN MESCALL, 46, for allegedly posing as an attorney and stealing approximately $200,000 from dozens of clients who relied on him for legal services between April 2022 and January 2025. MESCALL is charged in a New York State Supreme Court indictment with one count of Grand Larceny in the Third Degree, two counts of Grand Larceny in the Fourth Degree, one count of Scheme to Defraud in the First Degree, and one count of Practicing or Appearing As Attorney At Law Without Being Admitted and Registered. MESCALL was arraigned on March 5, 2025. [1]



"As alleged, Sean Mescall posed as a fake attorney to take advantage of clients who relied on him for what they thought was legitimate legal assistance," said District Attorney Bragg. "The defendant allegedly exploited victims who entrusted him by stealing their hard-earned money for a wide range of supposed

Our
Work

New

MED
COV

PRES
RELE

NEW

DAT

RSM

VIDE

Victi
Resou

Caree

Abou
the
Office

Conta
Us

SEAR

legal services. This is an ongoing investigation. Please call our Financial Frauds Bureau at 212-335-8900 if you may be a victim."

According to court documents and statements made on the record, between April 2022 and January 2025, MESCALL falsely posed as a lawyer and systematically defrauded dozens of people. MESCALL stole approximately $200,000 from victims who believed they were clients of a licensed attorney. MESCALL was never a registered lawyer in New York State.

MESCALL created a fake law firm in the Financial District that went by many different names, including "Prospection Legal," "Prospection Legal Group," "Legal Prospection," "Mescall Law P.C. and Prospection Legal Group," and "Mescall Law P.C." MESCALL also registered two corporate entities in Delaware named "Prospection Legal Corporation," and "Attorney Mescall P.C."

To attract clients to his fake law firm, MESCALL created profiles on different online legal search platforms, including Justia.com, Law.com, Lawyer.com, and Nolo.com. He also created profiles on LinkedIn, Facebook, and Twitter to advertise his fraudulent legal services. He provided false information on these platforms, including that he received a law degree in 2001 from "Texas Tech University School of Law," and that he had more than a decade of litigation experience.

The types of cases in which MESCALL agreed to represent clients included a class action lawsuit, a discrimination lawsuit, and a business dispute over a breach of contract.

In April of 2024, MESCALL hired an attorney licensed in New York and New Jersey to work at his fake law firm. MESCALL told this attorney that he had graduated from law school, that he was licensed to practice law in New York, New Jersey, and other places, and that he had been practicing law since "before she was

D.A. Bragg Announces Indictment Against Fake Attorney For Stealing $200,000 From Clients – Manhattan District Attorney's Office

3/10/25, 2:21 PM

born." Based on MESCALL's representations, the attorney began working for him, and represented his clients in filings and in appearances at courts in various jurisdictions.

Assistant D.A.s Minji Kim and Alexander Sanyshyn (Financial Frauds Bureau) are handling the prosecution of this case under the supervision of Assistant D.A.s Hope Korenstein (Deputy Bureau Chief of the Financial Frauds Bureau), Kelly Thomas (Deputy Bureau Chief of the Financial Frauds Bureau) and Kofi Sansculotte (Bureau Chief of the Financial Frauds Bureau), and Executive Assistant D.A. Jodie Kane (Chief of the Investigation Division).

Financial Frauds Paralegal Jamyle Delgado, and former Financial Frauds Paralegals Kari Siegenthaler and Leila Mohammed provided valuable assistance in the investigation. Rackets Investigators Kyle Breen, and Luis Chuquiralao, Supervising Rackets Investigator Ryan Lemon, Deputy Bureau Chief Investigator Kevin Yorke and Investigations Bureau Assistant Chiefs Michael Wigdor and Jon Reid also provided valuable assistance in the investigation. Director of the High Tech Analysis Unit Steve Moran, Privilege Review Data Specialist Olivia Savell and Chief of the Privilege Review Unit Caroline Serino assisted with the investigation as well.

Defendant Information:

SEAN MESCALL

Newburgh, NY

Charged:

- Grand Larceny in the Third Degree, one count
- Grand Larceny in the Fourth Degree, two counts

- Scheme to Defraud in the First Degree, one count
- Practicing or Appearing As Attorney At Law Without Being Admitted and Registered, one count

### ###

[1] The charges contained in the indictment are merely allegations, and the defendant is presumed innocent unless and until proven guilty. All factual recitations are derived from documents filed in court and statements made on the record in court.

 Manhattan District Attorney's Office

**MAIN OFFICE**
One Hogan Place
New York, NY 10013
**212.335.9000**

**HARLEM OFFICE**
163 West 125th Street
New York, NY 10027
**212.864.7884**

**WASHINGTON HEIGHTS OFFICE**
530 West 166th Street, Suite 600A
New York, NY 10032
**212.335.3320**

ABOUT THE OFFICE

OUR WORK

ACCESSIBILITY

NEWS

VICTIM RESOURCES

D.A. Bragg Announces Indictment Against Fake Attorney For Stealing $200,000 From Clients – Manhattan District Attorney's Office

3/10/25, 2:21 PM

ESPANOL        緊德中文

CONTACT US

CAREERS & TRAINING

Keep up with us! Sign up for our newsletter.

All Content © 2025. Disclaimer

SIGN UP

# Exhibit A

 Outlook

**HRA Set-up Complete! If participating, please complete your onboarding**

From Take Command <clientsuccess@takecommandhealth.com>
via transactional.hubspotemail.net
Date Fri 2024-08-30 10:02 AM
To Addie Esq. <attorneyatlaw@prospectionlaw.com>

External (clientsuccess@takecommandhealth.com)

<u>Report This Email</u>  FAQ  <u>GoDaddy Advanced Email Security, Powered by INKY</u>



Hi adebukola,

Thanks for getting your company's HRA set up!

If you are also participating in your company's HRA, don't forget to complete your own onboarding. To complete signup, just log in to the platform and follow the prompts to enroll in a health plan and/or upload proof of insurance for an existing health plan.

Log in to Platform

## Admin Resources

Remember you can always access our **Admin Resources** including helpful videos, guides, and answers to FAQs on topics like data reports, roster management, billing and more!



If you haven't done so already, let your employees know about your new HRA. You can use this <u>sample email</u> as well as this <u>employee flyer</u>.

We are here to make this experience great for you. Reach out via e-mail, phone or chat with us on our website if we can help answer any questions you have.

If you know a small business that could benefit from our HRA services, you can refer a friend to Take Command and **get a $50 Amazon gift card when they sign up!**

☞ Click here to learn more and refer a friend.

Thanks,

the Take Command team

Take Command, 1410 E. Renner Rd., Suite 200, Richardson, TX 75082, United States, (855) 824-4727

Outlook

---

**Your receipt from Take Command Insurance Agency, Inc. #2137-1708**

---

**From** Take Command Insurance Agency, Inc. <invoice+statements+acct_18WErgGRKO42t1cw@stripe.com>
**Date** Sat 2024-10-05 1:30 AM
**To**    Addie Esq. <attorneyatlaw@prospectionlaw.com>

2 attachments (132 KB)
Invoice-B5812A86-0003.pdf; Receipt-2137-1708.pdf;

**Caution:** External (invoice+statements+acct_18werggrko42t1cw@stripe.com)
Sensitive Content   Details

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Take Command Insurance Agency, Inc.

Receipt from Take Command Insurance Agency, Inc.

# $87.10

**Paid October 5, 2024**

↓ Download invoice    ↓ Download receipt

| | |
|---|---|
| Receipt number | 2137-1708 |
| Invoice number | B5812A86-0003 |
| Payment method | *MasterCard* - 6219 |

## Receipt #2137-1708

**SEP 30 – OCT 31, 2024**

| | |
|---|---|
| **Business ICHRA** | **$40.00** |
| Qty 2 | $20.00 each |
| **HRA Platform(standard)** | **$40.00** |
| Qty 1 | |
| **Subtotal** | **$80.00** |
| **Total excluding tax** | **$80.00** |
| Sales Tax - New York (8.875%) | $7.10 |

# Invoice

**Invoice number**  B5812A86-0002
**Date of issue**   August 31, 2024
**Date due**        August 31, 2024

**Take Command Insurance Agency, Inc.**
United States
+1 214-866-7757
clientsuccess@takecommandhealth.com

**Bill to**
Prospection Legal Corp
442 5Th Ave
1552
New York, New York 10018
United States
attorneyatlaw@prospectionlaw.com

## $65.33 USD due August 31, 2024

Pay online

| Description | Qty | Unit price | Tax | Amount |
|---|---|---|---|---|
| Business ICHRA<br>Aug 31 – Sep 30, 2024 | 1 | $20.00 | 8.875% | $20.00 |
| HRA Platform(standard)<br>Aug 31 – Sep 30, 2024 | 1 | $40.00 | 8.875% | $40.00 |

|  |  |
|---|---|
| Subtotal | $60.00 |
| Total excluding tax | $60.00 |
| Sales Tax - New York (8.875% on $60.00) | $5.33 |
| Total | $65.33 |
| **Amount due** | **$65.33 USD** |



Total                                            $87.10

Amount paid                                      $87.10

Questions? Visit our support site at
**https://app.takecommandhealth.com/member-portal**, contact
us at **clientsuccess@takecommandhealth.com**, or call us at
**+1 214-866-7757**.

 Outlook

---

**FINRA Entitlement Information – Password reset requested**

---

**From** noreply@finra.org <noreply@finra.org>
**Date** Mon 2025-03-10 9:43 PM
**To**    Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

**Caution:** External (noreply@finra.org)
Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

We received a request to reset the password for your FINRA Gateway account. Click on the Reset Password button below to create a new password.

<div align="center">

RESET PASSWORD

Reset Password

</div>

If you did not change your password or request your password to be reset, please follow the steps below:

- Reset your password immediately
- Reset the security questions for your account
- Contact FINRA Support Center at:
  - Financial services professionals: (240) 386-4040
  - All others/general public: (301) 590-6500

**\*Note:** The link will expire in 60 minutes. If the link has expired, click here.

**Do not reply to this email.**

 Outlook

---

**Your FINRA Entitlement password has been successfully reset**

---

**From** noreply@finra.org <noreply@finra.org>
**Date** Mon 2025-03-10 9:45 PM
**To** Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

**Caution:** External (noreply@finra.org)
Sensitive Content  Details
                        Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Your FINRA Entitlement password for account **'aogunsanyaesq'** has been successfully reset.

If you did not change your password or request your password to be reset, contact FINRA immediately at 301.590.6500. Industry Professionals call 240.386.4040.

**Do not reply to this email.**

**PROSPECTION LEGAL GROUP, MESCALL LAW, P.C., ADEBUKOLA T. OGUNSANYA**

442 5TH Ave, suite 1552, New York, Ny 10018; 140 Broadway, 46th Floor, New York, NY 10005

1-516-844-3562 office

1-347-315-1303 fax

Email: attorneymescall@prospectionlaw.com

*On behalf of,* Ms. Erin Simon

373 Macdonough St.

Brooklyn, NY 11233

erin@erinsimoncasting.com

SPANX

250 Park Ave S, 10th Floor.

New York, NY 10003

C/O; Brenda Armendariz

director, Production (Photo & Video)

Email; brenda.armendariz@spanx.com;

General Counsel,

Antigone Peyton Esq.,



5675816

Password
Lagos8210@@

Site
https://iapps.courts.state.ny.us/sspr/Login

Notes
No note added

Edit          Delete

bgunjdapp@gmail.com

Password
Ademide22@@

Site
https://iapps.courts.state.ny.us/sspr/Login

Notes
No note added

Edit          Delete

Adebukola Ogunsanya is based out of United States and works at U.S. Small Business Administration as Attorney Advisor.

⊙ Reveal contact info for free

[SBA logo]   Solutions   Resources   Enterprise   Pricing        Log in

✉ Adebukola Ogunsanya's Work email

a*****@sba***.gov   ✿ Valid   ⊙ Free Email Reveal

🕐 Latest update                              📑 Location
March 23, 2024                               United States

**Adebukola's current employer**

[SBA logo] **U.S. Small Business Administration**

🔲 Description

We support America's small businesses. The SBA connects entrepreneurs with lenders and funding to help them plan, start and grow their bu...

🔗 Website                                    📍 HQ Location
sba.gov                                      Washington, DC, United States

👥 Number of employees                        📑 Industry
1001-5000                                    Government Administration

🕐 Latest update
May 1, 2024



## Sign in to Clio Manage

| attorneymescallpc@prospectionlaw.com |
| --- |

Change email

**Password**                                                    Hide

| Msbrian57@@ |
| --- |

I forgot my password

Cancel    **Sign In**

Amazon seller
Dell
OnlineDataReports...
Nationwide Mut. Ins...
Commercial Deman...
Sign in to Clio Grow
attorneymescallpc@prospectionlaw.com
Change email
Password
Hide
Msbrian57@@
I forgot my password
Cancel
Sign In
Have questions or need help?
CRM
USED by
OGUNSANYA
with Mescalc
NAME

**New York State Unified Court System**

NYSCEF - **New York State Courts Electronic Filing** (Logged in as: ADEBUKOLA OGUNSANYA - 56798

*Home*
NYSCEF

*Home*
Unrepresented Litigants

**File Documents**

Appellate Court

Civil Court

Court of Claims

Criminal Court

Digital Submission

Family Court

Supreme Court

Surrogate Court

Town & Village Court

**Cases**

My Cases

My Digital Content

Remove Consent

Surrogate Search

Case Search

**Resources**

Forms

PDF Checker

Authorized Courts

Available Documents

Rules & Legislation

Protocols

NYSCEF Updates

**My Account**

Account Settings

Logout

## My Account

This page is used to update your account information. To change your password, update your challenge questions, or to update your UCS Security e-mail address, visit the **UCS Security** page. This is ALSO your Attorney Online Services account.

Name: **ADEBUKOLA OGUNSANYA**
User Name: **5679816**

### Address and Phone Numbers

This address and phone number will appear on all filing receipts, and be available to all parties consented in your cases.

Firm Name
Mescall Law, P.C. Prospection Legal Group

Street Address *
442 5th Ave,

suite 1552

City *                     State *      Zip Code *
New York                   NY           10018

Phone Number *             Fax Number
5168443562

### Email Addresses

#### Current Emails

| Email Address | Email Type | Action |
|---|---|---|
| attorneymescall@prospectionlaw.com | Service | Edit |

#### Add Email Address

*After entering a new email, you must first click the **Add Email** button, THEN click the **Save** button at the bottom of this page.*

**BAKER, LESHKO, SALINE & DRAPEAU, LLP**
ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601-1712
TEL - 914.681.9500
FAX - 914.681.9505
www.bakerleshko.com

KATIE WENDLE                                                    T: 914.681.9500
kwendle@bakerleshko.com                                        F: 914.681.9505


March 10, 2025

Via: NYSCEF

Hon. Lewis J. Lubell, J.S.C.
Westchester County Courthouse
111 Dr. Martin Luther King Boulevard
White Plains, New York 10601

      **Re:   Grossman v. Starks**
      **Index No.: 52044/2020**

Dear Judge Lubell:

We write the Court to request an immediate conference on the above-mentioned action. Presently, the action is scheduled for jury selection on April 1, 2025

Plaintiff has become aware of an indictment against the principal of the firm presently representing defendant. As alleged, in the annexed press release, "Sean Mescall posed as a fake attorney to take advantage of clients." See Exhibit A, entitled *D.A. Bragg announces Indictment Against Fake Attorney for Stealing $200,000 from Clients.* While the indictment mentions a breach of contract claim, Plaintiff assumes, but does not know if the present action is the action referred to in the indictment.

Regardless, Plaintiff seeks to address the impact of the indictment on the present action with the Court prior to trial.

Respectfully submitted,


KRW:ww                                      Katie Wendle

cc: (via NYSCEF)

Adebukola Ogunsanya, Esq.

# Exhibit A

Home / Search / Adebukola T Ogunsanya



# Adebukola T Ogunsanya's New Jersey Voter Registration

River Edge, New Jersey

Adebukola T Ogunsanya (age 42) from River Edge, NJ and is affiliated with the Democratic Party. Adebukola is registered to vote in Bergen County, New Jersey.

**f Share**          **Background Report**           

## Overview of Adebukola T Ogunsanya



Lives in: River Edge, New Jersey                    Age: 42

## Adebukola Ogunsanya's Voter Registration

Party Affiliation: Democratic Party                 Ward: 0
Registered to Vote In: Bergen County, New Jersey    Congressional District: 5
Registration Date: 06/28/2018                        House District: 38
Voter Status: Active                                 Senate District: 38

## Detailed Records For Adebukola Ogunsanya

| Person | Locations | Associates |
|---|---|---|
| ☑ **Adebukola T Ogunsanya** (42) River Edge, NJ | River Edge, NJ Troy, NC Englewood, NJ | Oluwakemi Elizabeth Green Adetayo Babatunde Ogunsanya Babatunde A Ogunsanya Bade Ogunsanya Badejoko A Ogunsanya Busayo Ogunsanya |

**VIEW MORE RESULTS**

*Sponsored by TruthFinder*





# One hour of ethics consultation with Kaylin L. Whittingham, Esq.

| Bidding ended | Winning bid |
|---|---|
| | $250 |

« All items    ‹ Previous item                                                            Next item ›



## About this item

Kaylin L. Whittingham, Esq. is the principal of Whittingham Law where she focuses her practice on Legal Ethics and Professional Responsibility. She is the founder of the Legal Ethics Lab and the host of the Podcast: Legal Ethics in A New York Minute.

Donated by Kaylin L. Whittingham, Esq.   https://whittinghamlaw.com  |
https://whittinghamlaw.com/about/

**Value: $500**

Bidding ended: 9:00pm, Friday 3 June 2022
America/New York



## KAYLIN WHITTINGHAM

Whittingham Law
New York, NY

📞 (212) 810-7784


💻 Website    🗺 View Map

Kaylin L. Whittingham is a former New York State Commissioner on Ethics and Lobbying in Government and a Referee for the New York State Commission on Judicial Conduct. She is the principal of Whittingham Law, where she concentrates her practice on Legal Ethics and Professional Responsibility. Prior to private practice, she served as counsel at the Attorney Grievance Committee, First Judicial Department where she investigated and prosecuted a wide array of professional misconduct cases. Kaylin served as Staff Attorney at the Mental Hygiene Legal Services in the First Department; Judicial Intern to the Honorable Dolores K. Sloviter, United States Court of Appeals for the Third Circuit, and the Honorable Milton Tingling, Supreme Court for the State of New York, New York County. She started her legal career in the Litigation Bureau of the New York State Attorney General's Office.

In the world of legal ethics, Kaylin currently serves on the American Bar Association Commission on IOLTA (Interest on Lawyers Trust Accounts) and is a member of the Association of Professional Responsibility Lawyers. Kaylin is also a member of the Association of the Bar of the City of New York Presidential Task Force on Artificial Intelligence and Digital Technologies. She served as Chair of the Association of the Bar of the City of New York Professional Discipline Committee; a member of the New York State Bar Association's Committee on Professional Ethics; the Association of the Bar of the City of New York Council on the Profession Committee and Litigation Funding Task Force; the American Immigration Lawyers Association's Ethics Compendium Board of Advisors; and Secretary of the Ethics and Unauthorized Practice of Law Committee for the American Immigration Lawyers Association, New York Chapter.

As a Bar leader, Kaylin served as President of the Association of Black Women Attorneys; Board member of the National Bar Association's Board of Governors; member of the Network of Bar Leaders' Executive Council; Chair of the Committee of Bar Leaders, Secretary of the Women in the Law Section; a member of the New York State Bar Association's Nomination Committee; and Committee on Leadership Development. Kaylin is currently a member of the New York State Bar Association's Executive Committee, a member of the House of Delegates and is a New York State Bar Foundation Fellow.

Outside the legal community, Kaylin serves on the Board of Catholic Migration Services and served on the Board of Unique People Services, a non-profit organization dedicated to serving individuals with developmental disabilities, mental illness, and HIV/AIDS.

Kaylin is featured in the Book and World Exhibit—"200 Women: Who Will Change the Way You See the World." She is the recipient of the 2016 Black Women of Influence (BWOI) Trailblazer Award; 2017 Association of Black Women Attorneys Achievement Award; 2018 National Bar Association Presidential Award; the 2020, 2023 and 2024 Top 100 National Black Lawyers; and was named 2022, 2023, and 2024 Super Lawyer for the New York Metro Area. Guided by her mantra: "Inspire. Empower. Engage."—Kaylin advocates for women rights, immigrants, victims of domestic violence, and the mentally ill.

Kaylin is admitted in New York, New Jersey, the United States District Court for the Southern District of New York, and the United States District Court of New Jersey.

## ACTIVE MEMBER OF THE 2024 AFRICAN AMERICAN LEGAL BRAINTRUST™

To nominate an exceptional attorney for membership, please click here.

**Nominate an Attorney**

THE NATIONAL BLACK LAWYERS

f  📷  𝕏  in   Privacy Policy   Terms & Conditions   Contact The NBL

© Copyright 2025. All Rights Reserved | National Black Lawyers

Facebook
https://www.facebook.com › legalethicslab › posts

### Congratulations Kaylin L. Whittingham... - Legal Ethics Lab

Congratulations Kaylin L. Whittingham, Esq.! Selected by her Peers as New York Metro Super Lawyer 2024 ✳✳✳ #SuperLawyer2024 #LegalExcellence #NewYorkLaw #WhittinghamLaw #LegalEthics...

LinkedIn
https://www.linkedin.com › posts › whitting...

### Whittingham Law's Post - LinkedIn

Whittingham Law 394 followers 2d Report this post Good Evening Ethicists! Check out today's #JudicialDigest on Judges Disciplinary Responsibilities. Comment below and let us know your thoughts.



Facebook
https://www.facebook.com › legalethicslab › posts

### Please join Kaylin Whittingham, David... - Legal Ethics Lab

Please join Kaylin Whittingham, David Singer, Tracey Frisch, Bruce Green, and Peter Michaelson for a discussion on "Cutting Edge Ethics Issues When Dealing With New Technologies." In person at...

Facebook
https://www.facebook.com › legalethicslab › posts › as-we-bid-farewell

### As we bid farewell to a year filled... - Legal Ethics Lab - Facebook

As we bid farewell to a year filled with challenges, Whittingham Law looks forward to the new possibilities that 2024 brings. Wishing you a year of success, happiness, and endless opportunities.

Facebook
https://www.facebook.com › legalethicslab › posts

### Please join Kaylin Whittingham and... - Legal Ethics Lab - Facebook

Oct 16, 2023  Please join Kaylin Whittingham and co-panelists Kathryn Donnelly, Norma Lopez, Remi Shea and Hon. Charles Thomas for an introduction to statewide...

Facebook
https://www.facebook.com › legalethicslab › posts

### Please join Kaylin Whittingham and... - Legal Ethics Lab - Facebook

Please join Kaylin Whittingham and co-panelists Greg...



## Legal Ethics Lab

282 likes • 285 followers

Posts     About     Photos     Videos     •••



### This page isn't available right now

This may be because of a technical error that we're working
to get fixed. Try reloading this page.

◼️ Outlook

---

Re: Unauthorized charge

---

**From** Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
via outlook.com
**Date** Wed 2025-02-19 12:02 PM
**To** S. Mescall J.D. <mescallaw@outlook.com>

---

▎ External (kaylin@whittinghamlaw.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello:

My statement was that "I did not process a credit card transaction with your name." Is your name "Ogunsaya"? I see no transaction with the name Mescall. You are the person who wrote making allegations of unauthorized charge. You should communicate internally if you believe an authorized user has used a credit card that belongs to you and not make allegations that are inaccurate.

I checked my transactions prior to responding to you and your facts are wrong; there was no charge for Mescall and I will not communicate to you who have or have not consulted with my Firm. If you can show me a charge on a credit card with your name then we have something to discuss; if not, do not make false allegations of "unauthorize charge."

Thanks,
Kaylin

Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com | kaylin@whittinghamlaw.com

---

**From:** S. Mescall J.D. <mescallaw@outlook.com>
**Date:** Wednesday, February 19, 2025 at 11:27 AM
**To:** Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
**Subject:** Unauthorized charge

Good morning,

I am responding to your response that your firm did not process a transaction for $500 with respect to a consultation for Ogunsaya. Please see attached screenshot proof that you did.

While I did not authorize the transaction, your firm shows that you have. Therefore, the facts are correct and you should check your transactions accordingly.

Thank you

Get Outlook for iOS

Sean Mescall

99 Wall Street, suite 2679

New York, NY 10005


TD Bank
Customer Claims Department

Fax #1-856-642-7702

Subject: Unauthorized Use of Credit Card – Claim No. C-2542944

Dear TD Bank Claims Department,

I am writing to formally dispute an unauthorized charge of $500 on my account. This amount was used by a former co-worker without my authorization. The card in question has since become inactive. (see) emails attached.  The ex-coworker went to a law firm that charged the fees. The law firm did not admit they did. They only said they did not have a charge for Mescall.  However, it was a point of sale. You can put any name if you have the 3-digit codes and zip codes to with Ogunsanya did.

Please refer to Claim No. C-2542944 for further details regarding this matter. I request a full investigation into the transaction and an update on the status of my claim. Additionally, I would appreciate any necessary documentation or forms required to support my case.

Thank you for your prompt attention to this matter. Please contact me at your earliest convenience with any updates or if further information is required.

Sincerely,

/s/Sean Mescall

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

 

ATTY MESCALL PC
99 WALL ST STE 2679
NEW YORK NY  10005

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

## TD Business Simple Checking

ATTY MESCALL PC

Account # 443-8177407

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 584.04 | Average Collected Balance | 993.01 |
| Deposits | 368.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1.50 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 5,500.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Electronic Payments | 987.05 | | |
| Other Withdrawals | 15.00 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 5,441.49 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | SBB MDEPOSIT | 368.00 |
| | Subtotal: | 368.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | DEBIT CARD CREDIT, AUT 020725 VISA DDA REF AMERICAN ARBITRATION     NEW YORK    * NY 4085404036557142 | 1.50 |
| | Subtotal: | 1.50 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT, Provisional Credit | 500.00 |
| 02/26 | WIRE TRANSFER INCOMING, LINSCO/PRIVATE LEDGER CORP. | 5,000.00 |
| | Subtotal: | 5,500.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:    2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 5,441.49 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The Daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ATTY MESCALL PC

Page:                                          3 of 4
Statement Period:          Feb 01 2025-Feb 28 2025
Cust Ref #:                        4438177407-713-E-***
Primary Account #:                      443-8177407

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>EXXON PB   J OIL          NEWBURGH      * NY<br>4085404036557142 | 20.00 |
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL     800 333 8655 * NY<br>4085404036557142 | 9.49 |
| 02/10 | DBCRD PUR AP, AUT 020925 VISA DDA PUR AP<br>DIALPAD INC          415 842 9989  * CA<br>4085404036557142 | 90.68 |
| 02/13 | ELECTRONIC PMT-WEB, PROG MAX INS CO INS PREM 990448089 Sean | 274.24 |
| 02/18 | DBCRD PMT AP, AUT 021725 VISA DDA PUR AP<br>THE LEGAL ETHICS LAB        WHITTINGHAMLA * NY<br>4085404036557142 | 500.00 |
| 02/18 | DBCRD PUR AP, AUT 021625 VISA DDA PUR AP<br>PAYPAL  PHYSICALADD     402 935 7733  * NV<br>4085404036557142 | 20.23 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL       402 935 7733  * CA<br>4085404036557142 | 56.10 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL       402 935 7733  * CA<br>4085404036557142 | 10.88 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PAYPAL  GODADDY COM     402 935 7733  * AZ<br>4085404036557142 | 5.43 |
| | Subtotal: | 987.05 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 584.04 | 02/18 | 38.90 |
| 02/03 | 554.55 | 02/19 | -33.51 |
| 02/07 | 922.55 | 02/24 | 466.49 |
| 02/10 | 833.37 | 02/26 | 5,451.49 |
| 02/13 | 559.13 | 02/28 | 5,441.49 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

11:17

## TD BUSINESS SIMPLE CHECKING

## Transaction details                    Close

**VISA DDA PUR AP**
**449216    THE LEGAL**
**ETHICS LAB**                              -$500.00
**WHITTINGHAMLA * NY**

Posted date                             02/18/2025

Type                                    DEBIT

Changed by Oyunsany

To Ethics Lawyer

**Something doesn't look right?**

**Sean Mescall**

**99 Wall Street, suite 2679**

**New York, NY 10005**

Home address    6 PADDOCK PLACE
Newburgh NY 12550

TD Bank
Customer Claims Department

**Fax #1-856-642-7702**

**Subject: Unauthorized Use of Credit Card – Claim No. C-2542944**

Dear TD Bank Claims Department,

I am writing to formally dispute an unauthorized charge of $500 on my account. This amount was used by a former co-worker without my authorization. The card in question has since become inactive. (see) emails attached. The ex-coworker went to a law firm that charged the fees. The law firm did not admit they did. They only said they did not have a charge for Mescall. However, it was a point of sale. You can put any name if you have the 3-digit codes and zip codes to wit; Ogunsanya did.

Please refer to Claim No. C-2542944 for further details regarding this matter. I request a full investigation into the transaction and an update on the status of my claim. Additionally, I would appreciate any necessary documentation or forms required to support my case.

Additionlly, on 02/26/2025, my wifes card had unauthorized "apple.com bills extending almost $300. Her name is Sophia Wilson Mescall. We went to NY branch to dispute 02/27/25

Thank you for your prompt attention to this matter. Please contact me at your earliest convenience with any updates or if further information is required.

    Sincerely,

**/s/Sean Mescall**

*Sean Mescall*

Azeen Azeem

REGISTRATION NUMBER
7966620
COMMISSION EXPIRES
April 30, 2025

Commonwealth of Virginia

County of Prince William, Virginia

The foregoing instrument was acknowledged before me

on 02/27/2025 by Sean Mescall.

    Electronic Notary Public

7966620

My commission expires: 04/30/2025

Notarized remotely online using communication technology via Proof.



**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

ATTY MESCALL PC
99 WALL ST STE 2679
NEW YORK NY 10005

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

## TD Business Simple Checking

ATTY MESCALL PC

Account # 443-8177407

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 584.04 | Average Collected Balance | 993.01 |
| Deposits | 368.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1.50 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 5,500.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Electronic Payments | 987.05 | | |
| Other Withdrawals | 15.00 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 5,441.49 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | SBB MDEPOSIT | 368.00 |
| | Subtotal: | 368.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | DEBIT CARD CREDIT, AUT 020725 VISA DDA REF AMERICAN ARBITRATION    NEW YORK    * NY 4085404036557142 | 1.50 |
| | Subtotal: | 1.50 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT, Provisional Credit | 500.00 |
| 02/26 | WIRE TRANSFER INCOMING, LINSCO/PRIVATE LEDGER CORP. | 5,000.00 |
| | Subtotal: | 5,500.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 5,441.49 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "OOP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>EXXON PB  J OIL       NEWBURGH    * NY<br>4085404036557142 | 20.00 |
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL    800 333 8655  * NY<br>4085404036557142 | 9.49 |
| 02/10 | DBCRD PUR AP, AUT 020925 VISA DDA PUR AP<br>DIALPAD INC       415 842 9989  * CA<br>4085404036557142 | 90.68 |
| 02/13 | ELECTRONIC PMT-WEB, PROG MAX INS CO INS PREM 990448089 Sean | 274.24 |
| 02/18 | DBCRD PMT AP, AUT 021725 VISA DDA PUR AP<br>THE LEGAL ETHICS LAB      WHITTINGHAMLA * NY<br>4085404036557142 | 500.00 |
| 02/18 | DBCRD PUR AP, AUT 021625 VISA DDA PUR AP<br>PAYPAL PHYSICALADD    402 935 7733 * NV<br>4085404036557142 | 20.23 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL       402 935 7733 * CA<br>4085404036557142 | 56.10 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL       402 935 7733 * CA<br>4085404036557142 | 10.88 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PAYPAL GODADDY COM    402 935 7733  * AZ<br>4085404036557142 | 5.43 |
| | Subtotal: | 987.05 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| Page: | 4 of 4 |
|---|---|
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 584.04 | 02/18 | 38.90 |
| 02/03 | 554.55 | 02/19 | -33.51 |
| 02/07 | 922.55 | 02/24 | 466.49 |
| 02/10 | 833.37 | 02/26 | 5,451.49 |
| 02/13 | 559.13 | 02/28 | 5,441.49 |

# KAYLIN L. WHITTINGHAM, ESQ.

Kaylin L. Whittingham is a former New York State
Commissioner on Ethics and Lobbying in Government and a
Referee for the New York State Commission on Judicial
Conduct. She is the principal of Whittingham Law, where she
concentrates her practice on Legal Ethics and Professional
Responsibility. Prior to private practice, she served as counsel
at the Attorney Grievance Committee, First Judicial
Department where she investigated and prosecuted a wide
array of professional misconduct cases. Kaylin served as Staff
Attorney at the Mental Hygiene Legal Services in the First
Department; Judicial Intern to the Honorable Dolores K.
Sloviter, United States Court of Appeals for the Third Circuit,
and the Honorable Milton Tingling, Supreme Court for the
State of New York, New York County. She started her legal
career in the Litigation Bureau of the New York State
Attorney General's Office.

## ITTINGHAM, ESQ.



mer New York State

obbying in Government and a

e Commission on Judicial

of Whittingham Law, where she

egal Ethics and Professional

practice, she served as counsel

mittee, First Judicial

igated and prosecuted a wide

uct cases. Kaylin served as Staff

e Legal Services in the First

o the Honorable Dolores K.

f Appeals for the Third Circuit,

gling, Supreme Court for the

ounty. She started her legal

u of the New York State

thics, Kaylin currently serves on the American Bar Association Commission on IOLTA (Interest on Lawyers Trust
:mber of the Association of Professional Responsibility Lawyers. Kaylin is also a member of the Association of
\lew York Presidential Task Force on Artificial Intelligence and Digital Technologies. She served as Chair of the
of the City of New York Professional Discipline Committee; a member of the New York State Bar Association's
:ional Ethics; the Association of the Bar of the City of New York Council on the Profession Committee and

Home    About    Practice Areas    Resources    News

i served as President of the Association of Black Women Attorneys; Board member of the National Bar
' Governors; member of the Network of Bar Leaders' Executive Council; Chair of the Committee of Bar Leaders,
en in the Law Section; a member of the New York State Bar Association's Nomination Committee; and
ship Development. Kaylin is currently a member of the New York State Bar Association's Executive Committee,
se of Delegates and is a New York State Bar Foundation Fellow.

imunity, Kaylin serves on the Board of Catholic Migration Services and served on the Board of Unique People
organization dedicated to serving individuals with developmental disabilities, mental illness, and HIV/AIDS.

ie Book and World Exhibit—"200 Women: Who Will Change the Way You See the World." She is the recipient of
n of Influence (BWOI) Trailblazer Award; 2017 Association of Black Women Attorneys Achievement Award; 2018
on Presidential Award; the 2020, 2023 and 2024 Top 100 National Black Lawyers; and was named 2022, 2023,
:r for the New York Metro Area. Guided by her mantra: "Inspire. Empower. Engage."—Kaylin advocates for
rants, victims of domestic violence, and the mentally ill.

 Outlook

---

**Re: Unauthorized charge**

---

From  Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
      via outlook.com
Date  Wed 2025-02-19 10:55 AM
To    S. Mescall J.D. <mescallaw@outlook.com>

**Caution**: External (kaylin@whittinghamlaw.com)
First-Time Sender  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

· Good morning:

Our Firm did not process a credit card transaction with your name. Additionally, we never collect clients credit card information. Please check your facts before leveraging allegations.

Thanks,
Kaylin

Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com  |  kaylin@whittinghamlaw.com

---

**From: S. Mescall J.D. <mescallaw@outlook.com>**
**Date: Tuesday, February 18, 2025 at 8:08 PM**
**To: Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>**
**Subject: Unauthorized charge**

**Good evening,**

**On Monday 02/18/2025, we noticed a $500 unauthorized "POS," charge.  There was a call to the bank, and they said it came from here. (see) https://whittinghamlaw.com There was no order, nor anything requested, nor were the charges authorized .**

**Even more troubling;  the fact on how this card was charged and how was the information related to do so?  By whom?  The bank said it was done this weekend.**

Whittingham Law - Legal Ethics Attorney New York

We are a Lawyer's Lawyer here to protect your REPUTATION, LIVELIHOOD, AND FUTURE. Whittingham Law defends lawyers and judges facing disciplinary investigations and advise lawyers and law firms on ways to stay in compliance with their ethical and professional obligations to minimize their risk of grievance complaints and legal malpractice suits.

whittinghamlaw.com

---

**S.  MESCALL**
*Factual Case Development*
**ADEBUKOLA T. OGUNSANYA ESQ.**
*Attorney At Law*

**Prospection Legal Group**
442 5th Ave, Suite 1552
New York, NY 10018
**(516) 844-3562 Office**
**(347) 315-1303 Fax**

 Outlook

---

**Re: Unauthorized charge**

---

From  Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
      via outlook.com
Date  Wed 2025-02-19 12:02 PM
To    S. Mescall J.D. <mescallaw@outlook.com>

---

| External (kaylin@whittinghamlaw.com)

                        Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello:

My statement was that "I did not process a credit card transaction with your name."  Is your name "Ogunsaya"?  I see no transaction with the name Mescall. You are the person who wrote making allegations of unauthorized charge.  You should communicate internally if you believe an authorized user has used a credit card that belongs to you and not make allegations that are inaccurate.

I checked my transactions prior to responding to you and your facts are wrong; there was no charge for Mescall and I will not communicate to you who have or have not consulted with my Firm.  If you can show me a charge on a credit card with your name then we have something to discuss; if not, do not make false allegations of "unauthorize charge."

Thanks,
Kaylin


Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com  |  kaylin@whittinghamlaw.com

---

**From:** S. Mescall J.D. <mescallaw@outlook.com>
**Date:** Wednesday, February 19, 2025 at 11:27 AM
**To:** Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
**Subject:** Unauthorized charge

Good morning,

I am responding to your response that your firm did not process a transaction for $500 with respect to a consultation for Ogunsaya. Please see attached screenshot proof that you did.

While I did not authorize the transaction, your firm shows that you have. Therefore, the facts are correct and you should check your transactions accordingly.

Thank you

Get Outlook for iOS

**o⃣ Outlook**

---

**Re: Unauthorized charge**

---

**From** Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
    via outlook.com
**Date** Wed 2025-02-19 12:02 PM
**To**  S. Mescall J.D. <mescallaw@outlook.com>

| External (kaylin@whittinghamlaw.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello:

My statement was that "I did not process a credit card transaction with your name."  Is your name "Ogunsaya"?  I see no transaction with the name Mescall. You are the person who wrote making allegations of unauthorized charge.  You should communicate internally if you believe an authorized user has used a credit card that belongs to you and not make allegations that are inaccurate.

I checked my transactions prior to responding to you and your facts are wrong; there was no charge for Mescall and I will not communicate to you who have or have not consulted with my Firm.  If you can show me a charge on a credit card with your name then we have something to discuss; if not, do not make false allegations of "unauthorize charge."

Thanks,
Kaylin


Kaylin L. Whittingham
Legal Ethics & Professional Responsibility
**Whittingham Law**
3 Columbus Circle | Floor 15 | New York, NY 10019 | 212-810-7784
www.whittinghamlaw.com | kaylin@whittinghamlaw.com

---

**From:** S. Mescall J.D. <mescallaw@outlook.com>
**Date:** Wednesday, February 19, 2025 at 11:27 AM
**To:** Kaylin L. Whittingham <kaylin@Whittinghamlaw.com>
**Subject:** Unauthorized charge

Good morning,

I am responding to your response that your firm did not process a transaction for $500 with respect to a consultation for Ogunsaya. Please see attached screenshot proof that you did.

While I did not authorize the transaction, your firm shows that you have. Therefore, the facts are correct and you should check your transactions accordingly.

Thank you

Get Outlook for iOS

Sean Mescall

99 Wall Street, suite 2679

New York, NY 10005


TD Bank
Customer Claims Department

**Fax #1-856-642-7702**

**Subject: Unauthorized Use of Credit Card – Claim No. C-2542944**

Dear TD Bank Claims Department,

I am writing to formally dispute an unauthorized charge of $500 on my account. This amount was used by a former co-worker without my authorization. The card in question has since become inactive. (see) emails attached. The ex-coworker went to a law firm that charged the fees. The law firm did not admit they did. They only said they did not have a charge for Mescall. However, it was a point of sale. You can put any name if you have the 3-digit codes and zip codes to with Ogunsanya did.

Please refer to Claim No. C-2542944 for further details regarding this matter. I request a full investigation into the transaction and an update on the status of my claim. Additionally, I would appreciate any necessary documentation or forms required to support my case.

Thank you for your prompt attention to this matter. Please contact me at your earliest convenience with any updates or if further information is required.

Sincerely,

**/s/Sean Mescall**



Transaction details                    Close

**VISA DDA PUR AP
449216    THE LEGAL
ETHICS LAB
WHITTINGHAMLA * NY**                    -$500.00

Posted date                    02/18/2025

Type                    DEBIT

**Something doesn't look right?**

Outlook

---

**You sent a $1,343.00 USD payment**

---

**From** service@paypal.com <service@paypal.com>
**Date** Fri 2024-12-27 5:36 PM
**To** sean mescall <mescallaw@outlook.com>

**Caution:** External (service@paypal.com)
Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hello, Mescall & Prospection Law Inc.



# You sent $1,343.00 USD to adebukola ogunsanya

YOUR NOTE TO adebukola ogunsanya

**"** Health care **"**

## Transaction Details

**Transaction ID**
71U66801RF1288325

**Transaction date**
December 27, 2024

---

| | |
|---|---|
| **Money sent** | $1,343.00 USD |
| **Fee** | $0.00 USD |
| Paid with: | |
| PayPal balance (USD) | $1,343.00 USD |

---

| | |
|---|---|
| **You paid** | $1,343.00 USD |
| **adebukola ogunsanya will receive** | $1,343.00 USD |

---

Get the Details

 Outlook

---

**Healthcare reimbursement**

---

**From** Adebukola Ogunsanya <ogunbuki@gmail.com>
**Date** Mon 2024-12-09 11:37 AM
**To** S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>

📎 5 attachments (633 KB)
ATT00001.txt; image6.jpeg; image7.jpeg; image8.jpeg; image9.jpeg;

External (ogunbuki@gmail.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hi Sean:

Here are the payments in my first health network plans billing for reimbursement:

*BS*

HTTPSINSTACAR CA

Sep 9, 2024                          -$388.00
FIRST ENROLL-HEALTH PLA              $1,370.48
09/06 PURCHASE XXX-
XX08600 NJ



Oct 7, 2024

**FIRST ENROLL–HEALTH PLA
10/04 PURCHASE XXX-
XX67655 NJ**

**-$338.00**
$499.74

Nov 6, 2024
**FIRSTENROLL – HEALTH PL
11/04 PURCHASE XXX-
XX08600 NJ**

**-$338.00**
$123.05

# +XXXXX657948 ON 12/06

Processing                           **-$338.00**
## PURCHASE FIRSTENROLL - $525.80
## HEA XXX-XX69733 NJ ON
## 12/06

Outlook

---

**HRA Set-up Complete! If participating, please complete your onboarding**

---

**From** Take Command <clientsuccess@takecommandhealth.com>
via transactional.hubspotemail.net
**Date** Fri 2024-08-30 10:02 AM
**To** Addie Esq. <attorneyatlaw@prospectionlaw.com>

External (clientsuccess@takecommandhealth.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY



Hi adebukola,

Thanks for getting your company's HRA set up!

If you are also participating in your company's HRA, don't forget to complete your own onboarding. To complete signup, just log in to the platform and follow the prompts to enroll in a health plan and/or upload proof of insurance for an existing health plan.

Log in to Platform

## Admin Resources

Remember you can always access our **Admin Resources** including helpful videos, guides, and answers to FAQs on topics like data reports, roster management, billing and more!



If you haven't done so already, let your employees know about your new HRA. You can use this sample email as well as this employee flyer.

We are here to make this experience great for you. Reach out via e-mail, phone or chat with us on our website if we can help answer any questions you have.

If you know a small business that could benefit from our HRA services, you can refer a friend to Take Command and **get a $50 Amazon gift card when they sign up!** ☞ Click here to learn more and refer a friend.


Thanks,

the Take Command team


Take Command, 1410 E. Renner Rd., Suite 200, Richardson, TX 75082, United States, (855) 824-4727

**O** Outlook

---

**Your receipt from Take Command Insurance Agency, Inc. #2137-1708**

---

**From** Take Command Insurance Agency, Inc. <invoice+statements+acct_18WErgGRKO42t1cw@stripe.com>
**Date** Sat 2024-10-05 1:30 AM
**To** Addie Esq. <attorneyatlaw@prospectionlaw.com>

📎 2 attachments (132 KB)
Invoice-B5812A86-0003.pdf; Receipt-2137-1708.pdf;

**Caution:** External (invoice+statements+acct_18werggrko42t1cw@stripe.com)
Sensitive Content   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

---

Take Command Insurance Agency, Inc.

Receipt from Take Command Insurance Agency, Inc.

# $87.10

**Paid October 5, 2024**

↓ Download invoice    ↓ Download receipt

| | |
|---|---|
| Receipt number | 2137-1708 |
| Invoice number | B5812A86-0003 |
| Payment method | *MasterCard* - 6219 |

---

### Receipt #2137-1708

**SEP 30 – OCT 31, 2024**

| | |
|---|---|
| **Business ICHRA** | **$40.00** |
| Qty 2 | $20.00 each |
| | |
| **HRA Platform(standard)** | **$40.00** |
| Qty 1 | |
| | |
| **Subtotal** | **$80.00** |
| | |
| **Total excluding tax** | **$80.00** |
| | |
| Sales Tax - New York (8.875%) | $7.10 |

# Invoice



**Invoice number**  B5812A86-0002
**Date of issue**    August 31, 2024
**Date due**         August 31, 2024

**Take Command Insurance Agency, Inc.**
United States
+1 214-866-7757
clientsuccess@takecommandhealth.com

**Bill to**
Prospection Legal Corp
442 5Th Ave
1552
New York, New York 10018
United States
attorneyatlaw@prospectionlaw.com

## $65.33 USD due August 31, 2024

Pay online

| Description | Qty | Unit price | Tax | Amount |
|---|---|---|---|---|
| Business ICHRA<br>Aug 31 – Sep 30, 2024 | 1 | $20.00 | 8.875% | $20.00 |
| HRA Platform(standard)<br>Aug 31 – Sep 30, 2024 | 1 | $40.00 | 8.875% | $40.00 |

| | |
|---|---|
| Subtotal | $60.00 |
| Total excluding tax | $60.00 |
| Sales Tax - New York (8.875% on $60.00) | $5.33 |
| Total | $65.33 |
| **Amount due** | **$65.33 USD** |

| Total | $87.10 |

| Amount paid | $87.10 |

Questions? Visit our support site at
**https://app.takecommandhealth.com/member-portal**, contact
us at **clientsuccess@takecommandhealth.com**, or call us at
**+1 214-866-7757**.

AMAZON
USED
BY OGUNSAYA

Choose a billing address

Please choose a billing address from your address book below, or enter a new billing address.

**Your addresses**

○ **ADEBUKOLA TITI OGUNSANYA**
843 5TH AVE
RIVER EDGE, NJ, 07661-1112
United States
Phone number: +19175456040

○ **atty mescall pc**
99 WALL ST
NEW YORK, NY, 10005-4301
United States
Phone number: 9175136040

○ **Becca Decordova**
88 FAIRVIEW CIR
MIDDLE ISLAND NY USA MIDDLE ISLAND NY 3 RD FLOOR APT 88
MIDDLE ISLAND, NY, 11953-2341
United States
Phone number: 6312756014

○ **Erin Blanton**
359 RAMANO DR
IRON STATION, NC, 28080-8217
United States
Phone number: +19809209563

○ **Gerald Mescall**
1721 LOVERS LAWN TRCE APT 404
CORNELIUS, NC, 28031-8870
United States
Phone number: 704534630

○ **gerald mescall**
16 PADDOCK PL

PROGRESSIVE CLAIMS
PO BOX 94621
CLEVELAND, OH 44101

415299 12630 S10493936.3 036 012630
MESCALL LAW P.C.
ADEBUKOLA OGUNSANYA
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

PROGRESSIVE CLAIMS
PO BOX 94621
CLEVELAND, OH 44101-9941



**PROGRESSIVE**®

**Underwritten by:**
Artisan and Truckers Casualty Company

| | |
|---|---|
| **Claim Number:** | 23-4513656 |
| **Loss Date:** | May 25, 2023 |
| **Loss State:** | NC |

Mescall Law P.c.
Adebukola Ogunsanya
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

# We Have Received Your Letter of Representation

July 2, 2024

Dear Adebukola Ogunsanya,

We received your letter of representation for Mustafa Nasser.

I will be handling the comprehensive claim being presented on behalf of your client.

Please note that if your client is eligible for Medicare and Medicare has paid the accident-related bills, I might need to reimburse Medicare directly for any payments issued on behalf of your client for this accident.

We will send all future communication about your client's claim directly to you.

If you have any questions, please contact me.

Gretchen S Trawinski
Claims Department

**Visit claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a new
claim.

**Contact us**
1-440-459-6347
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-844-268-4665

Page 1 of 1

Form CLM0000008 (01/22)

Business Administration as Attorney Advisor.

◎  Reveal contact info for free

A.    Solutions    Resources    Enterprise    Pricing    Log in

✉ Adebukola Ogunsanya's Work email

a*****@sba***.gov    ✿ Valid    ◎ Free Email Reveal

**●** Latest update                          **⬛** Location

March 23, 2024                              United States

**Adebukola's current employer**

**$BA**   U.S. Small Business Administration

**ℹ** Description

We support America's small businesses. The SBA connects entrepreneurs with lenders and
funding to help them plan, start and grow their bu...

**⚘** Website                               **●** HQ Location

sba.gov                                    Washington, DC, United States

**⬛** Number of employees                    **⬛** Industry

1001-5000                                  Government Administration

**●** Latest update

May 1, 2024

 Outlook

**FINRA Entitlement Information – Password reset requested**

**From** noreply@finra.org <noreply@finra.org>

**Date** Mon 2025-03-10 9:43 PM

**To** Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

**Caution:** External (noreply@finra.org)

Sensitive Content  Details

<u>Report This Email</u>  <u>FAQ</u>  <u>GoDaddy Advanced Email Security, Powered by INKY</u>

We received a request to reset the password for your FINRA Gateway account. Click on the Reset Password button below to create a new password.

**RESET PASSWORD**

<u>Reset Password</u>

If you did not change your password or request your password to be reset, please follow the steps below:

- Reset your password immediately
- Reset the security questions for your account
- Contact FINRA Support Center at:
  - Financial services professionals: (240) 386-4040
  - All others/general public: (301) 590-6500

**\*Note:** The link will expire in 60 minutes. If the link has expired, click <u>here</u>.

**Do not reply to this email.**

**O⬛ Outlook**

---

**Your FINRA Entitlement password has been successfully reset**

---

From  noreply@finra.org <noreply@finra.org>
Date  Mon 2025-03-10 9:45 PM
To      Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

**Caution:** External (noreply@finra.org)
Sensitive Content   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Your FINRA Entitlement password for account **'aogunsanyaesq'** has been successfully reset.

If you did not change your password or request your password to be reset, contact FINRA immediately at 301.590.6500. Industry Professionals call 240.386.4040.

**Do not reply to this email.**

PROSPECTION LEGAL GROUP, MESCALL LAW, P.C., ADEBUKOLA T. OGUNSANYA
442 5TH Ave, suite 1552, New York, Ny 10018; 140 Broadway, 46th Floor, New York, NY 10005
1-516-844-3562 office
1-347-315-1303 fax
Email: attorneymescall@prospectionlaw.com

*On behalf of*, Ms. Erin Simon
373 Macdonough St.
Brooklyn, NY 11233
erin@erinsimoncasting.com

SPANX
250 Park Ave S, 10th Floor.
New York, NY 10003

C/O; Brenda Armendariz
director, Production (Photo & Video)
Email; brenda.armendariz@spanx.com;

General Counsel,
Antigone Peyton Esq.,



5:19

4.4 MI    5G

←    🔍 Adebukola Ogunsanya

# Adebukola Ogunsanya ✓ (She/Her) · 3rd

Litigation Attorney

Mascall & Prospection Law · Nova Southeastern University—
Shepard Broad Law Center
United States

**500+ connections**



✈ **Message**    👤+ **Connect**    ⋯

Open to work
Associate, Litigation Associate, Legal Associate, Lawyer a...
**Show details**

---

🧭 Sales Navigator

## Sales insights

### Key signals

IAF  Shared group

### People who can introduce you

View all paths

---

**Show all insights →**



🏠 Home    ▶ Video    👥¹ My Network    🔔¹⁹ Notifications    💼 Jobs





PROSPECTION LEGAL GROUP
MESCALL, OGUNSANYA
140 BROADWAY. 46TH FLOOR
NEW YORK, NY 10005
516-844-3562 OFFICE
347-315-1303 FAX

## FEE AGREEMENT WITH AN ATTORNEY OR LAW FIRM

AGREEMENT made by and between JHJW Inc, c/o Joe Starks o f 134 Lincoln Ave Purchase, NY 10577, referred to as "Client," and MESCALL LAW and PROSPECTION LAW; PROSPECTION LEGAL CORP, ADEBUKOLA OGUNSNAYA ESQ, STAFF, PARALEGALS, referred to as "attorneys."

The parties agree as follows:

### I.
### STATEMENT AND SUBJECT OF EMPLOYMENT

Client retains and employs attorneys to defend an ongoing case *GARRY GROSSMAN v. JOE STARKS, et al., Case No. 52044/2020* or defend a tort claim of breach of agreement in connection with the sale of business JHJW Inc., or arrears owed to plaintiff. Client empowers attorneys to file a temporary restraining order (TRO) to enjoin plaintiff, *inter alia,* negotiate a settlement of the above-stated claim, or proceed with trial and to file such legal action as may be advisable in attorneys' judgment. If the matter moves to trial, the attorney shall proceed in good faith. If the temporary restraining order is denied, client shall be represented on appeal interlocutory arguing the denial of the TRO and not the underlying matter. If the case is not settled or if a jury finds a decision not in favor of the client, attorneys shall file a notice of appeal and represent the client's matter in the appellate court subject to the rates in section II. Client also empowers attorneys to move to summary judgment. If the Court finds the 12(b)(1) summary judgment motion untimely, the client shall argue that on direct appeal if any.

### II.
### ATTORNEYS' FEES

The client shall compensate the attorneys for services rendered under this agreement as follows: $750 per hour for trial counsel, $175 per hour for paralegal preparatory work, trial, interlocutory appellate work, or direct appeal. If the matter is settled without a trial, the rate is $750 per hour; if resolved by trial, the rate is $550 per hour; and if resolved after an appeal to the Supreme Court of the State of New York, the rate is $450 per hour. These fees are to be deducted from the retainer and are non-refundable. Should the matter be resolved without a favorable outcome to client after any state appeals, the client may choose to have attorney Ogunsanya file and argue before the Supreme Court of the United States.

### III.
### COSTS AND OTHER EXPENSES

Reasonable costs, include a retainer;

$7500 for the immediate appearance(s) and filing of (TRO) temporary restraining order before trial,

1

Doc ID: b532e5eb1057f735fe8de98b8a0879e5466d6177

$2500 for any interlocutory TRO restraining order appeal if the TRO is denied by the court,
$7,500 for the preparation and execution of trial,
$7500 for any direct appeals, if any (not Tro).

All necessary disbursements, normal expenses such as postage or investigation costs shall be advanced and deducted as an expense. Because of the sensitive time considered, the client needs a minimum retained amount of $10,000.00. The remainder shall be paid as the case progresses, and within a reasonable period. If the matter is agreed to be settled with client and attorneys without any trial and attorney's fees are owed, Client agrees that any remaining balance is paid in full before the execution of said settlement agreement or in the alternative, client shall post collateral equal to the amount owed. GRAND TOTAL $25,000. Clients agrees to keep up with costs and not fall behind.

### IV.
### ATTORNEYS' LIEN

In the event client owes attorneys for any fees or expenses incurred and remain unpaid in any form, attorneys shall file appropriate liens needed to satisfy any balance owed to attorneys.

### V.
### EMPLOYMENT OF EXPERTS AND INVESTIGATORS

Attorneys may, in their sole discretion, employ one or more expert witnesses if needed. All such experts shall report exclusively to attorneys. Fees charged by such expert witnesses may be advanced by attorneys and shall be paid by the Client on a *(invoiced)* basis if any.

### VI.
### ASSOCIATE COUNSEL

Attorneys, in their sole discretion, may employ associate counsel, paralegals, staff, to assist attorneys in advancing the client's case at no added expense to client.

### VII.
### WITHDRAWAL OF ATTORNEYS

Attorneys may withdraw from client's representation at any time, on reasonable notice to client, provided that in the event of such withdrawal attorneys shall be entitled to no fee pursuant to Section II of this agreement. However, attorneys shall remain entitled to reimbursement for any advances made to the client under Sections III and V of this agreement. In the event of voluntary termination by client, legal fees will be billed at $750 per hour and expenses will be deducted.

### VIII.
### FAVORABLE OUTCOME NOT WARRANTED

Attorneys do not provide any warranties or representations to the client regarding the successful resolution of the opposing party's claim or the positive result of any legal action that may be initiated. Furthermore, attorneys do not warrant or guarantee a favorable outcome for the client. All statements made by attorneys and staff on these matters are solely expressions of opinion.

### XIII.

2

Doc ID: b532e5eb1057f735fe8de98b8a0879e5466d6177

## POWER OF ATTORNEY TO EXECUTE DOCUMENTS

Client gives attorneys a power of attorney to execute all documents connected with the claim for the prosecution of which attorneys are retained, including pleadings, dismissal, orders, and all other court documents that client could properly execute.

### XIV.
### NOTICE

Any notice required or contemplated under this agreement shall be in writing and shall be deemed to have been duly served if delivered in person to the party for whom it is intended, or if delivered at or sent by registered or certified mail to the business address of the person for whom it is intended, as specified in this agreement. You and we agree to submit any dispute arising under this agreement, except a dispute alleging criminal violations, to arbitration in accordance with the Uniform Rules for Binding Arbitration of the Business Consumer Alliance, in effect at the time of initiation of arbitration. A volunteer arbitrator will render a decision based upon fairness, not necessarily upon legal principles, but it will be final and binding on both of us. Judgment on the decision may be entered in any court having authority. You will not have to pay anything for the arbitration. This Agreement to Arbitrate affects important legal rights. Neither of us will be able to go to court for disputes once we agree in advance to arbitrate. And neither of us will be committed by the terms of this agreement to arbitrate unless this clause is initialed or unless your signature on this contract as a whole immediately follows this clause.

### XV.
### LAW TO GOVERN CONTRACT

It is agreed that this agreement shall be governed by, construed, and enforced in accordance with the laws of the State of NEW YORK.

### XVI.
### ENTIRE AGREEMENT

Any modification of this agreement or additional obligation assumed by either party in connection with this client shall be binding only if evidenced in writing signed by each party or an authorized representative of each party.

IN WITNESS WHEREOF, each party to this agreement has caused it to be executed effective the _____ day of _____, 20____.

_____    Joseph Starks
10 / 15 / 2024    CLIENT
Date:

By: _____    10 / 15 / 2024    A.t.
ATTORNEY
_____ 10 / 15 / 2024
**Legal Representative, Of Counsel, Paralegal**

3

Doc ID: b532e5eb1057f735fe8de98b8a0879e5466d6177

 Outlook

---

**NYSCEF Alert: Queens - Torts - Other Negligence - <CHANGE TO NYSCEF RECORD> 712572/2024 (Judine Kaydian Christian v. IKE's Grand Hall, LLC., a Domestic Limited Liability Company et al)**

---

**From** efile@nycourts.gov <efile@nycourts.gov>

**Date** Thu 2025-02-27 2:28 PM

**To** S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>; LawOfficesJohnBello@thehartford.com <LawOfficesJohnBello@thehartford.com>; Celena.Armato@thehartford.com <Celena.Armato@thehartford.com>; mescallaw@outlook.com <mescallaw@outlook.com>; prospectionlaw@yahoo.com <prospectionlaw@yahoo.com>; Jennifer.Loyd@thehartford.com <Jennifer.Loyd@thehartford.com>; ikezilawgroup@gmail.com <ikezilawgroup@gmail.com>

External (efile@nycourts.gov)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

 **Queens County Supreme Court**
**Change to NYSCEF Record**
**02/27/2025 02:27 PM**

---

### Case modified by ADEBUKOLA OGUNSANYA

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner Judine Kaydian Christian.

---

### Case Information

Index #: **712572/2024**
Caption: **Judine Kaydian Christian v. IKE's Grand Hall, LLC., a Domestic Limited Liability Company, et al.**
Assigned Case Judge: **CC COMPLIANCE**

---

### E-mail Notifications Sent

| Name | Email Address |
|---|---|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |
| JENNIFER REBECCA LOYD | LawOfficesJohnBello@thehartford.com |
| JANE ONYI IKEZI | ikezilawgroup@gmail.com |
| S.F. Patrick Mescall | prospectionlaw@yahoo.com |

 Outlook

---

NYSCEF Alert: New York - Torts - Other - <CHANGE TO NYSCEF RECORD> 162041/2024 (Erin Simon et al v. Spanx, LLC)

---

**From** efile@nycourts.gov <efile@nycourts.gov>
**Date** Fri 2025-02-28 11:20 AM
**To** S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>

External (efile@nycourts.gov)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

 **New York County Supreme Court**
**Change to NYSCEF Record**
**02/28/2025 11:20 AM**

**Case modified by ADEBUKOLA OGUNSANYA**

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner Erin Simon, and the Petitioner Rabbit Fight.

Consent/Representation was removed as per CPLR - 321(b)2.

**Case Information**

Index #: **162041/2024**
Caption: **Erin Simon et al v. Spanx, LLC**
Assigned Case Judge: **No Judge Assigned**

**E-mail Notifications Sent**

| Name | Email Address |
|------|---------------|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |

*NOTICE: This email is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

Outlook

---

**NYSCEF Alert: Suffolk - Torts - Other - <CHANGE TO NYSCEF RECORD> 627195/2024 (William Stewart v. Select Auto Broker, Inc. et al)**

---

From efile@nycourts.gov <efile@nycourts.gov>
Date Fri 2025-02-28 11:22 AM
To S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>; grace@trimarcolaw.com <grace@trimarcolaw.com>; kristi@trimarcolaw.com <kristi@trimarcolaw.com>

External (efile@nycourts.gov)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY



## Suffolk County Supreme Court
## Change to NYSCEF Record
## 02/28/2025 11:22 AM

### Case modified by ADEBUKOLA OGUNSANYA

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner William Stewart.

Consent/Representation was removed as per CPLR - 321(b)2.

### Case Information

Index #: **627195/2024**
Caption: **William Stewart v. Select Auto Broker, Inc. et al**
Assigned Case Judge: **Joseph C. Pastoressa**

### E-mail Notifications Sent

| Name | Email Address |
|------|---------------|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |
| VINCENT J. TRIMARCO | grace@trimarcolaw.com |

**NOTICE:** *This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

 Outlook

---

**NYSCEF Alert: Suffolk - Torts - Other - <CHANGE TO NYSCEF RECORD> 627182/2024 (Lori Hurson v. Experience Construction Corp et al)**

---

From efile@nycourts.gov <efile@nycourts.gov>
Date Fri 2025-02-28 11:23 AM
To    S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>

---

| External (efile@nycourts.gov)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

 **Suffolk County Supreme Court
Change to NYSCEF Record
02/28/2025 11:22 AM**

---

**Case modified by ADEBUKOLA OGUNSANYA**

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner Lori Hurson.

Consent/Representation was removed as per CPLR - 321(b)2.

**Case Information**

Index #: **627182/2024**
Caption: **Lori Hurson v. Experience Construction Corp et al**
Assigned Case Judge: **No Judge Assigned**

**E-mail Notifications Sent**

| Name | Email Address |
|------|---------------|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |

---

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

 **Outlook**

---

**NYSCEF Alert: Nassau - Commercial - Business Entity - <CHANGE TO NYSCEF RECORD> 622686/2024 (LCS Productions, Inc et al v. Defected Records Limited et al)**

---

From  efile@nycourts.gov <efile@nycourts.gov>
Date  Fri 2025-02-28 11:23 AM
To    S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>

 External (efile@nycourts.gov)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

 **Nassau County Supreme Court
Change to NYSCEF Record
02/28/2025 11:23 AM**

## Case modified by ADEBUKOLA OGUNSANYA

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner Lcs Productions, Inc, and the Petitioner Leonard M Fontana.
Consent/Representation was removed as per CPLR - 321(b)2.

## Case Information

Index #: 622686/2024
Caption: **LCS Productions, Inc et al v. Defected Records Limited et al**
Assigned Case Judge: **No Judge Assigned**

## E-mail Notifications Sent

| Name | Email Address |
|------|---------------|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*
*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

 Outlook

---

NYSCEF Alert: Kings - Torts - Other - <CHANGE TO NYSCEF RECORD> 528822/2024 (Seidu Sulemana v. Dental Specialty Associates, P.C.)

---

From efile@nycourts.gov <efile@nycourts.gov>
Date Fri 2025-02-28 11:23 AM
To    S. Mescall JD, Special Case Director <attorneymescallpc@prospectionlaw.com>

External (efile@nycourts.gov)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

 **Kings County Supreme Court**
**Change to NYSCEF Record**
**02/28/2025 11:23 AM**

## Case modified by ADEBUKOLA OGUNSANYA

The Consent/Representation by ADEBUKOLA OGUNSANYA was removed from the Petitioner Seidu Sulemana.

Consent/Representation was removed as per CPLR - 321(b)2.

## Case Information

Index #: **528822/2024**
Caption: **Seidu Sulemana v. Dental Specialty Associates, P.C.**
Assigned Case Judge: **No Judge Assigned**

## E-mail Notifications Sent

| Name | Email Address |
|------|---------------|
| ADEBUKOLA OGUNSANYA | attorneymescall@prospectionlaw.com |

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L977JM 28949379 | 01/ | 8816347 | 1 of 1 |

PROSPECTION LEGAL CORPORATION
442 5th Ave
New York, NY 10018

## Earnings Statement

**ADP**

| Period Starting: | 07/21/2024 |
|---|---|
| Period Ending: | 08/03/2024 |
| Pay Date: | 08/05/2024 |

Business Phone:    917-513-6040

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**Adebukola T Ogunsanya**
343 Fifth Avenue
River Edge, NJ 07661-1112

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 3802.16 | 15208.64 |
| **Gross Pay** | | | **$3,802.16** | **$15,208.64** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -445.74 | 1782.96 |
| Social Security | -235.74 | 942.94 |
| Medicare | -55.14 | 220.53 |
| New York State Income | -189.21 | 756.84 |
| New Jersey State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -14.18 | 56.72 |
| **Voluntary Deductions** | **this period** | **year to date** |
| New York voluntary disability | -1.20 | 4.80 |
| **Net Pay** | **$2,860.95** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 2.67 | 10.69 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 10.69 |
| Total Hours Worked | 80.00 | 320.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6328 | XXXXXXXXX | 2860.95 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are  $3,802.16

PROSPECTION LEGAL CORPORATION
442 5th Ave
New York, NY 10018

Pay Date:          08/05/2024

THIS IS NOT CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6328 | XXXXXXXXX | 2860.95 |




 ← Experience
Q Search

 Home    My Network   Jobs   Messa

 Adebukola Ogunsanya (She/Her)
Associate Attorney
Remote

Skills: Mediation · Communication · Legal Document Preparation · Claims Review · Motions · Business Litigatior Bankruptcy Law · Commercial Litigation · Construction Law · Legal Discovery · Attention to Detail · Intellectual Property Law · Premises Liability Defense · Property and Casualty Insurance · Court Appearances · Depositions Attorneys · Contract Management · Trucking Litigation · Accident Insurance · Commercial Law · Document Revi · Written Communication · General Liability Defense · Advising Clients · Trial Practice · Pleadings · Briefing · Transactional Legal Services · Analytical Skills · Premises Liability Litigation · Intellectual Property Infringement · Arbitration · Catastrophic Personal Injury · Automobile Accidents · Construction Defect · Privacy Law · Legal Memoranda · Defense · Product Liability · Commercial Insurance · Editing · Liability

**Attorney**
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. · Full-time
Mar 2023 - Jun 2023 · 4 mos
Cherry Hill, New Jersey, United States · Hybrid

in helped me get this job

Engage in Casualty group, specializing in employment law, municipal and public entity, and professional liabili matters.
- Conduct comprehensive assessments and examinations of claims to ensure thorough analysis.
- Prepare compelling legal motions and craft responses to intricate discovery requests.
- Time management and organizational management.
- Organize and facilitate meetings with clients, adeptly managing all necessary pre-trial preparations.
- Handled diverse general liability litigation cases, encompassing premises liability, corporate liability, automol liability, and trucking and transportation liability, involving potential damages of up to $1M.

Skills: Mediation · Communication · Legal Document Preparation · Claims Review · Insurance Claims · Motions · Business Litigation · Bankruptcy Law · Commercial Litigation · Writing · Microsoft Office · Legal Discovery · Tear Building · Attention to Detail · Premises Liability Defense · Property and Casualty Insurance · Court Appearance Depositions · Attorneys · Law · Contract Management · Civil Litigation · Trucking Litigation · Litigation · Acciden Insurance · Commercial Law · Document Review · Written Communication · General Liability Defense · Advising Clients · Insurance · Civil Procedure · Trial Practice · Pleadings · Briefing · Transactional Legal Services · Analytica Skills · Legal Advice · Premises Liability Litigation · Microsoft Outlook · Arbitration · Automobile Accidents · Construction Defect · Research · Legal Memoranda · Defense · Commercial Insurance · Legal Assistance · Editin Legal Issues · Contract Negotiation

kills: Mec

Organize and facilitate meetings with clients, adeptly managing all necessary pre-trial preparations.

- Handled diverse general liability litigation cases, encompassing premises liability, corporate liability, automobile liability, and trucking and transportation liability, involving potential damages of up to $1M.

Skills: Mediation · Communication · Legal Document Preparation · Claims Review · Insurance Claims · Motions · Business Litigation · Bankruptcy Law · Commercial Litigation · Writing · Microsoft Office · Legal Discovery · Team Building · Attention to Detail · Premises Liability Defense · Property and Casualty Insurance · Court Appearances · Depositions · Attorneys · Law · Contract Management · Civil Litigation · Trucking Litigation · Litigation · Accident Insurance · Commercial Law · Document Review · Written Communication · General Liability Defense · Advising Clients · Insurance · Civil Procedure · Trial Practice · Pleadings · Briefing · Transactional Legal Services · Analytical Skills · Legal Advice · Premises Liability Litigation · Microsoft Outlook · Arbitration · Automobile Accidents · Construction Defect · Research · Legal Memoranda · Defense · Commercial Insurance · Legal Assistance · Editing · Legal Issues · Contract Negotiation

---

 Search    
Home    My Network    Jobs    Messag

 Adebukola Ogunsanya (She/Her)
Associate Attorney



- Ensured loan authorization processing adhered to federally mandated funding protocols, anti-fraud examinations, and prevention measures.
- Provided expert guidance on A.I. development tools for optimizing tax deduction filings.
- Ensured regulatory compliance and addressed privacy and data inquiries during the development process.

Skills: Communication · Legal Document Preparation · Writing · Microsoft Office · Project Management · Legal Discovery · Negotiation · Startups · Facebook · Attorneys · Law · Document Review · Written Communication · Advising Clients · Pleadings · Briefing · Legal Advice · Microsoft Outlook · Legal Compliance · Research · Legal Memoranda · Legal Assistance · Editing · Legal Issues · Contract Negotiation

**Attorney**
Herbert law group · Contract
Aug 2019 - May 2020 · 10 mos.
Englewood, New Jersey

Advocated for Plaintiffs in employment law litigation, presenting compelling arguments and evidence to suppo claims. Participated in telephonic pretrial proceedings and conferences, ensuring efficient case management an coordination among legal teams.
Litigated bid protests, secured favorable outcomes for clients, and protected interests.
Conducted client meetings, fostering strong attorney-client relationships and ensuring thorough understanding of client's needs and objectives.
Conducted depositions as questioning and defending party, gathering crucial testimonies and evidence to strengthen the case.
Engaged in mediation, facilitated constructive discussions between parties, and worked towards mutually agreeable resolutions.
Utilized proactive approach in face-to-face meetings, gained comprehensive insights into clients' complaints, ar Addressed concerns.

Skills: Communication · Legal Document Preparation · Writing · Microsoft Office · Legal Discovery · Negotiation Depositions · Attorneys · Law · Civil Litigation · Document Review · Written Communication · Advising Clients · Civil Procedure · Pleadings · Briefing · Microsoft Outlook · Construction Defect · Research · Legal Memoranda · Legal Assistance · Editing · Liability · Legal Issues · Contract Negotiation

About Herbert Law Group

Adebukola Ogunsanya (She/Her)
Associate Attorney

( More )   ( 😊 Connect )    Message

← **Volunteering**

 **Teacher**
Street Law, Inc.
Jan 2004 - Jan 2005 · 1 yr
Education

**Volunteer Debate Coach**
NJ LEEP

 **Member**
ASSOCIATION OF BLACK WOMEN LAWYERS OF NEW JERSEY

**Member**
New Jersey State Bar Association

**Mentor**
Corporate council women of color — CCWC
Jan 2022 - Present · 3 yrs 3 mos

  **Board Member**
Me in Africa
May 2023 - Present · 1 yr 11 mos
Education

  **Member**
Women in Energy, Oil & Gas (WEOG)
Feb 2023 - Present · 2 yrs 2 mos
Economic Empowerment

Promoted ···

**Earn 80K**
Membership Rewards® Points with The
Platinum Card®. Terms apply.
Aleea & 31 other connections also
follow American Express

WSJ **Get WSJ for $2/Week**
Subscribe today to know more and see
further.
Douglas & 241 other connections
also follow The Wall Street Journal

**More profiles for you** · 2nd

**Pamela Salling** · 2nd
Exec Recruiter | Aligning Legal Expertise with Corporate Vision | Placing GCs
& CLOs at Industry Leading Companies

( + Follow )

**Cara Bain** in · 2nd



**Attorney advisor**

H2Meloh LLC · Contract
Sep 2014 - Dec 2015 · 1 yr 4 mos
New York, United States

• Helped entrepreneurs bring their idea of a beverage startup to life with a focus on early stage company
• Advised on entity structures and formation, equity and debt financing, founding issues, startup attorney, trademarks and creative solutions unique to the startup industry.

• USPTO prior art and patent search for method in creating beverage; trademark design and trademark database search.

Skills: Communication · Claims Review · Writing · Microsoft Office · Management · Product Launch · Negotiation · Startups · Facebook · Attention to Detail · Attorneys · Law · Written Communication · Advising Clients · Analytical Skills · Legal Advice · Intellectual Property Infringement · Microsoft Outlook · Intellectual Property · Research · Legal Memoranda · Legal Assistance · Editing · Legal Issues · Contract Negotiation



**Fellow**

Legal Aid Service of Broward County, Inc. · Internship
Jun 2008 - Feb 2009 · 9 mos
Miami/Fort Lauderdale Area

• Worked with a team of public interest officials and other volunteers to research citizens' perceptions of the influence of campaign contributions in municipal contract allocations.
• Member of the team that organized the Newark Civic Health Survey that led to the Pay to Play reforms in local Newark government.
• Received leadership award.

Skills: Writing · Microsoft Office · Legal Discovery · Law · Advising Clients · Civil Procedure · Pleadings · Legal Advice · Research · Legal Assistance · Legal Issues · Contract Negotiation



**Researcher**

Center for Civic Responsibility Newark ( now The Citizens Campaign) · Full-time
Sep 2004 - Sep 2005 · 1 yr 1 mo
Metuchen NJ

- Worked with a team of public interest officials and other volunteers to research citizens' perceptions of the influence of campaign contributions in municipal contract allocations.

- Member of the team that produced the Newark Civic Health Survey that lead to the Pay to Play reforms in local Newark government based on a no-blame approach and evidence based resolutions.

- Received leadership award.

Skills: Writing · Microsoft Office · Research · Contract Negotiation



**Intern**

32BJ SEIU · Internship
Mar 2001 - Sep 2002 · 1 yr 7 mos
Greater New York City Area

• Chosen as intern after the successful justice for janitor's campaign living wage at Rutgers University-Newark.

Melvin Marx, PA · Full-time
Oct 2010 - Oct 2018 · 8 yrs 1 mo
Fort Lee, NJ

- Assisted senior lawyer, acted as lead lawyer when necessary, and guided junior colleagues.
- proficient with e-discovery.
- Communicated progress to supervisors and team members, offering solutions for challenging client issues and managing billing processes.
- Strengthened client relationships through proactive communication, prompt responses to inquiries, and regul updates via various channels.
- Contributed to establishing effective relationships across the network, supporting the firm's values and initiatives.
. Experienced in transactional and litigation law, specializing in insurance and healthcare regulation and compliance.
- Negotiated agreements with leading defense firms and top insurance companies on behalf of various healthcare-related entities.
- Conducted extensive compliance work, prepared legal memorandums, and handled depositions and examinations.
- Engaged in outreach efforts with industry associations on healthcare statutory and regulatory issues.
- Delivered presentations and analyses to clients in person and via telephone.
- Skilled in arbitration, pre-litigation, and litigation, including drafting legal briefs and opinion letters.
- Reviewed medical contracts and facilitated mergers and acquisitions of facilities.
- Collaborated with external counsel and bodily injury counsel to resolve legal matters.
- Monitored enforcement actions and advised medical providers on current or proposed regulatory changes.
- Recovered $36M through successful settlement negotiations within two years.
- Managed electronic office transactions (SaaS, hardware acquisitions, software licenses) with IT companies.
- Addressed diverse legal matters: causation, medical necessity, false claims act, policy and coverage, privacy concerns, regulatory, anti-kickback statue, stark law, medical devices, medical coding issues, fraud prevention, HIPAA, HITEC, business collaborations and fair debt collection practices act compliance.

Skills: Contract Law · Mediation · Leadership · Communication · Healthcare · Legal Document Preparation · Clair Review · Motions · Personal Injury Law · Business Litigation · Bankruptcy Law · Writing · Microsoft Office · Management · Anti-Kickback Statute · Legal Discovery · Negotiation · Team Building · Attention to Detail · Property and Casualty Insurance · Court Appearances · Depositions · Digital Health · Attorneys · Law · Contract

 Q Search

 Home   My Network   Jobs   Messag

Adebukola Ogunsanya (She/Her)
Associate Attorney
Insurance 

 **Home**
Since 1968 Melvin Marx has represented clients in all areas of law. For 25 years he has brou
his experience to the service of healthcare providers, specializing in no-fault PIP arbitration..

 **Attorney advisor**
H2Motion LLC · Contract
Sep 2014 - Dec 2015 · 1 yr 4 mos
New York, United States

• Helped entrepreneurs bring their idea of a beverage startup to life with a focus on early stage company
• Advised on entity structures and formation, equity and debt financing, founding issues, startup attorney, trademarks and creative solutions unique to the startup industry.



**Message**   **+ Follow**   **More**

## About

Experienced Administrative Officer with over 10 years history of working in a Federal Government Parastatal, under t
aegis of Science, Technology and Innovation (Nigerian Building and Road Research Institute) . Skilled in Office
Administration , Personnel matters, Interpersonal Relations, fostering Team work amongst staff, Office Management
appointments, promotions, documentation and Microsoft Word. Strong administrative professional with a Bacl ...se

## Activity

92 followers

**Adebukola hasn't posted yet**
Recent posts Adebukola shares will be displayed here.

**Show all activity →**

## Experience



**Chief Executive Officer**
Kongat Organic Beauty Products
Feb 2019 - Present · 6 yrs 2 mos
Nigeria

Kongat organic beauty products are 100% organic products for your skincare routine. Our products are aim
fixing pigmentation problems, blemish and uneven skin tone.



**Principal Administrator**
Nigerian Building and Road Research Institute. · Full-time
Jun 2014 - Present · 10 yrs 10 mos
Plot 499 samuel ogedengbe crescent , jabi, Abuja. · On-site

Office administration.

♦ Principal administrator, Administrative Management and +2 skills



**Promotional Venue EXecutive**

 **Q** Search


Home


My Network


Jobs    M



**Adebukola OGUNSANYA**
Chief Executive Officer at Kongat Organic Beauty Products



LinkedIn
https://www.linkedin.com › in › ogunbuki

Adebukola Ogunsanya - Mascall & Prospection Law

Feb 21, 2019 · View Adebukola Ogunsanya's profile on LinkedIn, a professional billion members. I specialize in casualty law, handling complex matters invo

Connections: 500+                    Followers: 1K

Works For: Mascall & Prospection Law    500+ connections

Other content from linkedin.com

Adebukola OGUNSANYA - Principal Administrator - Nigerian Building

Adebukola Ogunsanya on LinkedIn: More Than a Lawyer - Modern C

See more

Images of Adebukola Ogunsanya
bing.com › images

Adeb...la
Ogunsanya on

Adebola Ogunsanya
Associate | White & Case

Adewunmi Ogunsanya SAN
Partner at Ogunsanya &

See all images >

in  🔍                    Home  My Network  Jobs  Messaging  Notifications  Me ▾  | For Business ▾

Adebukola Ogunsanya (She/Her)          ( More )  ( Connect )    Message
Associate Attorney

← **Volunteering**

**Teacher**
Street Law, Inc.
Jan 2004 - Jan 2005 · 1 yr
Education

**Volunteer Debate Coach**
NJ LEEP

**Member**
ASSOCIATION OF BLACK WOMEN LAWYERS OF NEW JERSEY

**Member**
New Jersey State Bar Association

**Mentor**
Corporate council women of color — CCWC
Jan 2022 - Present · 3 yrs 3 mos

**Board Member**
Me in Africa
May 2023 - Present · 1 yr 11 mos
Education

**Member**
Women in Energy, Oil & Gas (WEOG)
Feb 2023 - Present · 2 yrs 2 mos
Economic Empowerment

Promoted •••


**Earn 80K**
Membership Rewards® Points with The
Platinum Card®. Terms apply.

Aleea & 31 other connections also
follow American Express


**Get WSJ for $2/Week**
Subscribe today to know more and see
further.
Douglas & 241 other connections
also follow The Wall Street Journal

More profiles for you

Pamela Salling · 2nd
Exec Recruiter | Aligning Legal Expertise with Corporate Vision | Placing GCs
& CLOs at Industry Leading Companies
( + Follow )

Cara Bain in · 2nd

000001

2/28/2025

S. Mescall

4315 50th street NW, ste 100
Washington, DC 20016

302-303-2007

02/28/2025

**TERMINATION OF MESCALL S.**

Dear S. Guy Llyod,

I S. Mescall of Prospection Legal Group, Mescall Law, terminate myself from any

assistance or work related with your underlying action.  Your assigned attorney is

Adebukola T. Ogunsanya Esq. Mrs. Ogunsanya, has 14 years experience and is duly

able to practice law in NY and NJ.  She will remain as your attorney of record.

I S. Mescall, will not be working with you any longer. Mrs. Ogunsanya is an outstanding

attorney and has been for years.  The only difference now is, you will not hear from me

any longer. Please direct all communications to her.

Her contact info is:  ADEBUKOLA T. OGUNSANYA ESQ.
343 FIFTH STREET
RIVER EDGE NJ 08710
CELL;  1-551-214-9964
EMAIL; ogunbuki@gmail.com
Nova Southeastern University - Shepard Broad Law Center, JD - Juris Doctor,
2010

Sincerely,

/s/S. Mescall



Azeen Azeem

REGISTRATION NUMBER
7966620
COMMISSION EXPIRES
April 30, 2025

Commonwealth of Virginia

County of Prince William, Virginia

The foregoing instrument was acknowledged before me

on 02/27/2025 by S. Mescall.

Electronic Notary Public

7966620

My commission expires: 04/30/2025

Notarized remotely online using communication technology via Proof.



ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING    MORE

ABOUT 1,000 RESULTS

LinkedIn
https://www.linkedin.com › in › ogunbuki

### Adebukola Ogunsanya - Mascall & Prospection Law | LinkedIn

Feb 21, 2019 · View Adebukola Ogunsanya's profile on LinkedIn, a professional community of 1 billion members. I specialize in casualty law, handling complex matters involving employment.

Connections: 500+                    Followers: 1K
Works For: Mascall & Prospection Law · 500+ connections

prospectionlegal.com
https://prospectionlegal.com › staff

### Staff - prospectionlegal.com

Adebukola T Ogunsanya Esq. Arbitrations, mediations, disputes, civil litigation, personal injury, matters, New York (Good Standing) New Jersey (Good Standing)

Avvo.com
https://www.avvo.com › attorneys

### Adebukola Ogunsanya - Lawyer - Avvo

Find New York attorney Adebukola Ogunsanya in their office. Practices Personal Injury, Insurance, General practice. Find reviews, educational history and legal experience.

5/5 ★★★★★ (1)

legalprospection.com
https://legalprospection.com

### CIVIL LITIGATION

Adebukola T. Ogunsanya Esq Attorney At Law. Adebukola Ogunsanya Esq., (Addie) is a distinguished attorney currently based in New York. She is licensed in New York and Jersey and ...

LawyerDB.org
https://www.lawyerdb.org › lawyer › adebukola..

### Adebukola T. Ogunsanya Esq, Civil Attorney Attorney - LawyerDB.org

Adebukola T. Ogunsanya Esq has been admitted in NY, NJ. His or her practice areas Litigation, Rights, personal injury, contracts, disputes, securities, intellectual property.

↻ Refresh



★★★★★

legalprospection.com
https://legalprospection.com

## CIVIL LITIGATION

Adebukola T. Ogunsanya Esq Attorney At Law. Adebukola Ogunsanya Esq. (Addie) is a
distinguished attorney currently based in New York. She is licensed in New York and New Jersey.

LawyerDB.org
https://www.lawyerdb.org › lawyer › adebukola

## Adebukola T. Ogunsanya Esq. Civil Attorney Attorney - LawyerDB.org

Adebukola T. Ogunsanya Esq has been admitted in NY, NJ. His or her practice areas include civil
Litigation, Rights, personal injury, contracts, disputes, securities, intellectual property.

Lawyers.com
https://www.lawyers.com › fort-lee-new-jersey

## Adebukola Ogunsanya - Fort Lee, NJ Attorney | Lawyers.com

Adebukola Ogunsanya is a lawyer serving Fort Lee in Personal Injury, General Practice and
Business Law cases. View attorney's profile for reviews, office locations, and contact information.

Lawyer.com
https://www.lawyer.com › adebukola-t-ogunsanya.html

## Adebukola Ogunsanya - Attorney in Cherry Hill, NJ - Lawyer.com

Adebukola T Ogunsanya is an attorney in Cherry Hill, NJ. 14 years experience in Intellectual
Property, accident & injury, General practice — Lawyer.com

OpenGovNY
https://opengovny.com › attorney

## Adebukola Ogunsanya - Us Small Business Administration - 409

ADEBUKOLA OGUNSANYA (Registration #5670816) is an attorney in Washington admitted in New
York State in 2019, registered with the Office of Court Administration (OCA) of New York State

Martindale.com
https://www.martindale.com › attorney

## Adebukola Ogunsanya Profile | Fort Lee, NJ Lawyer - Martindale.com

Adebukola Ogunsanya is an attorney serving Fort Lee, NJ. Find contact information, experience,
peer reviews, directions, and more at Martindale.com.

LawyerDB.org
https://www.lawyerdb.org › lawfirm › mescall-prospection-legal-new-york



Passwords > clio.com

attorneymescall@prospectionlaw.com

Password

Msbrian67@@

Site

https://account.clio.com/security/personal

Notes

No note added

Edit

Delete

**PRESS RELEASE**

# Charlotte Man Sentenced To More Than 16 Years In Prison For Operating A Ponzi Scheme That Defrauded Investors Of More Than $1.5 Million

Thursday, October 30, 2014

**For Immediate Release**

U.S. Attorney's Office, Western District of North Carolina

## United States Attorney Anne M. Tompkins Western District Of North Carolina

### Defendant Spent The Stolen Funds On Personal Expenses

CHARLOTTE, N.C. – Sean F. Mescall, 35, of Charlotte, was sentenced today by U.S. District Judge Robert J. Conrad, Jr. to serve 195 months in prison for orchestrating a Ponzi scheme that solicited victims to invest more than $1.5 million dollars in the foreign currency market (FOREX), announced Anne M. Tompkins, U.S. Attorney for the Western District of North Carolina. Judge Conrad also ordered Mescall to serve three years under court supervision following his prison term and to pay $1,248,812.09 as restitution to his victims. In December 2012, a federal jury convicted Mescall of securities fraud, wire fraud and money laundering.

North Carolina Secretary of State Elaine F. Marshall and John A. Strong, Special Agent in Charge of the Federal Bureau of Investigation (FBI), Charlotte Division join U.S. Attorney Tompkins in making today's announcement.

According to court documents and today's sentencing hearing, from 2006 to 2010 Mescall executed a Ponzi scheme by inducing over 119 investors in Charlotte and elsewhere to invest more than $1.5 million in his investment company, "Capitalstreet Financial, LLC" (CSF), falsely representing that their money would be invested in the foreign currency market. Court documents show that Mescall lied to his victims about his professional background and credentials falsely claiming that he was a college graduate with over 20 years of experience trading in FOREX and that he was a former director at Merrill Lynch. Court records indicate that Mescall did not have a college degree, had no relevant trading experience and never worked for Merrill Lynch. Mescall also misled his investors about CSF, claiming that it was a national company with over 35 offices, and that CSF handled over $100 million in trade volume each month. In fact, court records indicate, CSF only operated a boiler room in Charlotte and later in

Court documents indicate that Mescall lulled his victims into a false sense of security by falsely promising 60% to 80% annual returns on their investments. Court records show that often Mescall's victims were elderly and the funds they invested were most, if not all, of their life savings. Over the course of the scheme, Mescall only traded $285,908 of the victim's money, and sustained $271,705 in losses. Mescall used approximately $295,000 to pay some victims supposed "payouts" from profits made on investments. However, court records show that these payments were not based on profits, but came from funds contributed by new investors, commonly referred to as "Ponzi" payments. Mescal simply deposited the rest of the investors' money into various bank accounts he controlled in the United States and offshore, and used a substantial amount of investor money to pay for personal expenses unrelated to any foreign exchange. For example, court documents indicate that Mescall used investor money to buy, among other things, a BMW, a Ferrari and other cars, a Rolex watch, diamonds and other jewelry, and to make mortgage payments on his Lake Norman residence.

"The defendant seemed to have no sense of the traumas suffered by the victims," Judge Conrad said in announcing Mescall's sentence. "These losses were significant, life impacting events because of the defendant's greed."

Mescall has been detained since June 2012 and will be transferred to the custody of the Federal Bureau of Prisons upon designation of a federal facility. All federal sentences are served without the possibility of parole.

The case was investigated by the Securities Division of the North Carolina Secretary of State and the FBI.

The prosecution was handled by Assistant U.S. Attorney Kenneth Smith of the Western District of North Carolina.

*Updated March 19, 2015*

**Component**

USAO - North Carolina, Western

# Related Content

PRESS RELEASE

**Federal Judge Orders Sparta Man To Pay $9,500 Fine For Killing A Bald Eagle**

February 27, 2025

**ACTION BY UNANIMOUS WRITTEN CONSENT IN
LIEU OF FIRST ORGANIZATIONAL MEETING BY THE BOARD OF DIRECTORS
OF
Prospection Legal Corporation,
a Delaware Corporation**

The undersigned, constituting all of the members of the board of directors (the "Board") of Prospection Legal Corporation, a Delaware corporation (the Corporation), in lieu of holding a meeting of the Board, hereby consent to the taking of the actions set forth herein, and the approval and adoption of the following resolutions by this unanimous written consent ("Written Consent") pursuant to Section 108 of the Delaware General Corporation Law, which shall be effective upon the commencement of the corporation's existence:

Certificate of Incorporation

RESOLVED, that the Certificate of Incorporation of the Corporation filed with the Delaware Secretary of State hereby is adopted, ratified and affirmed in all respects.

RESOLVED FURTHER, that the Secretary of the Corporation is authorized and directed to insert a certified copy of the Certificate of Incorporation in the Corporation's minute book.

Adoption of Bylaws

RESOLVED, that the bylaws presented to the Board and attached hereto as Exhibit A are adopted as the bylaws of the Corporation ("Bylaws") to (i) regulate the conduct of the Corporation's business and affairs, and (ii) amend, restate, and supersede the Corporation's prior existing bylaws, if any, in their entirety.

RESOLVED FURTHER, that the Secretary of the Corporation is hereby authorized and directed to execute a certificate of the adoption of the Bylaws, to insert the Bylaws as so certified and as may be amended from time to time, in the minute book of the Corporation and to see that a copy, similarly certified, is kept at the principal executive office for the transaction of business of the Corporation, as required by law.

Stock Issuance

RESOLVED, that the officers of the Corporation are hereby authorized to issue and sell shares of common stock of the Corporation, $5.00 par value (the "Shares"), which the Board hereby determines to be the fair market value of the Corporation's common stock as of the date hereof, to each person named below (the "Shareholder"), in the amounts specified opposite each name in exchange for cash or contributed property as follows:

| Name of Shareholder | Number of Shares | Total Purchase Price($) |
| --- | --- | --- |
| | | |

| | | |
|---|---|---|
| Adebukla T Ogunsanya | 38 | $1.00 |
| Sean Mescall | 12 | $1.00 |

RESOLVED FURTHER, that the Board hereby determines that the consideration to be received for the above-mentioned Shares is adequate for the Corporation's purposes, and that the sale and issuance of the Shares to each of the above-named persons shall be conditioned upon receipt by the Corporation of the purchase price of said Shares and final copies of all appropriate documentation required by Corporation.

RESOLVED FURTHER, that upon the issuance and sale in accordance with the foregoing resolutions, such Shares shall be validly issued, fully paid and non-assessable shares of common stock of the Corporation.

RESOLVED FURTHER, that the officers of the Corporation are hereby authorized and directed, for and on behalf of the Corporation, (i) to take all actions necessary to comply with applicable laws with respect to the sale and issuance of the Shares, (ii) to thereafter execute and deliver on behalf of the Corporation, pursuant to the authorization above, share certificates representing the Shares set forth above, and (iii) to take any such other action as they may deem necessary or appropriate to carry out the issuance of the Shares and intent of these resolutions.

Election of Officers

RESOLVED, that the following individuals are hereby elected to serve in the offices of the Corporation set forth opposite their names until their successors are duly elected and qualified, or their earlier death, resignation or removal:

President:  Adebukla T Ogunsanya
Treasurer:  Sean Mescall
Secretary:  Sean Mescall

Corporate Records and Minute Book

RESOLVED, that the officers of the Corporation are hereby authorized and directed to procure all corporate books, books of account and stock books that may be required by the laws of Delaware or of any foreign jurisdiction in which the Corporation may do business or which may be necessary or appropriate in connection with the business of the Corporation.

RESOLVED FURTHER, that the officers of the Corporation are authorized and directed to maintain a minute book containing the Certificate of Incorporation, as filed with and certified by the office of the Delaware Secretary of State and as may be amended from time to time, its Bylaws and any amendments thereto, and the minutes of any and all meetings and actions of the Board, Board committees and the Corporation's shareholders, together with such other documents, including this Written Consent, as the Corporation,

the Board or the Corporation's shareholders shall from time to time direct and to ensure that an up to date copy is also kept at the principal executive office of the Corporation (as designated below).

Ratification of Actions by Incorporator

RESOLVED, that the Action by Written Consent of the Sole Incorporator Wed Nov 20 22:18:20 UTC 2024 and all actions taken by the Corporation's sole Incorporator, _____(Incorporator's Full Name) and its agents, in connection with the formation of the Corporation are hereby in all respects approved, ratified and affirmed for and on behalf of the Corporation.

Annual Accounting Period

RESOLVED, that until otherwise determined by the Board the fiscal year of the Corporation shall end on December 31.

Principal Executive Office

RESOLVED, that the principal executive office of the Corporation shall initially be located at 4315 50th st nw suite 100 room 7381, washington dc, Dist. of Columbia 20016.

Bank Accounts

RESOLVED, that the officers of the Corporation are hereby authorized and directed to establish, maintain and close one or more accounts in the name of the Corporation for the funds of the Corporation with any federally insured bank or similar depository; to cause to be deposited, from time to time, in such accounts, such funds of the Corporation as such officer deems necessary or advisable, and to designate, change or revoke the designation, from time to time, of the officer or officers or agent or agents of the Corporation authorized to make such deposits and to sign or countersign checks, drafts or other orders for the payment of money issued in the name of the Corporation against any funds deposited in any of such accounts; and to make such rules and regulations with respect to such accounts as such officers may deem necessary or advisable, and to complete, execute and deliver any documents as banks and similar financial institutions customarily require to establish any such account and to exercise the authority granted by this resolution including, but not limited to, customary signature card forms and form banking resolutions.

RESOLVED FURTHER, that all form resolutions required by any such depository, if any, are adopted in such form used by such depository by this Board, and that the Secretary is authorized to certify such resolutions as having been adopted by the Board and directed to insert a copy of any such form resolutions in the minute book of the Corporation.

RESOLVED FURTHER, that any such depository to which a certified copy of these resolutions has been delivered by the Secretary of the Corporation is entitled to rely upon such resolutions for all purposes until it shall have received written notice of the revocation or amendment of these resolutions, as adopted by the Board.

## Qualification to do Business

RESOLVED, that the officers of the Corporation are hereby authorized and directed for and on behalf of the Corporation to take such action as they may deem necessary or advisable to effect the qualification of the Corporation to do business as a foreign corporation in each state that the officers may determine to be necessary or appropriate, or to withdraw from or terminate the Corporation's qualification to do business in any such state.

RESOLVED FURTHER, that any resolutions which in connection with the foregoing shall be certified by the Secretary of the Corporation as having been adopted by the Board pursuant to this Written Consent shall be deemed adopted pursuant to this Written Consent with the same force and effect as if presented to the Board and adopted thereby on the date of this Written Consent, and shall be included in the minute book of the Corporation.

## Payment of Expenses

RESOLVED, that the officers of the Corporation are hereby authorized and directed to pay all expenses of the incorporation and organization of the Corporation, including reimbursing any person for such person's verifiable expenses therefor.

## Professional Corporation

RESOLVED, that the officers of the Corporation are hereby authorized to file with the appropriate licensing authority all documents, if any, that must be filed with the licensing authority under applicable law.

RESOLVED FURTHER, that the officers of the Corporation are authorized and directed, for and on behalf of the Corporation, to make all other arrangements and to take all further action as the officers deem necessary or appropriate in order to qualify and operate the Corporation as a professional corporation in the state of California.

## Agent for Service of Process in Delaware

RESOLVED, that United States Corporation Agents, Inc. shall be appointed the Corporation's agent for service of process in Delaware.

## Authorization of Further Actions

RESOLVED, that the officers of the Corporation are, and each of them hereby is, authorized, empowered and directed, for and on behalf of the Corporation, to execute all documents and to take all further actions they may deem necessary, appropriate or advisable to effect the purposes of each of the foregoing resolutions.

RESOLVED, that any and all actions taken by any officer of the Corporation in connection with the matters contemplated by the foregoing resolutions are hereby

approved, ratified and confirmed in all respects as fully as if such actions had been presented to the Board for approval prior to such actions being taken.

IN WITNESS WHEREOF, each of the undersigned, being all the directors of the Corporation, has executed this Written Consent as of the date set forth below.

Date: November 20, 2024          Director: Adebukla T Ogunsanya
                                 Signature:_____

Date: November 20, 2024          Director: Sean Mescall
                                 Signature:_____

SEAN MESCALL
6 Paddock Place
Newburgh, NY 12550

<div align="center">

**Supreme Court, Appellate Division First Judicial Department**
**180 Maiden Lane New York, New York 10038**
**(212) 401-0800 Email: <u>AD1-AGC-newcomplaints@nycourts.gov</u>**

</div>

**Subject:** Grievance Complaint Against Attorney Adebukola Ogunsanya, Esq.

To Whom It May Concern,

I am submitting this formal complaint against **Adebukola Ogunsanya, Esq.,** with an office located at **343 5th Ave, Riveredge, NJ 07661,** for violations of professional conduct under **NY CLS Rules Attorney Disciplinary Matters § 1240.7.** Specifically, her actions in connection with *The People of New York vs. Sean Mescall* reflect unethical, deceptive, and unlawful conduct, warranting disciplinary investigation and action. At all times, Adebukola Ogunsanya remained a shadow attorney instructing Mescall to engage in conduct relevant to this action.

**Factual Allegations**

1. **Failure to Disclose Material Information to the Attorney General's Office**

   a. Ms. Ogunsanya failed to disclose critical information regarding her role in the events surrounding *The People of New York vs. Sean Mescall.* She had knowledge and direct control over all key evidence but withheld it or had the opportunity to change it from authorities. Indeed, she began to cooperate, claiming ignorance despite the underlying obvious. Ogunsanya has always had access to the same information as do everyone else. However, the alleged complainants of Mescall are lay persons who many of them did not know of Ogunsanya since she remained behind the scenes doing the legal work while Mescall spoke to clients. Ogunsanya is a multistate attorney who worked at major law firms and the Small Business Association who helps people develop corporations and business.

2. **Possession and Administration of Critical Digital Evidence**

   a. She maintained possession of key mobile devices and email accounts related to the case allowing her to control the narrative, obstruct justice and keep the profits. As the administrator of email accounts associated with the case, she controlled and managed electronic communications, contrary to any claim that she lacked involvement.

3. **Profiting from a Fraudulent Scheme**

   a. Ms. Ogunsanya financially benefitted from her knowing involvement to the tune of 6 figures of the alleged scheme directly related to the underlying case, despite shifting blame onto an alleged non-attorney.

   b. She used the email alleged about a **non-attorney on her NYSCEF account and other legal platforms,** which misrepresented the non-attorney's role and facilitated improper conduct.

   c. She repeatedly used **debit cards attached to bank accounts tied to the scheme,** personally profiting from these transactions.

4. **Deceptive Conduct and False Attribution of Blame**

   a. When clients complained about unfinished legal work assigned to her, she shifted responsibility to the non-attorney, leading to his legal troubles.

<div align="center">1</div>

     b.  Despite profiting for over a year, she allowed the non-attorney to take the fall, while she avoided any charges.

## 5. Knowingly Facilitating Unauthorized Practice of Law

     a.  Ms. Ogunsanya **knew or should have known** that the non-attorney was a convicted felon and did not appear registered to practice law.

     b.  She falsely claimed that the non-attorney misled her about his credentials, despite her long history of credentials, access to the administrative corporate websites, commingling of emails involving her personal and work emails showing prima facie overwhelming evidence of her direct involvement and oversight all while being in the possession of the electronics that administered and controlled all devices connected to it.

## 6. Cover-Up and Obstruction

     a.  When the investigation escalated, she attempted to cover her tracks by instructing the alleged non-attorney to retrieve her two cell phones telephonically and allegedly via text.

     b.  She used those devices to impersonate the alleged non-attorney, just like she used the debit cards, customer relation management software (crm CLIO), further obscuring her involvement.

## 7. Client Abandonment and Ethical Violations

     a.  After profiting from client matters, Ms. Ogunsanya **abandoned the very clients she was working on**, leaving them without proper legal representation.

     b.  Despite her significant involvement, she **was not charged with any crimes**, while the non-attorney, Sean Mescall, faced full legal consequences.

## Grounds for Disciplinary Action

Based on the allegations, Ms. Ogunsanya's conduct constitutes multiple violations of the **New York Rules of Professional Conduct**, including but not limited to:

- **Rule 8.4(c) – Conduct Involving Dishonesty, Fraud, Deceit, or Misrepresentation** (see) Kailyn Whittingham's emails back and forth and TD Bank verification of Law Firm Ethics Firm doing a P.O.S. (point of sale) with the debit card of a bank account belonging to an entity alleged in the indictment against Mescall. However, Ogunsnaya used this bank account numerous times at her free will and more specifically on or about February 18[th or] the charge appeared. Ogunsanya went to Kailyn Whittingham Ethics Law office on or about Friday February 14th to seek help for her corrupt unlawful deceit. Whittingham runs a law practice advising corrupt judges and unethical attorneys in NY and advised Ogunsanya to shift blame and claim ignorance. Whittingham moved her historical associate Alvin Bragg to file charges, cherry pick evidence to fit a narrative underlying Mescall's previous history even though Ogunsanya was in the possession of all wrongdoing materials including multiple cell phones, computers and laptops. At all times, Ogunsanya knew of or should have known- based on her credentials- about Mescall. At all times Ogunsanya was in the possession of all controlling administrative computers containing emails, corporate paperwork's, documents, and material subject matter relating to the core operative facts of the case.

- **Rule 5.3 – Responsibilities Regarding Nonlawyer Assistants**

- **Rule 1.15 – Misappropriation of Funds**

- **Rule 1.4 – Failure to Communicate with Clients**

- **Rule 8.4(d) – Conduct Prejudicial to the Administration of Justice**

2

**Request for Investigation and Action**

Given the severity of Ms. Ogunsanya's actions and their impact on both clients and the justice system, I request that the Attorney Grievance Committee:

1. **Conduct a formal investigation** into Ms. Ogunsanya's conduct and financial dealings, including insurance.

2. **Subpoena relevant records, including emails, financial transactions, and NYSCEF account usage.**

3. **Consider disciplinary actions,** including suspension or disbarment, if warranted.

I am prepared to provide additional supporting documents and testimony as necessary. Please confirm receipt of this complaint and inform me of any further steps I should take in this matter in the interest of justice. This conduct by Ogunsanya is supported by evidence in her possession including but not limited to recent emails post indictment of another where she is still engaging in unlawful deceit to the public and obstructing justice.

/s/ Sean Mescall

6 Paddock Place

Newburgh, Ny 12550

03/13/2025

**Certification:**

I Sean Mescall, affirm that the complaint herein is true to the best of my recollection. I am of my own volition.

/s/ Sean Mescall

6 Paddock Place

Newburgh, Ny 12550

03/13/2025

3

 Outlook

*ONGOING FRAUD*

Transaction Request Confirmation

**From** RS-Plan-Admin@adp.com <RS-Plan-Admin@adp.com>
**Date** Thu 2025-03-13 1:27 AM
**To** Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

**Caution: External** (rs-plan-admin@adp.com)
Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

A transaction request has been received and processed for your account. The confirmation of this request will be available online within 48 hours at **[mykplan.com]**[mykplan.com]mykplan.com

To view the details of your transaction request and the confirmation, login to **[mykplan.com]** [mykplan.com]mykplan.com and select Account Updates and Confirmations from the My Account menu.

Sincerely,
ADP Retirement Services

*Please do not respond to this message; it comes from an unattended mailbox.*

Published by ADP Retirement Services Copyright © 2025

ADP Retirement Services. All rights reserved. ADP Retirement Services, 71 Hanover Road, Florham Park, NJ 07932
Visit http://www.adp.com/privacy.html to view our online privacy policy.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

# Exhibit A





# One hour of ethics consultation with Kaylin L. Whittingham, Esq.

| Bidding ended | Winning bid |
|---|---|
| | $250 |

« All items    ‹ Previous item                                                                 Next item ›



## About this item

Kaylin L. Whittingham, Esq. is the principal of Whittingham Law where she focuses her practice on Legal Ethics and Professional Responsibility. She is the founder of the Legal Ethics Lab and the host of the Podcast: Legal Ethics in A New York Minute.

Donated by Kaylin L. Whittingham, Esq.  https://whittinghamlaw.com  |
https://whittinghamlaw.com/about/

Value: $500

Bidding ended: 9:00pm, Friday 3 June 2022
America/New York

Ethics and Lobbying in Government and a Referee for the New York State ...

**Location:** 3 Columbus Circle, Floor 1...    **Phone:** 2128107784

---

Facebook
https://www.facebook.com › legalethicslab › posts

## Congratulations Kaylin L. Whittingham,... - Legal Ethics Lab

Congratulations Kaylin L. Whittingham, Esq.! Selected By Her Peers as New York Metro Super
Lawyer 2024! * * * * * * #SuperLawyer2023 #LegalExcellence #NewYorkLaw #WhittinghamLaw ...

---

usa500clubs.com
https://www.usa500clubs.com › members › default.asp

## Ms. Kaylin Whittingham--Legal Ethics, Managing Attorney, ...

Ethics defense counsel for lawyers and judges facing professional misconduct investigations
before the Attorney Grievance Committees and the Judicial Commission. Legal Malpractice ...

---

LinkedIn
https://www.linkedin.com › in

## Kaylin L. Whittingham, Esq. - Referee (Commission on ... - LinkedIn

Legal Ethics & Professional Responsibility | Counsel to Lawyers & Law Firms | Former New York

---

🔍   corporation named the legal ethics lab in ny kailyn whittingham              🎤   ⦿

---

Facebook
https://www.facebook.com › legalethicslab › posts › ...

## Congratulations Kaylin L. Whittingham,... - Legal Ethics Lab

Congratulations Kaylin L. Whittingham, Esq. Named in The Top 100 National Black Lawyers 2024!
* * * * * #Top100BlackLawyers #LegalExcellence #BlackExcellence #KaylinLWhittingham ...

---

Facebook
https://www.facebook.com › legalethicslab › posts › ...

## Happening Today! * * * Kaylin L.... - Legal Ethics Lab - Facebook

Happening Today! * * * Kaylin L. Whittingham, Kathy W. Parrino, Deputy Chief Attorney, Attorney
Discipline, Appellate Division Second Department, and Sherine Cummings, Deputy Chief ...

---

Instagram
https://www.instagram.com › whittingham_law

## Kaylin L. Whittingham, Esq. (@whittingham_law) | Instagram

226 Followers, 440 Posts - New York City Legal Ethics & Professional Responsibility Law Firm.

---

AirAuctioneer
https://airauctioneer.com › brooklyn-bar-association...

One hour of ethics consultation with Kaylin L. Whittingham, Esq.

 **Bank**

America's Most Convenient Bank®

E     STATEMENT OF ACCOUNT



ATTY MESCALL PC
99 WALL ST STE 2679
NEW YORK NY 10005

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

## TD Business Simple Checking

ATTY MESCALL PC

Account # 443-8177407

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 584.04 | Average Collected Balance | 993.01 |
| Deposits | 368.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1.50 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 5,500.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Electronic Payments | 987.05 | | |
| Other Withdrawals | 15.00 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 5,441.49 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | SBB MDEPOSIT | 368.00 |
| | Subtotal: | 368.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | DEBIT CARD CREDIT, AUT 020725 VISA DDA REF AMERICAN ARBITRATION     NEW YORK     * NY 4085404036557142 | 1.50 |
| | Subtotal: | 1.50 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT, Provisional Credit | 500.00 |
| 02/26 | WIRE TRANSFER INCOMING, LINSCO/PRIVATE LEDGER CORP. | 5,000.00 |
| | Subtotal: | 5,500.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 5,441.49 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | — |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days In Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ATTY MESCALL PC

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>EXXON PB  J OIL        NEWBURGH     * NY<br>4085404036557142 | 20.00 |
| 02/03 | DBCRD PUR AP, AUT 020125 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL     800 333 8655 * NY<br>4085404036557142 | 9.49 |
| 02/10 | DBCRD PUR AP, AUT 020925 VISA DDA PUR AP<br>DIALPAD INC        415 842 9989 * CA<br>4085404036557142 | 90.68 |
| 02/13 | ELECTRONIC PMT-WEB, PROG MAX INS CO INS PREM 990448089 Sean | 274.24 |
| 02/18 | DBCRD PMT AP, AUT 021725 VISA DDA PUR AP<br>THE LEGAL ETHICS LAB      WHITTINGHAMLA * NY<br>4085404036557142 | 500.00 |
| 02/18 | DBCRD PUR AP, AUT 021625 VISA DDA PUR AP<br>PAYPAL  PHYSICALADD     402 935 7733  * NV<br>4085404036557142 | 20.23 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL        402 935 7733  * CA<br>4085404036557142 | 56.10 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PP APPLE COM BILL        402 935 7733  * CA<br>4085404036557142 | 10.88 |
| 02/19 | DEBIT CARD PURCHASE, AUT 021725 VISA DDA PUR<br>PAYPAL  GODADDY COM     402 935 7733  * AZ<br>4085404036557142 | 5.43 |
| | Subtotal: | 987.05 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |


**Bank**
America's Most Convenient Bank®

ATTY MESCALL PC

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 4438177407-713-E-*** |
| Primary Account #: | 443-8177407 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 584.04 | 02/18 | 38.90 |
| 02/03 | 554.55 | 02/19 | -33.51 |
| 02/07 | 922.55 | 02/24 | 466.49 |
| 02/10 | 833.37 | 02/26 | 5,451.49 |
| 02/13 | 559.13 | 02/28 | 5,441.49 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

11:21

TD BUSINESS SIMPLE CHECKING

Transaction details                    Close

**VISA DDA PUR AP**
**449216    THE LEGAL**
**ETHICS LAB**                          -$500.00
**WHITTINGHAMLA * NY**

Posted date                          02/18/2025

Type                                  DEBIT

**Something doesn't look right?**

# EXHIBIT C



**BrokerCheck Report**

# SEAN FITZGERALD MESCALL

CRD# 2911059

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 5 |
| Disclosure Events | 6 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
-           BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
-           Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
-           The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
-           Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
-           To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
-           FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

**SEAN F. MESCALL**
CRD# 2911059

This broker is not currently registered.

## Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

### Registration History

This broker was previously registered with the following securities firm(s):

**B** **AURORA CAPITAL LLC**
CRD# 37924
DENVER, NC
11/2005 - 09/2006

**B** **BROOKSTREET SECURITIES CORPORATION**
CRD# 14667
SAN JUAN CAPISTRANO, CA
11/2002 - 09/2005

**B** **J.P. TURNER & COMPANY, L.L.C.**
CRD# 43177
ATLANTA, GA
11/2001 - 09/2002

### Disclosure Events

This broker has been involved in one or more disclosure events involving certain final criminal matters, regulatory actions, civil judicial proceedings, or arbitrations or civil litigations.

Are there events disclosed about this broker?   **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 6 |
| Civil Event | 1 |
| Customer Dispute | 2 |

**Broker Qualifications**



### Registrations

This section provides the self-regulatory organizations (SROs), states and U.S. territories the broker is currently registered and licensed with, the category of each registration, and the date on which the registration became effective. This section also provides, for each firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| ⓑ General Securities Representative Examination | Series 7 | 09/16/1997 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| ⓑ Uniform Securities Agent State Law Examination | Series 63 | 10/17/1997 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

# Broker Qualifications

## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

## Registration and Employment History



### Registration History

The broker previously was registered with the following securities firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 11/2005 - 09/2006 | AURORA CAPITAL LLC | 37924 | DENVER, NC |
| B | 11/2002 - 09/2005 | BROOKSTREET SECURITIES CORPORATION | 14667 | SAN JUAN CAPISTRANO, CA |
| B | 11/2001 - 09/2002 | J.P. TURNER & COMPANY, L.L.C. | 43177 | ATLANTA, GA |
| B | 06/2001 - 11/2001 | FIRST MONTAUK SECURITIES CORP. | 13755 | RED BANK, NJ |
| B | 02/2001 - 06/2001 | J.P. TURNER & COMPANY, L.L.C. | 43177 | ATLANTA, GA |
| B | 01/1998 - 03/2001 | GLENN MICHAEL FINANCIAL, INC. | 37912 | MELVILLE, NY |
| B | 09/1997 - 01/1998 | CONTINENTAL BROKER-DEALER CORP. | 14048 | CARLE PLACE, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 11/2005 - Present | AURORA CAPITAL LLC | REGISTERED REPRESENTATIVE | Y | NEW YORK, NY, United States |

## Disclosure Events



**What you should know about reported disclosure events:**

1. **Disclosure events in BrokerCheck reports come from different sources:**
   - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, their employing firms, and regulators. When more than one source reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions are separated by a solid line with the reporting source labeled.

**For your convenience, below is a matrix of the number and status of regulatory disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|                  | Final | On Appeal |
|------------------|:-----:|:---------:|
| Regulatory Event |   6   |     0     |
| Civil Event      |   1   |     0     |
| Customer Dispute |   2   |    N/A    |



## Disclosure Event Details

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This type of disclosure event involves a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations.

### Disclosure 1 of 6

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | STATE OF ILLINOIS, ILLINOIS SECURITIES DEPARTMENT |
| **Sanction(s) Sought:** | Prohibition<br>Other: TEMPORARY ORDER |
| **Date Initiated:** | 10/25/2010 |
| **Docket/Case Number:** | 0900143 |
| **URL for Regulatory Action:** | |
| **Employing firm when activity occurred which led to the regulatory action:** | CAPITAL STREET FINANCIAL, LLC |
| **Product Type:** | Investment Contract |
| **Allegations:** | PRINCIPAL OF CAPITAL STREET FINANCIAL, LLC, SEAN F. MESCAL DEFRAUDED INVESTORS AND USED THEIR INVESTED MONEY FOR HIS OWN PERSONAL PURPOSES. |
| **Current Status:** | Final |
| **Resolution:** | Order |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | Yes |
| **Resolution Date:** | 12/22/2010 |
| **Sanctions Ordered:** | Prohibition |



| | |
|---|---|
| **Regulator Statement** | TEMPORARY ORDER OF PROHIBITION WAS ISSUED OCTOBER 25, 2010. ORDER OF PROHIBITION WAS ISSUED DECEMBER 22, 2010.  SEAN F. MESCALL DEFRAUDED INVESTORS BY CONVERTING THEIR INVESTED MONEY FOR HIS OWN PERSONAL PURPOSES.  QUESTIONS/INFORMATION SHOULD BE DIRECTED TO JIM TIERNEY AT 312-793-9650 |

**Disclosure 2 of 6**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | NASD |
| **Sanction(s) Sought:** | |
| **Other Sanction(s) Sought:** | |
| **Date Initiated:** | 06/19/2007 |
| **Docket/Case Number:** | 04-03435 |
| **Employing firm when activity occurred which led to the regulatory action:** | |
| **Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Allegations:** | RESPONDENT FAILED TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO AN NASD REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE. |
| **Current Status:** | Final |
| **Resolution:** | Other |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 06/19/2007 |
| **Sanctions Ordered:** | Suspension |
| **Other Sanctions Ordered:** | |

♦2025 FINRA. All rights reserved. Report about SEAN F. MESCALL.

**Sanction Details:**     PURSUANT TO ARTICLE VI, SECTION 3 OF NASD BY-LAWS, AND NASD RULE 9554, RESPONDENT'S NASD REGISTRATION IS SUSPENDED JUNE 19, 2007 FOR FAILURE TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO AN NASD REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE.

---

**Disclosure 3 of 6**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | NASD |
| **Sanction(s) Sought:** | |
| **Other Sanction(s) Sought:** | |
| **Date Initiated:** | 03/22/2007 |
| **Docket/Case Number:** | NASD ARBITRATION CASE NO. 06-03088 |
| **Employing firm when activity occurred which led to the regulatory action:** | |
| **Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Allegations:** | RESPONDENT FAILED TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO AN NASD REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE. |
| **Current Status:** | Final |
| **Resolution:** | Other |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 03/22/2007 |



**Sanctions Ordered:**                    Suspension

**Other Sanctions Ordered:**

**Sanction Details:**                     PURSUANT TO ARTICLE VI, SECTION 3 OF NASD BY-LAWS AND NASD RULE
                                          9554 RESPONDENT'S NASD REGISTRATION IS SUSPENDED ON MARCH 22,
                                          2007 FOR FAILING TO COMPLY WITH AN ARBITRATION AWARD OR
                                          SETTLEMENT AGREEMENT IN ARBITRATION CASE #06-03088 OR TO
                                          SATISFACTORILY RESPOND TO AN NASD REQUEST TO PROVIDE
                                          INFORMATION CONCERNING THE STATUS OF COMPLIANCE.

---

**Disclosure 4 of 6**

**Reporting Source:**                     Regulator

**Regulatory Action Initiated By:**       NASD

**Sanction(s) Sought:**

**Other Sanction(s) Sought:**

**Date Initiated:**                       10/09/2006

**Docket/Case Number:**                   NASD ARBITRATION CASE NO. 05-02740

**Employing firm when activity occurred which led to the regulatory action:**

**Product Type:**                         No Product

**Other Product Type(s):**

**Allegations:**                          RESPONDENT FAILED TO COMPLY WITH AN ARBITRATION AWARD OR
                                          SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO AN NASD
                                          REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF
                                          COMPLIANCE.

**Current Status:**                       Final

**Resolution:**                           Other



| | |
|---|---|
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 10/09/2006 |
| **Sanctions Ordered:** | Suspension |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | PURSUANT TO ARTICLE VI, SECTION 3 OF NASD BY-LAWS, AND NASD RULE 9554, RESPONDENT'S NASD REGISTRATION IS SUSPENDED OCTOBER 9, 2006 FOR FAILING TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT IN ARBITRATION CASE #05-02740 OR TO SATISFACTORILY RESPOND TO AN NASD REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE. |

**Disclosure 5 of 6**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | SOUTH DAKOTA |
| **Sanction(s) Sought:** | Other |
| **Other Sanction(s) Sought:** | ORDER TO SHOW CAUSE WHY REGISTRATION SHOULD NOT BE DENIED |
| **Date Initiated:** | 12/02/2005 |
| **Docket/Case Number:** | |
| **Employing firm when activity occurred which led to the regulatory action:** | |
| **Product Type:** | Other |
| **Other Product Type(s):** | |
| **Allegations:** | ON NOVEMBER 8, 2005 THE DIVISION SENT A CERTIFIED LETTER OF INQUIRY TO AURORA CAPITAL. THIS LETTER WAS RECEVIED ON NOVEMBER 14, 2005 AND REQUESTED ADDITIOANL INFORMATION REGARDING TEN CURRENT DISCLOSURE COUNTS, FIVE HISTORIC DISCLOSURE COUNTS, AND REGULATORY SANCTION.  MR. MESCALL |

©2025 FINRA. All rights reserved. Report about SEAN F. MESCALL.

FAILED TO RESPOND WITHIN THE DESIGNATED TIME PERIOD.

| | |
|---|---|
| **Current Status:** | Final |
| **Resolution:** | Order |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | Yes |
| **Resolution Date:** | 02/14/2006 |
| **Sanctions Ordered:** | |
| **Other Sanctions Ordered:** | REGISTRATION DENIED. |
| **Sanction Details:** | MR. MESCALL'S REGISTRATION WAS DENIED IN SOUTH DAKOTA. |

---

**Disclosure 6 of 6**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | NASD |
| **Sanction(s) Sought:** | |
| **Other Sanction(s) Sought:** | |
| **Date Initiated:** | 08/19/2005 |
| **Docket/Case Number:** | NASD ARBITRATION CASE NO. 01-00258-NY |
| **Employing firm when activity occurred which led to the regulatory action:** | BROOKSTREET SECURITIES CORPORATION |
| **Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Allegations:** | RESPONDENT FAILED TO PAY FEES ASSESSED IN NASD ARBITRATION CASE 01-00258-NY. |
| **Current Status:** | Final |
| **Resolution:** | Order |



**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?**    No

**Resolution Date:**    09/09/2005

**Sanctions Ordered:**    Suspension

**Other Sanctions Ordered:**

**Sanction Details:**    RESPONDENT'S REGISTRATION SUSPENDED AS OF SEPTEMBER 9, 2005 PURSUANT TO THE PROVISIONS OF NASD RULE 9553. SUSPENSION WILL CONTINUE UNTIL DOCUMENTARY EVIDENCE IS PROVIDED TO NASD THAT ONE OR MORE OF THE FOUR RULE 9553 DEFENSES HAVE OCCURRED.

**Regulator Statement**    SUSPENSION LIFTED OCTOBER 3, 2005.

©2025 FINRA. All rights reserved. Report about SEAN F. MESCALL.



## Civil - Final

This type of disclosure event involves an injunction issued by a court in connection with investment-related activity or a finding by a court of a violation of any investment-related statute or regulation.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Initiated By:** | U.S. COMMODITY FUTURES TRADING COMMISSION |
| **Relief Sought:** | Civil and Administrative Penalty(ies)/Fine(s)<br>Disgorgement<br>Restitution<br>Other: PERMANENT TRADING BANS |
| **Date Court Action Filed:** | 09/09/2009 |
| **Product Type:** | Other: OFF-EXCHANGE FOREIGN CURRENCY |
| **Type of Court:** | Federal Court |
| **Name of Court:** | U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA |
| **Location of Court:** | NORTH CAROLINA |
| **Docket/Case #:** | 3:09-CV-387 |
| **Employing firm when activity occurred which led to the action:** | CAPITALSTREET FINANCIAL LLC |
| **Allegations:** | CFTC RELEASE 5714-09, SEPTEMBER 9, 2009: THE CFTC CHARGED SEAN F. MESCALL AND HIS COMPANY WITH OPERATING A PONZI SCHEME INVOLVING THE FRAUDULENT SOLICITATION OF AT LEAST $1.3 MILLION FROM AT LEAST 69 CUSTOMERS IN CONNECTION WITH FOREIGN CURRENCY (FOREX) TRADING. DEFENDANT IS ALSO CHARGED WITH MISAPPROPRIATING APPROXIMATELY $875,000 OF CUSTOMER FUNDS. DEFENDANT ALLEGEDLY USED THE MISAPPROPRIATED CUSTOMER FUNDS TO PAY PURPORTED PROFITS TO CUSTOMERS AS IN A PONZI SCHEME AND FOR PERSONAL USE. DEFENDANT PROVIDED CUSTOMERS WITH FALSE MONTHLY STATEMENTS TO CONCEAL TRADING LOSSES AND MISUSE OF CUSTOMER FUNDS. IT IS ALLEGED THAT MESCALL VIOLATED, AND IS LIABLE FOR HIS FIRM'S VIOLATIONS, OF SECTIONS 4B(A)(2)(A)-(C) OF THE COMMODITY EXCHANGE ACT. |
| **Current Status:** | Final |
| **Resolution:** | Judgment Rendered |
| **Resolution Date:** | 01/11/2012 |



| | |
|---|---|
| **Sanctions Ordered or Relief Granted:** | Civil and Administrative Penalty(ies)/Fine(s)<br>Injunction<br>Restitution |
| **Capacities 1 of 1** | |
| **Capacities Affected:** | N/A |
| **Duration:** | PERMANENT |
| **Start Date:** | 01/11/2012 |
| **End Date:** | |
| **Monetary Sanction 1 of 2** | |
| **Monetary Sanction:** | Restitution |
| **Total Amount:** | $1,073,360.00 |
| **Portion against individual:** | 1073360 |
| **Date Paid:** | |
| **Portion Waived:** | No |
| **Amount Waived:** | |
| **Monetary Sanction 2 of 2** | |
| **Monetary Sanction:** | Monetary Fine |
| **Total Amount:** | $3,167,991.00 |
| **Portion against individual:** | 3167991 |
| **Date Paid:** | |
| **Portion Waived:** | No |
| **Amount Waived:** | |
| **Regulator Statement** | ALSO IN A RELATED ACTION, THE SECURITIES DIVISION OF THE OFFICE OF THE NORTH CAROLINA SECRETARY OF STATE ARRESTED SEAN MESCALL AND EXECUTED SEARCH WARRANTS AT HIS COMPANY AND HIS HOME. MESCALL IS PERMANENTLY RESTRAINED, ENJOINED AND PROHIBITED FROM: FURTHER VIOLATIONS OF SECTION 4B(A)(2) OF THE COMMODITY EXCHANGE ACT; TRADING ON OR SUBJECT TO THE RULES OF ANY REGISTERED ENTITY, FOR HIS OWN PERSONAL ACCOUNT, OR FOR ANY ACCOUNT IN WHICH HE HAS A DIRECT INTEREST OR INDIRECT INTEREST, OR FOR ANY OTHER ACCOUNT FOR OR ON BEHALF OF ANY OTHER PERSON OR ENTITY, WHETHER BY POWER OF ATTORNEY OR OTHERWISE; ENTERING INTO ANY TRANSACTIONS INVOLVING COMMODITY FUTURES, |



OPTIONS ON COMMODITY FUTURES, COMMODITY OPTIONS, AND/OR FOREX CONTRACTS FOR HIS OWN PERSONAL ACCOUNT OR FOR ANY ACCOUNT IN WHICH HE HAS A DIRECT OR INDIRECT INTEREST; HAVING ANY COMMODITY FUTURES, OPTIONS ON COMMODITY FUTURES, COMMODITY OPTIONS, AND/OR FOREX CONTRACTS TRADED ON HIS BEHALF; CONTROLLING OR DIRECTING THE TRADING FOR OR ON BEHALF OF ANY OTHER PERSON OR ENTITY, WHETHER BY POWER OF ATTORNEY OR OTHERWISE, IN ANY ACCOUNT INVOLVING COMMODITY FUTURES, OPTIONS ON COMMODITY FUTURES, COMMODITY OPTIONS, AND/OR FOREX CONTRACTS; SOLICITING, RECOVERING OR ACCEPTING ANY FUNDS FROM ANY PERSON FOR THE PURPOSE OF PURCHASING OR SELLING ANY COMMODITY FUTURES, OPTIONS ON COMMODITY FUTURES, COMMODITY OPTIONS, AND/OR FOREX CONTRACTS; APPLYING FOR REGISTRATION OR CLAIMING EXEMPTION FROM REGISTRATION WITH THE CFTC IN ANY CAPACITY, AND ENGAGING IN ANY ACTIVITY REQUIRING SUCH REGISTRATION OR EXEMPTION FROM REGISTRATION WITH THE COMMISSION EXCEPT AS PROVIDED FOR IN REGULATION 4.14(A)(9); AND ACTING AS A PRINCIPAL, AGENT, OFFICER OR EMPLOYEE OF ANY PERSON REGISTERED, REQUIRED TO BE REGISTERED, OR EXEMPTED FROM REGISTRATION OR WITH THE COMMISSION, EXCEPT AS PROVIDED FOR IN REGULATION 4.14(A)(9). MESCALL SHALL PAY, JOINTLY AND SEVERALLY, RESTITUTION IN THE AMOUNT OF $1,073,360, PLUS POST-JUDGMENT INTEREST AND SHALL PAY, JOINTLY AND SEVERALLY, A CIVIL MONETARY PENALTY IN THE AMOUNT OF $3,167,991, PLUS POST-JUDGMENT INTEREST.



## Customer Dispute - Award / Judgment

This type of disclosure event involves a final, consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the named broker that resulted in an arbitration award or civil judgment for the customer.

**Disclosure 1 of 2**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Employing firm when activities occurred which led to the complaint:** | BROOKSTREET SECURITIES CORPORATION |
| **Allegations:** | CLAIMANTS ASSERTED THE FOLLOWING CAUSES OF ACTION: CHURNING, UNAUTHORIZED TRADING AND SUITABILITY. |
| **Product Type:** | Other |
| **Other Product Type(s):** | UNSPECIFIED STOCKS |
| **Alleged Damages:** | $17,688.00 |

### Arbitration Information

| | |
|---|---|
| **Arbitration/Reparation Claim filed with and Docket/Case No.:** | NASD - CASE #06-03088 |
| **Date Notice/Process Served:** | 06/26/2006 |
| **Arbitration Pending?** | No |
| **Disposition:** | Award |
| **Disposition Date:** | 01/26/2007 |
| **Disposition Detail:** | MESCALL IS LIABLE FOR AND SHALL PAY TO CLAIMANTS COMPENSATORY DAMAGES IN THE AMOUNT OF $17,688.00. |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | BROOKSTREET SECURITIES CORPORATION |
| **Allegations:** | ALLEGED CHURNING |
| **Product Type:** | Equity - OTC |
| **Alleged Damages:** | $17,688.00 |

©2025 FINRA. All rights reserved. Report about SEAN F. MESCALL.



## Customer Complaint Information

**Date Complaint Received:**

**Complaint Pending?**

**Status:**                              Arbitration/Reparation

**Status Date:**                         07/05/2006

**Settlement Amount:**

**Individual Contribution Amount:**

## Arbitration Information

**Arbitration/Reparation Claim filed with and Docket/Case No.:**    <u>NASD CASE NO. 06-03088</u>

**Date Notice/Process Served:**          07/05/2006

**Arbitration Pending?**                 No

**Disposition:**                         Award to Customer

**Disposition Date:**                    01/26/2007

**Monetary Compensation Amount:**        $17,688.00

**Individual Contribution Amount:**      $17,688.00

**Firm Statement**                       BROOKSTREET SECURITIES HAS SETTLED WITH THE [CUSTOMERS] ON THEIR OWN BEHALF. SEAN MESCALL WAS NOT INCLUDED IN THE SETTLEMENT.  MESCAL IS LIABLE AND SHALL PAY CLAIMANTS COMPENSATORY DMAGES IN THE AMOUNT OF $17,688.00.

---

**Disclosure 2 of 2**

**Reporting Source:**                    Regulator

**Employing firm when activities occurred which led to the complaint:**    GLENN MICHAEL FINANCIAL, INC.

**Allegations:**                         UNSUITABLE INVESTMENTS, NEGLIGENCE, BREACH OF FIDUCIARY DUTY, CHURNING, MISREPRESENTATION, OMISSION OF FACTS.

**Product Type:**                        Mutual Fund(s)



| | |
|---|---|
| **Other Product Type(s):** | STOCK |
| **Alleged Damages:** | $502,151.85 |

### Arbitration Information

| | |
|---|---|
| **Arbitration/Reparation Claim filed with and Docket/Case No.:** | NASD - CASE #04-03435 |
| **Date Notice/Process Served:** | 05/11/2004 |
| **Arbitration Pending?** | No |
| **Disposition:** | Award |
| **Disposition Date:** | 04/03/2007 |
| **Disposition Detail:** | RESPONDENT IS JOINTLY AND SEVERALLY LIABLE FOR AND SHALL PAY TO CLAIMANTS $30,000 IN COMPENSATORY DAMAGES. |

----

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | GLENN MICHAEL FINANCIAL, INC. |
| **Allegations:** | ALLEGED UNSUITABILITY. |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Other Product Type(s):** | MUTUAL FUNDS |
| **Alleged Damages:** | $502,151.85 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | |
| **Complaint Pending?** | No |
| **Status:** | Arbitration/Reparation |
| **Status Date:** | 12/30/2004 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

### Arbitration Information

5:08

<

# Trip

Jan 21, 2025, 1:14 PM • 29.7 miles • 43 min



© OpenStreetMap

343 5th Ave | Pickup
River Edge, NJ 07661 | 1:14 PM

Westchester County | Drop-off
White Plains, NY 10601 | 1:58 PM

# Payment

Lyft Standard fare (29.7 mi, 43m) | $79.95
Lyft Pink member-exclusive savings | -$3.99



PayPal
Total charge | **$75.96**

Personal
PayPal

>

Your payment method has already been charged. Changing profiles
will not affect the payment method used.

Jun 29, 2023 · Kaylin L. Whittingham is a Fellow in New York State 03/17/25 one Page 210 of 245
Ethics and Lobbying in Government and a Referee for the New York State ...
**Location:** 3 Columbus Circle, Floor 1 ...     **Phone:** 2128107784

Facebook
https://www.facebook.com › legalethicslab › posts

## Congratulations Kaylin L. Whittingham,... - Legal Ethics Lab
Congratulations Kaylin L. Whittingham, Esq.! Selected By Her Peers as New York Metro Super
Lawyer 2024! * * * * * * #SuperLawyer2023 #LegalExcellence #NewYorkLaw #WhittinghamLaw ...

usa500clubs.com
https://www.usa500clubs.com › members › default.asp

## Ms. Kaylin Whittingham–Legal Ethics, Managing Attorney, ...
Ethics defense counsel for lawyers and judges facing professional misconduct investigations
before the Attorney Grievance Committees and the Judicial Commission. Legal Malpractice ...

LinkedIn
https://www.linkedin.com › in

## Kaylin L. Whittingham, Esq. - Referee (Commission on ... - LinkedIn
Legal Ethics & Professional Responsibility | Counsel to Lawyers & Law Firms | Former New York

Q   corporation named the legal ethics lab in ny kailyn whittingham

Facebook
https://www.facebook.com › legalethicslab › posts › ...

## Congratulations Kaylin L. Whittingham,... - Legal Ethics Lab
Congratulations Kaylin L. Whittingham, Esq. Named in The Top 100 National Black Lawyers 2024!
* * * * * #Top100BlackLawyers #LegalExcellence #BlackExcellence #KaylinLWhittingham ...

Facebook
https://www.facebook.com › legalethicslab › posts › ...

## Happening Today! * * * Kaylin L.... - Legal Ethics Lab - Facebook
Happening Today! * * * Kaylin L. Whittingham, Kathy W. Parrino, Deputy Chief Attorney, Attorney
Discipline, Appellate Division Second Department, and Sherine Cummings, Deputy Chief ...

Instagram
https://www.instagram.com › whittingham_law

## Kaylin L. Whittingham, Esq. (@whittingham_law) | Instagram
226 Followers, 440 Posts - New York City Legal Ethics & Professional Responsibility Law Firm.

AirAuctioneer
https://airauctioneer.com › brooklyn-bar-association...

One hour of ethics consultation with Kaylin L. Whittingham, Esq.

# D.A. Alvin Bragg Sets Out White-Collar Crime Priorities



Manhattan District Attorney Alvin Bragg. Photo: Ryland West/ALM

This article provides a summary of how Manhattan's newly-elected prosecutor described his vision for addressing white-collar crime.

February 09, 2022 at 12:15 PM

⏱ 13 minute read

White Collar Crime

By Robert J. Anello ↦

By Richard F. Albert ↦

U.S. Attorney's Offices in Manhattan and Brooklyn and the state's Attorney General are not alone in prosecuting fraud in the Big Apple. Last week we sat down with Manhattan's new District Attorney, Alvin Bragg, to discuss his Office's priorities with respect to white-collar crime. Mr. Bragg—who previously served as a prosecutor both in the U.S. Attorney's Office for the Southern District of New York and as the Chief Deputy in the New York State Attorney General's Office, as well as the Chief of Litigation and Investigations with the New York City Council—emphasized that violent crime and street crime are top priorities in his office, but he displayed an acute awareness of the important role of the Manhattan D.A.'s office with respect to white-collar crime and the tools at his disposal.

While cognizant of the mandates of his federal and state colleagues, Mr. Bragg noted the need for his office to pursue significant white-collar cases when such cases most aptly would be brought by a local prosecutor, particularly where the city's consumers and businesses are victims. Throughout the discussion, District Attorney Bragg emphasized the work of the Office's Financial Frauds Bureau, the Construction Fraud Task Force, and what he referred to as his Office's unique "connection with the public." An area that D.A. Bragg sees as a particular strength of his office is combatting cybercrime. He discussed the exceptional cyber lab in the D.A.'s office and praised his predecessor's building up of the lab (it is no coincidence that the previous D.A., Cy Vance, recently announced he was joining Baker McKenzie to chair the firm's cyber

**LAW FIRMS MENTIONED**

Morvillo Abramowitz Grand

Baker McKenzie

**TRENDING STORIES**

Recent Decisions Relating to Tortious Interference With Contract Claims

NEW YORK LAW JOURNAL

Trump Memo Demands

# From Clients

MARCH 6, 2025

Manhattan District Attorney Alvin L. Bragg Jr. today announced the indictment of SEAN MESCALL, 46, for allegedly posing as an attorney and stealing approximately $200,000 from dozens of clients who relied on him for legal services between April 2022 and January 2025. MESCALL is charged in a New York State Supreme Court indictment with one count of Grand Larceny in the Third Degree, two counts of Grand Larceny in the Fourth Degree, one count of Scheme to Defraud in the First Degree, and one count of Practicing or Appearing As Attorney At Law Without Being Admitted and Registered. MESCALL was arraigned on March 5, 2025. [1]

"As alleged, Sean Mescall posed as a fake attorney to take advantage of clients who relied on him for what they thought was legitimate legal assistance," said District Attorney Bragg. "The defendant allegedly exploited victims who entrusted him by stealing their hard-earned money for a wide range of supposed legal services. This is an ongoing investigation. Please call our Financial Frauds Bureau at 212-335-8900 if you may be a victim."

According to court documents and statements made on the record, between April 2022 and January 2025, MESCALL falsely posed as a lawyer and systematically defrauded dozens of people. [......] ......om victims who believed they were clients of a licensed attorney. MESCALL was never a registered lawyer in New York State.

bility menu  n  people

MESCALL created a fake law firm in the Financial District that went by many different names, including "Prospection Legal," "Prospection Legal Group," "Legal Prospection," "Mescall Law P.C. and Prospection Legal Group," and "Mescall Law P.C." MESCALL also registered two corporate entities in Delaware named "Prospection Legal Corporation" and "Attorney Mescall P.C."

To attract clients to his fake law firm, MESCALL created profiles on different online legal search platforms, including Justia.com, Law.com, Lawyer.com, and Nolo.com. He also created profiles on LinkedIn, Facebook, and Twitter to advertise his fraudulent legal services. He provided false information on these platforms, including that he received a law degree in 2001 from "Texas Tech University School of Law," and that he had more than a decade of litigation experience.

The types of cases in which MESCALL agreed to represent clients included a class action lawsuit, a discrimination lawsuit, and a business dispute over a breach of contract.

In April of 2024, MESCALL hired an attorney licensed in New York and New Jersey to work at his fake law firm. MESCALL told this attorney that he had graduated from law school, that he was licensed to practice law in New York, New Jersey, and other places, and that he had been practicing law since "before she was born." Based on MESCALL's representations, the attorney began working for him, and represented his clients in filings and in appearances at courts in various jurisdictions.

Assistant D.A.s Minji Kim and Alexander Sanyshyn (Financial Frauds Bureau) are handling the prosecution of this case under the supervision of Assistant D.A.s Hope Korenstein (Deputy Bureau Chief of the Financial Frauds Bureau), Kelly Thomas (Deputy Bureau Chief of the Financial Frauds Bureau) and Kofi Sansculotte (Bureau Chief of the Financial Frauds Bureau), and Executive Assistant D.A. Jodie Kane (Chief of the Investigation Division).

Financial Frauds Paralegal Jamyle Delgado, and former Financial Frauds Paralegals Karl Siegenthaler and Leila Mohammed provided valuable assistance in the investigation. Rackets Investigators Kyle Breen, and Luis Chuquiralao, Supervising Rackets Investigator Ryan Lemon, Deputy Bureau Chief Investigator Kevin Yorke and Investigations Bureau Assistant Chiefs Michael Wigdor and Jon Reid also provided valuable assistance in the investigation. Director of the High Tech Analysis Unit Steve Moran, Privilege Review Data Specialist Olivia Savell and Chief of the Privilege Review Un Caroline Serino assisted with the investigation as well.

Defendant Information:

SEAN MESCALL

Manhattan District Attorney's Office
https://manhattanda.org › d-a-bragg-announces

## D.A. Bragg Announces Indictment Against Fake Attorney For

3 days ago · According to court documents and statements made on the record between April 2022 and January 2025, MESCALL falsely posed as a lawyer and systematically defrauded

Missing: sena | Must include: sena

MSN
https://www.msn.com › en-us › news › crime

## Man, 46, indicted for posing as attorney, stealing $200K from

Mescall was never a registered lawyer in New York State, authorities said. Mescall created a fake law firm in the Financial District that went by many different names, including "Prospection

Missing: sena | Must include: sena

Law360
https://www.law360.com › articles

## Fake NY Lawyer Charged With Stealing $200K From Clients

Mescall pled not guilty on all counts, according to court records, and was released on his own recognizance. As alleged, Sean Mescall posed as a fake attorney to take advantage of clients

Missing: sena | Must include: sena

U.S. Department of Justice
https://www.justice.gov › usao-wdnc › pr

## Western District of North Carolina | Charlotte Man Sentenced To

Mar 19, 2015 · CHARLOTTE, N.C. – Sean F. Mescall, 35, of Charlotte, was sentenced today by U.S. District Judge Robert J. Conrad, Jr. to serve 195 months in prison for orchestrating a Ponzi

**Estimated Reading Time:** 4 mins

Missing: sena | Must include: sena

Justia Dockets & Filings
https://dockets.justia.com › docket › new-york › nysdce

## Mescall v. GEO RRM Residential Coordinator Halfway House

Aug 7, 2023 · Filing 9 REPLY in Opposition to the Government's #8 Request for an extension of time filed by Sean R. Mescall, dated 10/10/2022 (Latka Mucha Wieslawa). Transferred from

Case Number: 1:2023cv06921    Filed: August 7, 2023

Petitioner: Sean R. Mescall

Senior Paralegal

A Gurdian for the elderly, Jean has a decade of experience supporting civil litigations counsels and courts of jurisdiction in multiple states. Her private investigator experience with her deceased husbands business, has been a tremendous aid in protecting legal firms investments in matters and dead-beat judgments that have not been paid. Jean has the procedural knowledge required to succeed at any stage of a matter and her vast skills go unmatched.

## Get in touch with
## Prospection Legal Group

Potential new client form

Fill Out Form

Call us

1-516-844-3562; 1-302-303-2007; FAX-1-347-315-1303

Meet with us

Book a Consult

Location

4315 50th Street NW
Washington, DC 20016

Get Directions support@prospectionlegal.com

# Prospection Legal Group

- Book a Consult
- Client Login

- 
- 
- 
- 
- 

- ©2025 Prospection Legal Group
- Privacy Policy
- Terms and Conditions
- Complaints Process

Terms of Use Agreement

**1. Introduction**

Our websites, emails, conversations, texts messages, office meetings, phone or video chats and all related content on (hereafter, the "Website") *www.legalprospection.com, www.prospectionlaw.com, www.prospectionlegal.com,* or any content related with any and all related directly or indirectly by Mescall, Ogunsanya in official or individual capacity or Prospection Legal, Law or related directly or indirectly as alter ego or not, is operated by Prospection Legal Corporation, Mescall and Adebukola Ogunsanya Esq. Please read these Terms of Use ("Terms") carefully before using this Website, speaking with any staff, texts, mails, calls, videos or the reading of emails, or by accessing and using this Website, you acknowledge that you have read, understood, and agree to be bound by these Terms and to comply with all applicable laws and regulations.

**2. No Reliance on Information**

The content on all of our websites, or any speech, emails, text messages or answered questions should not be construed as legal advice and are only spoken words of an opinion of a qualified attorney, or legal public information and is not advice to be relied on and is only provided for general information purposes. Any opinions asked of or related to, are not legal advice. The terms of this agreement are bound and held for all Mescall related websites, emails, text messages, speech, or opinion. We strive to provide accurate, up-to-date information but make no warranties of any kind, express or implied, about the completeness, accuracy, reliability, suitability or availability of any information, tools, products, or related graphics contained on the Website.

**3. No formal Legal Advice**

1. The information provided on Website, including any conversations with our staff, does not constitute legal advice and is not to be considered an alternative to legal advice Anything communicated on this Website is not, and should not be considered as, the creation of an attorney-client relationship. Our staff cite public legal information and that does not form a legal opinion whatsoever no matter what is said or asked. It is not legal advice, and you should consult an attorney or your own independent counsel.
2. The administrative matters "could include interviewing individuals to create roster of attorneys available … providing the lawyer's working space and equipment, ensuring that he or she works a regular day and works at an acceptable pace, providing salary and benefits, and similar supervisory activities that do not require the application of professional legal judgment." Id. at 8.
3. If a lawyer is involved in the provision of discovery services that do not constitute the practice of law, the lawyer may be still be required to comply with the provisions of Rule 5.7. Discovery services that are not legal services are likely "law related services" under Rule 5.7. As a result, a lawyer providing such services would be subject to the Rules of Professional Conduct with respect to such services unless the lawyer took steps to inform the person or entity obtaining the law related services that the "protection of the client–lawyer relationship do not exist." See Rule 5.7(a)(2).
4. A discovery services organization could practice law and still have a non–lawyer owner if such owner were an active participant in the business and made the certifications required by Rule 5.4(b)(4).
5. A recent opinion of the New York State Bar Association concluded that New York's version of Rule 5.4 prohibits New York–admitted lawyers from practicing law in New York as employees of a United Kingdom entity that includes non–lawyers in supervisory and ownership positions. NYSBA Ethics Opinion 911 (March 2012). Although New York's version of Rule 5.4 differs from that of the District of Columbia, and does not permit non–lawyer ownership of any kind, the New York opinion nevertheless support our broader conclusion that a lawyer cannot practice law with an entity that is constituted in a manner not authorized by Rule 5.4. 6. Rule 5.2 states in full:
 (a) A lawyer is bound by the Rules of Professional Conduct notwithstanding that the lawyer acted at the direction of another person.
 (b) A subordinate lawyer does not violate the Rules of Professional Conduct if that lawyer acts in accordance with a supervisory lawyer's reasonable resolution of an arguable question of professional duty.
7. D.C. Legal Ethics Opinion 358 (2011); See also Comment [2] to Scope Note ("The Rules presuppose that disciplinary assessment of a lawyer's conduct will be made on the basis of facts and circumstances as they existed at the time of the conduct in question and in recognition of the fact that a lawyer often has to act upon uncertain or incomplete evidence of the situation. Moreover, the Rules presuppose that whether or not discipline should be imposed for a violation, and the severity of the sanction, depend on all of the circumstances, such as willfulness and seriousness of the violation, extenuating factors and whether there have been previous violations.")
8. Rules 4.1 and 4.2 specifically define "person" or "third person" to include entities. See Comment [1] to Rule 4.1 and Rule 4.2(c). The failure to repeat a similar definition in Rules 4.3, 4.4, and 5.5 does not appear to have been by design or otherwise to have been intended to distinguish the meaning of the term as between different Rules.

**4. No Privilege Extended**

1 All conversations and exchanges on this Website are not covered by attorney client privilege. Clients should be mindful of the non-confidential nature of their communications and employ discretion and caution while revealing sensitive information.

**5. No Guarantee of Outcome**

Any commentary, testimonials, or articles on this Website do not guarantee future results. Remember, just because you utilize our services or products does not mean your problems are instantly fixed. Courts are inundated with matters and cases; however, our team is committed to helping you expedite this process.

**6. First Amendment Protection**

All information and legal explanation of scenarios provided on this Website or by staff, directors, and attorneys, are protected speech that is derived from public legal information through various legal websites, and in no way should be legal advice, but are examples and scenarios protected by First Amendment rights. If questions are asked about a legal subject and an opinion is requested, it does not give rise to legal advice. Always seek independent counsel or an attorney of your choosing.

**7. Changes to Terms**

We reserve the right to change these Terms at any time. Any changes we make will be effective immediately upon notice, which we may provide by any means including, without limitation, posting on the Website or speech completed by staff. Your continued use of the Website after such notice will be deemed acceptance of such changes.

**8. Contact**

If you have any questions or concerns about these Terms, please contact us at: support@prospectionlegal.com

These Terms were last updated on 07/2024.

Copyright © 2024. Prospection Legal Corp. All rights reserved.

# From Clients

MARCH 6, 2025

Manhattan District Attorney Alvin L. Bragg Jr. today announced the indictment of SEAN MESCALL, 46, for allegedly posing as an attorney and stealing approximately $200,000 from dozens of clients who relied on him for legal services between April 2022 and January 2025. MESCALL is charged in a New York State Supreme Court Indictment with one count of Grand Larceny in the Third Degree, two counts of Grand Larceny in the Fourth Degree, one count of Scheme to Defraud in the First Degree, and one count of Practicing or Appearing As Attorney At Law Without Being Admitted and Registered. MESCALL was arraigned on March 5, 2025. [1]

"As alleged, Sean Mescall posed as a fake attorney to take advantage of clients who relied on him for what they thought was legitimate legal assistance," said District Attorney Bragg. "The defendant allegedly exploited victims who entrusted him by stealing their hard-earned money for a wide range of supposed legal services. This is an ongoing investigation. Please call our Financial Frauds Bureau at 212-335-8900 if you may be a victim."

According to court documents and statements made on the record, between April 2022 and January 2025, MESCALL falsely posed as a lawyer and systematically defrauded dozens of people. ...rom victims who believed they were clients of a licensed attorney. MESCALL was never a registered lawyer in New York State.

MESCALL created a fake law firm in the Financial District that went by many different names, including "Prospection Legal," "Prospection Legal Group," "Legal Prospection," "Mescall Law P.C. and Prospection Legal Group," and "Mescall Law P.C." MESCALL also registered two corporate entities in Delaware named "Prospection Legal Corporation," and "Attorney Mescall P.C."

To attract clients to his fake law firm, MESCALL created profiles on different online legal search platforms, including Justia.com, Law.com, Lawyer.com, and Nolo.com. He also created profiles on LinkedIn, Facebook, and Twitter to advertise his fraudulent legal services. He provided false information on these platforms, including that he received a law degree in 2001 from "Texas Tech University School of Law," and that he had more than a decade of litigation experience.

The types of cases in which MESCALL agreed to represent clients included a class action lawsuit, a discrimination lawsuit, and a business dispute over a breach of contract.

In April of 2024, MESCALL hired an attorney licensed in New York and New Jersey to work at his fake law firm. MESCALL told this attorney that he had graduated from law school, that he was licensed to practice law in New York, New Jersey, and other places, and that he had been practicing law since "before she was born." Based on MESCALL's representations, the attorney began working for him, and represented his clients in filings and in appearances at courts in various jurisdictions.

Assistant D.A.s Minji Kim and Alexander Sanyshyn (Financial Frauds Bureau) are handling the prosecution of this case under the supervision of Assistant D.A.s Hope Korenstein (Deputy Bureau Chief of the Financial Frauds Bureau), Kelly Thomas (Deputy Bureau Chief of the Financial Frauds Bureau) and Kofi Sansculotte (Bureau Chief of the Financial Frauds Bureau), and Executive Assistant D.A. Jodie Kane (Chief of the Investigation Division).

Financial Frauds Paralegal Jamyle Delgado, and former Financial Frauds Paralegals Kari Siegenthaler and Leila Mohammed provided valuable assistance in the investigation. Rackets Investigators Kyle Breen, and Luis Chuquiralao, Supervising Rackets Investigator Ryan Lemon, Deputy Bureau Chief Investigator Kevin Yorke and Investigations Bureau Assistant Chiefs Michael Wigdor and Jon Reid also provided valuable assistance in the investigation. Director of the High Tech Analysis Unit Steve Moran, Privilege Review Data Specialist Olivia Savell and Chief of the Privilege Review Un... Caroline Serino assisted with the investigation as well.

Defendant Information:

SEAN MESCALL



## KAYLIN WHITTINGHAM

Whittingham Law
New York, NY

📞 (212) 810-7784



Kaylin L. Whittingham is a former New York State Commissioner on Ethics and Lobbying in Government and a Referee for the New York State Commission on Judicial Conduct. She is the principal of Whittingham Law, where she concentrates her practice on Legal Ethics and Professional Responsibility. Prior to private practice, she served as counsel at the Attorney Grievance Committee, First Judicial Department where she investigated and prosecuted a wide array of professional misconduct cases. Kaylin served as Staff Attorney at the Mental Hygiene Legal Services in the First Department; Judicial Intern to the Honorable Dolores K. Sloviter, United States Court of Appeals for the Third Circuit, and the Honorable Milton Tingling, Supreme Court for the State of New York, New York County. She started her legal career in the Litigation Bureau of the New York State Attorney General's Office.

In the world of legal ethics, Kaylin currently serves on the American Bar Association Commission on IOLTA (Interest on Lawyers Trust Accounts) and is a member of the Association of Professional Responsibility Lawyers. Kaylin is also a member of the Association of the Bar of the City of New York Presidential Task Force on Artificial Intelligence and Digital Technologies. She served as Chair of the Association of the Bar of the City of New York Professional Discipline Committee; a member of the New York State Bar Association's Committee on Professional Ethics; the Association of the Bar of the City of New York Council on the Profession Committee and Litigation Funding Task Force; the American Immigration Lawyers Association's Ethics Compendium Board of Advisors; and Secretary of the Ethics and Unauthorized Practice of Law Committee for the American Immigration Lawyers Association, New York Chapter.

As a Bar leader, Kaylin served as President of the Association of Black Women Attorneys; Board member of the National Bar Association's Board of Governors; member of the Network of Bar Leaders' Executive Council; Chair of the Committee of Bar Leaders, Secretary of the Women in the Law Section; a member of the New York State Bar Association's Nomination Committee; and Committee on Leadership Development. Kaylin is currently a member of the New York State Bar Association's Executive Committee, a member of the House of Delegates and is a New York State Bar Foundation Fellow.

Outside the legal community, Kaylin serves on the Board of Catholic Migration Services and served on the Board of Unique People Services, a non-profit organization dedicated to serving individuals with developmental disabilities, mental illness, and HIV/AIDS.

Kaylin is featured in the Book and World Exhibit—"200 Women: Who Will Change the Way You See the World." She is the recipient of the 2016 Black Women of Influence (BWOI) Trailblazer Award; 2017 Association of Black Women Attorneys Achievement Award; 2018 National Bar Association Presidential Award; the 2020, 2023 and 2024 Top 100 National Black Lawyers; and was named 2022, 2023, and 2024 Super Lawyer for the New York Metro Area. Guided by her mantra: "Inspire. Empower. Engage."—Kaylin advocates for women rights, immigrants, victims of domestic violence, and the mentally ill.

Kaylin is admitted in New York, New Jersey, the United States District Court for the Southern District of New York, and the United State District Court of New Jersey.

## ACTIVE MEMBER OF THE 2024 AFRICAN AMERICAN LEGAL BRAINTRUST™

To nominate an exceptional attorney for membership, please click here.

**Nominate an Attorney**

THE NATIONAL BLACK LAWYERS

f  ⊙  X  in  Privacy Policy    Terms & Conditions    Contact The NBL

© Copyright 2025. All Rights Reserved | National Black Lawyers

 **Gmail**

Sean Mescall <sfpatrickmescall@gmail.com>

---

### Still love you Sean

---

**Addie Ogunsanya Esq** <attorneyatlaw@prospectionlaw.com>                 Sun, Mar 9 at 2:42 PM
To: smescallsoph@icloud.com <smescallsoph@icloud.com>
Cc: sfpatrickmescall@gmail.com <sfpatrickmescall@gmail.com>

I know you are furious. However, I had no choice but to do this. When I went to Kaitlyn Esq's office a few weeks ago, I used the Atty Mescall PC card and told her I was married to you. I know you are married to a different black beauty, but it was the only way I could get her advice on what we did. She said the best thing for me is to put everything on you because of your history. I know that it was a messed up move and I feel horrible. But I have a child, and I did not want to get any ethics problems or suspensions. I am sorry I had to do this, and I know you did not make any money but again I had no choice.  I know how hard you worked and how I wanted us to be together. But a bunch of the clients we had started to complain(even though they had no cases) especially that Tafaro crazy lady. I know that I told you how to set up this in order to help you, but it got too crazy and backfired on us. I was directed by Whittingham's office so please find it in your heart to forgive me. She knows all the corrupt judges and lawyers too and it was no other choice.  You know Sean that they would never believe you because your record as a stockbroker felon and even though I said I would never do anything like this. I wish we were together and if you get sent away, I will come and visit you like I did when you were in Brooklyn mdc. I always cover my tracks even though!!  Remember when you were the warden's cadre and I came there in the parking lot where we made love?  That was the best ever and I miss it so much. My husband and I have been separated for a while pending divorce still. We will never get back together and I am lost without you.  Anyway, I did not give much to the da and I know that you don't have the phones we used.  I am sorry you lost your cell phone too. I still have the purple one you gave me and the small blue one. I tired clearing them as much as possible before I sent in everything. That email on my iCloud was for us, I was supposed to be your wife not Sophia!!  Love you always Sean and I know that you are not a rat, and won't send this to anyone. I just had to clear my conscience.

Your Buki, Ade



Outlook

*Senps To "Herse if"*

## INTERNAL MEMO ON IBKR PHONE CALL

**From** Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>
**Date** Thu 2025-01-09 3:36 PM
**To** Addie Ogunsanya Esq <attorneyatlaw@prospectionlaw.com>

Internal memo:
Sean: $3 MILLION VALUATION with goal of 800,000 to 1 million.

Issue: Liability of IBKR for a breach in fidicuary duty, neligence per se, gross negligence and a failure to comply to industry standards on a special trust needs account opened on its self directed platform which resulted in unauthorized trades resulting in loss as to the value of the account?

Keys:

A. Exhibit 7 in Claimants 12/6/24 brief has the IBKR executed Trustee Certification listing EARNEST CAPPONE as the "trustee" on the special trust account authorized to trade options, stock or margin tradings. Any other third party (includes beneficiary) will require power attorney. [IBKRs own public position and only way a beneficiary would have access to trade on the trust or special needs account]

B. Case law Matter of Martin, 38 Misc. 3d 895 | Supreme Court of New York, Suffolk County | Dec 12, 2012, | says different for irrevocable trust, says even a POA is not enough if irrevocable trust as in this matter, needs an extra step amendment or revoke without court approval. Not the case in this matter.

How did the beneficiary get access when both IBKR internal execution, case law and industry standard strictly disapprove along with public policy? Phone calls, and internal memo which we submitted shows no due diligence or compliance with Rule 230.2; NYSEC 405; Rule 2090;23 NUCRR 200.15; 3 NYCRR 416.1; NY CLS Bank 9n on verification of customer, know customer rules or the recent headline on the negligent liquidity management steming from another newer self directed platform Robinhood.

I think taking in totality, the firms stance is that these violations go to the heart of the anti-money laudering program promulgated by the federal and state government to ensure beneficiaries remain protected long term. This firm has submitted 3 FINRA panel rulings on the similar factual facts on the same assertions of negligence, fiduciary duty and the awards range from $29,000.00 through $1.6 million to the claimant's. In this case, our client suffered $500,000.00 in losses and his livelihood after being a victim of an accident with complex surgery which resulted in the judgment he allocated to a trust to be held by IBKR for investment by an appointed TRUSTEE.

RESPONDENTS POSITION AND IF OFFER:



Phone number: 6312756014

Erin Blanton
359 RAMANO DR
IRON STATION, NC, 28080-8217
United States
Phone number: +19809209563

Gerald Mescall
1721 LOVERS LAWN TRCE APT 404
CORNELIUS, NC, 28031-8870
United States
Phone number: 704534630

gerald mescall
6 PADDOCK PL
NEWBURGH, NY, 12550-3880
United States
Phone number: +19809209563

NY
442 5th Ave
Suite 1552
New York, NY, 10018
United States
Phone number: +18455429770

Prospection Legal Corporation
442 5th Ave
Suite 1552
New York, NY, 10018
United States

Sean FITZGERALD Mescall
442 5th Ave
442 5th Ave
NEW YORK, NY, 10018
United States
Phone number: +18455429770

Sean Mescall
6 PADDOCK PL
NEWBURGH, NY, 12550-3880
United States
Phone number: 9175136040

AMAZON
USED
BY OGUNSANYA

Checkout (1 item)

**Choose a billing address**

Please choose a billing address from your address book below, or enter a new billing address.

## Your addresses

○ **ADEBUKOLA TITI OGUNSANYA**
343 4TH AVE
RIVER EDGE NJ 07661-1112
United States
Phone number: +19175136040

○ **atty mescall pc**
99 WALL ST
NEW YORK, NY 10005-4301
United States
Phone number: 9175136040

○ **Becca Decordova**
88 FAIRVIEW CIR
MIDDLE ISLAND NY USA MIDDLE ISLAND NY 3 RD FLOOR APT 88
MIDDLE ISLAND, NY 11953-2341
United States
Phone number: 6312756014

○ **Erin Blanton**
359 RAMONO DR
IRON STATION, NC 28080-8217
United States
Phone number: +19809209563

○ **Gerald Mescall**
1721 LOVERS LAWN TRCE APT 404
CORNELIUS, NC 28031-8B70
United States
Phone number: 7045346301

○ **Gerald mescall**
6 PADDOCK PL



**Arbitration/Reparation Claim filed with and Docket/Case No.:**     NASD CASE NO 04-03435

**Date Notice/Process Served:**     12/30/2004

**Arbitration Pending?**     Yes



**End of Report**

**This page is intentionally left blank.**

U.S. Department of Justice
Federal Bureau of Investigation
*Criminal Justice Information Services (CJIS) Division*



# The Measurement of White-Collar Crime Using Uniform Crime Reporting (UCR) Data

## Cynthia Barnett

## White-Collar Crime

The idea of white-collar crime was first introduced by Edwin H. Sutherland during his presidential address at the American Sociological Society Meeting in 1939. He raised concern over the criminological community's preoccupation with the low status offender and "street crimes" and the relative inattention given to the offenses perpetrated by people in higher status occupations. In his book, *White Collar Crime*, Sutherland explained further that white-collar crime "may be defined approximately as a crime committed by a person of respectability and high social status in the course of his occupation" (p. 9). Unfortunately, this definition seemed to spark more debate rather than further delineate the range of criminal behaviors that constitute white-collar crime. People continue to focus on the word "approximately" and use that as a basis to stretch or shrink the scope of white-collar crime to serve their purposes.

Currently, the definition of white-collar crime is still hotly contested within the community of experts. Although there is a multitude of variations, there appears to be three major orientations: those that define white-collar crime by the type of offender (e.g., high socioeconomic status and/or occupation of trust); those that define it in terms of the type of offense (e.g., economic crime); and those that study it in terms of the organizational culture rather than the offender or offense. Additionally, there are also those that confine the definition mainly to economic crime, as well as others that include other corporate crimes like environmental law violations and health and safety law violations.

The Federal Bureau of Investigation has opted to approach white-collar crime in terms of the offense. The Bureau has defined white-collar crime as "... those illegal acts which are characterized by deceit, concealment, or violation of trust and which are not dependent upon the application or threat of physical force or violence. Individuals and organizations commit these acts to obtain money, property, or services; to avoid the payment or loss of money or services; or to secure personal or business advantage." (USDOJ, 1989, p. 3.) Some experts have criticized defining white-collar crime in terms of type of offense because this definition emphasizes the nature of the acts rather than the background of the offender. Within the FBI definition, there is no mention of the type of occupation or the socioeconomic position of the "white-collar" offender.

Although it is acceptable to use socioeconomic characteristics of the offender to define white-collar crime, it is impossible to measure white-collar crime with UCR data if the working definition revolves around the type of offender. There are no socioeconomic or occupational indicators of the offender in the data. Additionally, there are no measures of corporate structure in UCR data elements. Given that, research using UCR data must approach white-collar crime in terms of type of offense.

*National Incident-Based Reporting System*

**NIBRS Publications Series**

## Data Available Under the Traditional Summary Reporting System

Under the traditional Summary Reporting System, there is a limited amount of information available on white-collar crime. The white-collar offenses that are measured are fraud, forgery/counterfeiting, embezzlement, and *all other offenses*. Because white-collar crimes are not Index crimes, the only information available on these offenses is arrest information, which includes age, sex, and race of the arrestee. Additionally, the *all other offenses* arrest category is very limited in its ability to measure the white-collar offenses included in its counts. This is due to the inability to differentiate the white-collar offenses from the others that also fall in this category. Based upon the most recently published data from the FBI, the arrest rates for the offenses of embezzlement, fraud, and forgery/counterfeiting are much lower than the arrest rates for property crime[1] or for total crimes in general.

| | Arrest Rate[a] |
|---|---|
| Total | 5317.0 |
| Property Crime | 635.5 |
| Forgery & Counterfeiting | 40.7 |
| Fraud | 131.5 |
| Embezzlement | 6.5 |

Table 1 • Arrests reported (Summary)
[a]Number of arrests per 100,000 inhabitants

It is important to keep in mind that the Summary Reporting System was developed at approximately the same time, the 1920s, that Sutherland was introducing the concept of white-collar crime. Many of the statutes that criminalized certain white-collar offenses would not yet have been enacted. Most white-collar crime laws were passed during three time periods: antitrust laws were passed in the Progressive Era (1920s), social welfare laws were passed during the New Deal (1930s), and consumer protection laws were passed in the 1960s. It is well documented that the major limitation of the traditional Summary Reporting System is its failure to keep up with the changing face of crime and criminal activity. The inability to grasp the extent of white-collar crime is a specific example of that larger limitation. There is promise that the ability to measure white-collar crime will improve with further implementation of the National Incident-Based Reporting System (NIBRS), the UCR Program's major modernization effort.

South Carolina, which hosted the initial NIBRS pilot, submitted the first NIBRS data to the FBI in 1991. Since that time, there has been a somewhat slow but steady increase in NIBRS participation. Primarily,

growth in participation has been concentrated in the small to mid-size agencies. However, there are current efforts to provide both technical and financial assistance to law enforcement in order to encourage a wider range of participants. For the years included in this study (1997-1999), the NIBRS data reflect 9.05 percent of the crime reported to the FBI in total. Because one cannot assume that the agencies that currently participate in NIBRS



Figure 1 • NIBRS participation (1997-1999)

are representative of all agencies in the Nation, caution should be used in interpreting the NIBRS data.

## Data Available through NIBRS

In order to assess the utility of using NIBRS to measure white-collar crime, a substantial, but not exhaustive, list of white-collar offenses and its classification under NIBRS is provided (see Appendix A). Based upon that analysis, the following UCR offenses could be considered white-collar crime: fraud, bribery, counterfeiting/forgery, embezzlement (all of which are Group A offenses), and bad checks (a Group B offense)[2]. Fraud is further broken down into five subcategories: false pretenses/swindle/confidence game, credit card/ATM fraud, impersonation, welfare fraud, and wire fraud[2]. Additionally, agencies submit arrest counts for many white-collar crimes through the *All Other Offenses* Group B category. As is the case with the *All Other Offenses* category in the Summary arrest data, the count within this category will be limited because one will be unable to distinguish the white-collar offenses from other types of offenses.

In 1997 through 1999, white-collar crime accounted for approximately 3.8 percent of the incidents reported to the FBI. The majority of those offenses are frauds and counterfeiting/forgery. Additionally, the Group B offense of *bad checks* accounted for approximately 4 percent of the arrests during 1997-1999.

| | Incidents | Offenses | Victims | Known Offenders | Unknown Offenders |
|---|---|---|---|---|---|
| Total | 5,428,613 | 5,856,985 | 5,845,031 | 4,078,106 | 2,025,419 |
| **Fraud Offenses** | | | | | |
| False Pretenses/Swindle/Confidence Game | 61,230 | 61,230 | 66,095 | 63,304 | 6,888 |
| Credit Card/ATM Fraud | 23,308 | 23,308 | 26,492 | 20,568 | 6,303 |
| Impersonation | 8,689 | 8,689 | 9,500 | 8,980 | 1,019 |
| Welfare Fraud | 1,289 | 1,289 | 1,300 | 1,344 | 27 |
| Wire Fraud | 984 | 984 | 1,074 | 808 | 281 |
| Bribery | 191 | 191 | 198 | 233 | 5 |
| Counterfeiting/Forgery | 91,697 | 91,697 | 110,545 | 85,797 | 21,201 |
| Embezzlement | 20,694 | 20,694 | 21,356 | 24,506 | 1,738 |
| Arson + Fraud | 10 | 20 | 5 | 23 | 0 |

Table 2 · Economic crime—Group A offenses

| | Arrestees |
|---|---|
| Total | 3,634,233 |
| Bad Checks | 135,060 |

Table 3 · Economic crime—Group B offenses

In addition to the different NIBRS offenses, using additional data elements can further define and describe white-collar crime. Even though there is a total of 53 data elements divided into six segments in NIBRS, not all of them will apply to white-collar crimes (See Appendix B). Many data elements are applicable only to crimes against persons, while white-collar offenses are primarily crimes against property. The four Group A offenses could potentially have all six segments represented in their data elements, but there is only a limited amount of information available on the Group B offenses. Only arrestee information is collected on Group B offenses, which will include many of the corporate offenses like tax law violations, health and safety violations, environmental law violations, etc.

Four data elements of particular interest for measuring white-collar crime are *offender(s) suspected of using* . . . , location type, property description, and type of victim. High tech crime is well represented by the data element *offender is suspected of using* . . . with computer as one of the possible choices. Offenses like fraud can be further delineated by the type of victim (e.g., government agency, financial institution, individual), property description, or location type.



Figure 2 · Offenses involving use of a computer

## Computer Crime

Within NIBRS, the investigating agency can indicate whether the offender was suspected of using a computer during the commission of the offense. By capturing the computer-aided element of the offense in this manner, there is the ability to measure the extent

| | Property Crime | Embezzlement | False Pretenses, etc. | Credit Card/ATM Fraud | Impersonation | Welfare Fraud | Wire Fraud |
|---|---|---|---|---|---|---|---|
| **Commercial Establishments** | | | | | | | |
| Bar/Night Club | 36,096 | 176 | 639 | 133 | 190 | 0 | 2 |
| Commercial/Office Building | 227,245 | 3,412 | 5,546 | 1,480 | 253 | 17 | 71 |
| Convenience Store | 124,909 | 1,231 | 2,459 | 972 | 164 | 6 | 8 |
| Department/Discount Store | 183,706 | 3,820 | 4,890 | 3,568 | 536 | 4 | 17 |
| Grocery/Supermarket | 119,693 | 866 | 3,514 | 638 | 318 | 15 | 12 |
| Liquor Store | 6,817 | 52 | 225 | 46 | 33 | 0 | 1 |
| Rental Storage Facility | 20,123 | 59 | 192 | 92 | 9 | 0 | 2 |
| Restaurant | 72,091 | 2,651 | 4,198 | 492 | 105 | 1 | 16 |
| Service/Gas Station | 115,952 | 1,054 | 1,850 | 1,363 | 77 | 2 | 11 |
| Speciality Store | 118,357 | 2,275 | 5,874 | 2,076 | 449 | 2 | 23 |
| **Government/Public Building** | | | | | | | |
| Government/Public Building | 35,425 | 203 | 811 | 185 | 261 | 1,007 | 8 |
| Jail/Prison | 3,221 | 19 | 72 | 10 | 155 | 7 | 2 |
| **Other public** | | | | | | | |
| Air/Bus/Train Terminal | 30,116 | 67 | 112 | 93 | 17 | 1 | 3 |
| Bank/Savings and Loan | 31,244 | 537 | 3,822 | 2,324 | 382 | 4 | 51 |
| Church/Synagogue/Temple | 21,036 | 28 | 94 | 18 | 4 | 0 | 2 |
| Construction Site | 40,430 | 56 | 166 | 8 | 8 | 1 | 1 |
| Drug Store/Doctor's Office/Hospital | 33,454 | 338 | 2,523 | 136 | 295 | 3 | 12 |
| Field/Woods | 34,955 | 23 | 93 | 7 | 28 | 0 | 1 |
| Highway/Road/Alley | 381,954 | 133 | 2,054 | 219 | 2,276 | 11 | 16 |
| Hotel/Motel/Etc. | 46,389 | 281 | 1,599 | 528 | 147 | 1 | 9 |
| Lake/Waterway | 8,079 | 3 | 13 | 4 | 3 | 0 | 0 |
| Parking Lot/Garage | 472,093 | 145 | 1,402 | 178 | 290 | 4 | 5 |
| School/College | 122,741 | 258 | 498 | 337 | 137 | 0 | 38 |
| **Private** | | | | | | | |
| Residence/Home | 1,555,772 | 1,192 | 12,591 | 4,955 | 1,748 | 121 | 591 |
| **Other** | | | | | | | |
| Other/Unknown | 298,470 | 1,815 | 6,193 | 3,446 | 804 | 82 | 82 |

Table 4 · Economic crime offenses by location

of computer-related crime without losing the substantive nature of the offense. Of the offenses committed using computer equipment, 42 percent are white-collar offenses. The largest proportion of those offenses are larceny-thefts.

## Location

NIBRS allows for the specification of location of the offense with 25 possible types. This information is available on all offenses captured in the national data set. Property crimes[3] most often occur in the residence or home. In terms of white-collar offenses, three (false pretenses, etc., credit card/ATM fraud, and wire fraud) of the five fraud types also take place most frequently in the home or residence. Additionally, residence is the second most frequent location for the remaining two categories of fraud (impersonation and welfare fraud). Embezzlement, on the other hand, is more likely to occur in department/discount stores.

by the crime, the agency assesses a value for the property. An indicator on the incident signals how the property was affected in the course of the criminal incident. The categories that are collected in NIBRS are none, burned, counterfeited/forged, destroyed/damaged/vandalized, recovered, seized, stolen/etc., and unknown. In general, the value of the property is determined by assigning fair market value to depreciated items and replacement costs to new or almost-new items. However, credit cards,

|  | Mean | Median | Mode |
|---|---|---|---|
| White-Collar Incidents | | | |
| Stolen, etc./Counterfeited | $9,254.75 | $210.00 | $100.00 |
| Recovered | $2,266.81 | $172.00 | $100.00 |
| All Incidents | | | |
| Stolen, etc./Counterfeited | $1,855.97 | $160.00 | $100.00 |
| Recovered | $2,229.73 | $100.00 | $100.00 |

Table 5 • Property lost and recovered

nonnegotiable instruments[4], and *other* property types all are submitted with no value associated with them. For incidents reported to the FBI for 1997, 1998, and 1999, these *no-value* property types are more frequently reported for white-collar incidents than for total property crime.

The property values associated with white-collar incidents appear to be more skewed than are property crimes in total. By having a large difference between the median (the point where 50 percent of the data lie above and below that value) and the mean (average), the property values indicate that frequently white-collar incidents are associated with low property values with a few very high dollar values reported for an incident. For this reason, the median may be a better indicator of a norm for the incidents rather than the mean. Based upon reports submitted to the FBI for the years 1997 through 1999, the median values for property loss associated with white-collar incidents are higher than for property crime.



Figure 3 • Offenses by location type

When locations are grouped by common characteristics, most white-collar offenses happen in either commercial establishments or noncommercial public buildings. The only exception to this is wire fraud, which most often takes place in private areas. In contrast to the majority of white-collar crime, property crime as a total category most often occurs in private areas.

## Property Stolen and Recovered

NIBRS will allow analysts to assess the economic impact of white-collar crime on victims and, ultimately, society. For each incident in which property was affected



Figure 4 • Property loss associated with Economic Crime based on value

If an agency recovers stolen property in the course of the investigation of the incident, it can report that information within the incident data sent to the national Program. In terms of the recovery of property lost or stolen during a white-collar incident, the most likely property to be recovered is merchandise. In general, however, incidents in which there was a white-collar offense appear to have less recovery of property than do incidents with any property offense.

## Victims of White-Collar Crime

One of the major benefits of using NIBRS data is the ability to identify victims other than *individual* (person) victims. Other victim types accepted in an incident report are businesses, financial institutions, government, religious organizations, society/public, other, and unknown. The current NIBRS data reflect that businesses or nonperson victims in general are as common, if



Figure 6 • Offenders by offense type

| | Total | Property | Fraud | Bribery | Counterfeiting | Embezzlement |
|---|---|---|---|---|---|---|
| Total victims | 5,886,566 | 4,069,324 | 103,993 | 198 | 110,545 | 21,356 |
| Individual | 3,998,310 | 2,621,843 | 47,826 | 143 | 45,270 | 3,006 |
| Business | 934,469 | 934,469 | 47,907 | 16 | 55,676 | 17,627 |
| Financial Institution | 11,378 | 11,378 | 2,989 | 0 | 5,310 | 182 |
| Government | 73,623 | 73,623 | 3,844 | 36 | 2,949 | 260 |
| Religious Organization | 10,794 | 10,794 | 70 | 0 | 104 | 35 |
| Society or Other | 857,992 | 417,217 | 1,357 | 3 | 1,236 | 246 |

Table 6 • Victims by offense type



Figure 5 • Nonperson victims by offense type

not more, than individual victims. Specifically, bribery is the only white-collar offense that has a higher proportion of individual victims than other white-collar offenses or property crime in general. The data show that any effort to measure the impact of white-collar crime that only focuses on individual victims is getting only part of the picture. The impact of these crimes on commercial, financial, governmental, and religious organizations is an integral part of the effect on society as a whole.

## White-Collar Crime Offenders

NIBRS provides for the collection of age, sex, race, ethnicity, and resident status information on the offenders associated with an incident in which some descriptive information is known. The NIBRS data for 1997 through 1999 show white-collar crime offenders[5] are, on average, in their late-twenties to early-thirties, which is only slightly older than most other offenders captured in NIBRS. The majority of white-collar crime offenders are white males, except for those who committed embezzlement. However, in comparison to offenders committing property crimes, there is a higher proportion of females committing these white-collar offenses.

## Law Enforcement Response to White-Collar Crime

The UCR Program considers a crime to be cleared when agencies make an arrest or there is evidence to support that the investigation will never lead to an arrest because of circumstances beyond the control of law enforcement (exceptional means). NIBRS data captures information on both the arrests associated with

| | Percent Cleared | Arrests | Death of Offender | Prosecution Declined | Extradition Denied | Refused to Cooperate | Juvenile/ No Custody |
|---|---|---|---|---|---|---|---|
| Fraud Offenses | 33.12% | 79.52% | 0.15% | 12.51% | 0.08% | 7.40% | 0.34% |
| Bribery | 61.78% | 93.22% | 0.00% | 5.93% | 0.85% | 0.00% | 0.00% |
| Counterfeiting/Forgery | 29.83% | 88.70% | 0.13% | 7.55% | 0.11% | 3.20% | 0.31% |
| Embezzlement | 38.37% | 86.74% | 0.08% | 6.64% | 0.03% | 6.04% | 0.48% |
| Total | 32.13% | 83.80% | 0.13% | 9.98% | 0.09% | 5.66% | 0.35% |

Table 7 • Incidents cleared by type

the incident as well as five circumstances of exceptional clearances, which include the offender died, prosecution was declined, extradition was denied, the victim refused to cooperate, and the offender was a juvenile and not taken into custody. Bribery and embezzlement have a higher clearance rate than do other offenses. In each of the white-collar offenses and all offenses in total, arrest is the most frequent means of clearing an incident. Beyond that, the refusal to prosecute is the exceptional means agencies most frequently use to clear an offense. Interestingly, it appears that a high percentage of victims of fraud also refuse to cooperate with the investigation. This may be an indication that both of these codes are measuring the same process within the investigation. The lack of cooperation on a victim's part may result in insufficient evidence to pursue prosecution.

## Limitations of NIBRS Data

NIBRS was originally conceived as a tool for law enforcement. Therefore, the configuration of the NIBRS data set is a reflection of the preferences and needs for crime statistics of the law enforcement community. The preference toward street crime reflected in NIBRS is a result of the fact that local and state agencies, not federal agencies, were originally surveyed during the development phase. White-collar crime usually falls under the jurisdiction of federal agencies, and so specialized offenses (i.e., those not considered fraud, embezzlement, counterfeiting, or bribery) are not represented as well in NIBRS offense categories as are street crimes.

Additionally, much of the investigation and regulation of corporate white-collar crime is left to regulatory agencies and professional associations (American Medical Association, American Bar Association, etc.) and not to the police or other law enforcement agencies. White-collar offenses, in these cases, probably will be reported to the UCR Program only if criminal charges are filed, which is extremely rare in instances of corporate crime. Corporate crime is usually handled within the regulatory agency (sanctions, cease-and-desist orders, etc.), or corporations are made the subject of civil cases.

The more common corporate level offenses are typically classified as *All Other Offenses* in Group B offenses.

There is no way currently to distinguish among all of these different types of crimes, and only the "Arrestee Segment" data elements are collected on these crimes. Legally, the idea of holding the corporation criminally liable is not a universally supported idea. There is some case law to support the concept of a "juristic person" when considering criminal behavior perpetrated by the corporation, but other white-collar crime experts are adamant that "corporations do not kill people, people kill people." Ultimately, a person will be held responsible for the actions of the corporation. If an agent of the corporation committed an offense while in the course of his/her duties and for the benefit of the corporation, the principal can be held liable and convicted of a criminal offense, not the corporation itself.

Additional limitations to NIBRS statistics involve problems with reporting that are already well documented in the traditional Summary Reporting System. These limitations include both victims reporting crimes to law enforcement and law enforcement reporting crimes to the UCR Program. Many victims are unaware that they have been deceived or are too ashamed to report the offense. Further, corporations tend not to report white-collar crime perpetrated against themselves because it may negatively affect the reputation of the company. Also, NIBRS is a voluntary program; consequently, agencies do not have to submit statistics to the UCR Program in either summary or incident-based form and typically do not receive funding to help them do so. The voluntary nature of the UCR Program leads to an underreporting that can distort the actual picture of the problem of white-collar crime.

## Conclusion

The true extent and expense of white-collar crime are unknown. Summary-based UCR statistics can provide only a limited amount of information on a limited number of offenses. With increased agency participation in NIBRS, however, the FBI will be better able to measure newer concerns in law enforcement, including white-collar crime. The data already have begun to reveal information about crime and criminality, including white-collar crime, that has been previously unknown.

## Appendix A - NIBRS classifications of white-collar offenses

| Criminal Behavior | NIBRS Offense Category |
|---|---|
| Academic crime | Fraud (26A-26E) |
| Adulterated food, drugs, or cosmetics | Fraud (26A-26E)/All Other Offenses (90Z)[a] |
| Anti-trust violations | All Other Offenses (90Z) |
| ATM fraud | Fraud (26A-26E) |
| Bad checks | Bad Checks (90A) |
| Bribery | Bribery (510) |
| Check kiting | Fraud (26A-26E)/Bad Checks (90A)[a] |
| Combinations in restraint in trade | All Other Offenses (90Z) |
| Computer crime | Substantive offense |
| Confidence game | Fraud (26A-26E) |
| Contract fraud | Fraud (26A-26E) |
| Corrupt conduct by juror | Bribery (510)[a] |
| Counterfeiting | Counterfeiting/Forgery (250) |
| Defense contract fraud | Fraud (26A-26E) |
| Ecology law violations | All Other Offenses (90Z) |
| Election law violations | All Other Offenses (90Z) |
| Embezzlement | Embezzlement (270) |
| Employment agency and education-related scams | Fraud (26A-26E) |
| Environmental law violations | All Other Offenses (90Z) |
| False advertising and misrepresentation of products | Fraud (26A-26E) |
| False and fraudulent actions on loans, debs, and credits | Fraud (26A-26E) |
| False pretenses | Fraud (26A-26E) |
| False report/statement | Fraud (26A-26E)/All Other Offenses (90Z)[a] |
| Forgery | Counterfeiting/Forgery (250) |
| Fraudulent checks | Bad Checks (90A) |
| Health and safety laws | Fraud (26A-26E)/All Other Offenses (90Z)[a] |
| Health care providers fraud | Fraud (26A-26E) |
| Home improvement frauds | Fraud (26A-26E) |
| Impersonation | Fraud (26A-26E) |
| Influence peddling | Bribery (510) |
| Insider trading | Fraud (26A-26E) |
| Insufficient funds checks | Bad Checks (90A) |
| Insurance Fraud | Fraud (26A-26E) |
| Investment scams | Fraud (26A-26E) |
| Jury tampering | Bribery (510)[a] |
| Kickback | Bribery (510) |
| Land sale frauds | Fraud (26A-26E) |
| Mail fraud | Fraud (26A-26E) |
| Managerial fraud | Fraud (26A-26E) |
| Misappropriation | Embezzlement (270) |
| Monopoly in restraint in trade | All Other Offenses (90Z) |
| Ponzi schemes | Fraud (26A-26E) |
| Procurement fraud | Fraud (26A-26E) |
| Racketeering Influenced and Corrupt Organizations (RICO) | Substantive offense |
| Religious fraud | Fraud (26A-26E) |
| Sports bribery | Sports Tampering (39D) |
| Strategic bankruptcy | Fraud (26A-26E) |
| Subornation of perjury | Bribery (510)[a] |
| Swindle | Fraud (26A-26E) |
| Tax law violations | All Other Offenses (90Z) |
| Telemarketing or boiler room scams | Fraud (26A-26E) |
| Telephone fraud | Fraud (26A-26E) |
| Travel scams | Fraud (26A-26E) |
| Unauthorized use of a motor vehicle  [lawful access but the entrusted vehicle is misappropriated] | Embezzlement (270) |
| Uttering | Counterfeiting/Forgery (250) |
| Uttering bad checks | Bad Checks (90A) |
| Welfare fraud | Fraud (26A-26E) |
| Wire fraud | Fraud (26A-26E) |

[a] The classification of these offenses may depend upon the circumstances or characteristics concerning the incident.

## Appendix B - Data Elements available for possible White-Collar Crime offenses

*Resident status (of victim)*

**BOLD** data elements are mandatory
*ITALICIZED* data elements are conditionally mandatory
(i.e., dependent upon the answer to another data element)

ADMINISTRATIVE SEGMENT
(Group A)

> **ORI number**
> **Incident number (encrypted)**
> **Incident date/hour**
> **Cleared exceptionally**
> *Exceptional clearance date*

OFFENSE SEGMENT
(Group A)

> **UCR offense code**
> **Offense attempted/completed**
> **Offender(s) suspected of using (p. 38)*** 
> **Bias motivation**
> **Location type (p. 39)**
> *Type of criminal activity***

PROPERTY SEGMENT
(Group A)

> **Type of property loss (p. 41)**
> *Property description (p. 41-2)*
> *Value of property*
> *Date recovered*

VICTIM SEGMENT
(Group A)

> **Victim (sequence) number**
> **Victim connected to UCR offense code**
> **Type of victim (p. 47)**
> *Age  (of victim)*
> *Sex (of victim)*
> *Race (of victim)*

> > Optional data elements:
> > *Ethnicity (of victim)*

OFFENDER SEGMENT
(Group A)

> **Offender (sequence) number**
> *Age (of offender)*
> *Sex (of offender)*
> *Race (of offender)*

ARRESTEE SEGMENT
(Group A and B)

> **Arrestee (sequence) number**
> **Arrest (transaction) number (encrypted)**
> **Arrest date**
> **Type of arrest (p. 56)**
> **Multiple clearance indicator (p. 56)**
> **UCR arrest offense code**
> **Arrestee was armed with**
> **Age (of arrestee)**
> **Sex (of arrestee)**
> **Race (of arrestee)**
> *Disposition of arrestee under 18*

> > Optional data elements:
> > Ethnicity (of arrestee)
> > Resident status (of arrestee)

\*   Page numbers refer to data element description in the
    Uniform Crime Reporting Handbook: NIBRS edition
\*\* Counterfeiting/Forgery only

## ENDNOTES

[1] The category of property crime arrests in the Summary Reporting System includes burglary, larceny-theft, motor vehicle theft, and arson.

[2] See glossary for definition of offenses.

[3] In NIBRS, the crimes against property are arson, bribery, burglary, counterfeiting/forgery, destruction/damage/vandalism of property, embezzlement, extortion/blackmail, fraud offenses, larceny-theft offenses, motor vehicle theft, robbery, and stolen property offenses.

[4] Nonnegotiable instruments are "any document requiring further action to become negotiable." They include traveler's checks, unendorsed checks, unendorsed money orders, food stamps, and stocks and bonds.

[5] Offenders submitted with an age of less than 12 years old or 99 years old or older were excluded from the analysis.

## BIBLIOGRAPHY

Helmkamp, J., Ball, R., & Townsend, K., eds. (1996). Definitional Dilemma: Can and Should There Be a Universal Definition of White Collar Crime? Proceedings of the Academic Workshop, June 20-22, 1996.

Sutherland, Edwin Hardin (1949). White Collar Crime. New York: Dryden Press.

U.S. Department of Justice, Federal Bureau of Investigation (1996). National Incident-Based Reporting System: Data Collection Guidelines. Washington, D.C.: Government Printing Office.

U.S. Department of Justice, Federal Bureau of Investigation (1990). National Incident-Based Reporting System: Supplemental Guidelines for Federal Participation. Washington, D.C.: Government Printing Office.

U.S. Department of Justice, Federal Bureau of Investigation (1992). UCR Handbook: NIBRS Edition. Washington, D.C.: Government Printing Office.

U.S. Department of Justice, Federal Bureau of Investigation (1989). White Collar Crime: A Report to the Public. Washington, D.C.: Government Printing Office.

# GLOSSARY

*Bribery*
The offering, giving, receiving, or soliciting of any thing of value (i.e., a bribe, gratuity, or kickback) to sway the judgment or action of a person in a position of trust or influence.

*Counterfeiting/Forgery*
The altering, copying, or imitation of something, without authority or right, with the intent to deceive or defraud by passing the copy of thing altered or imitated as that which is original or genuine; or the selling, buying, or possession of an altered, copied, or imitated thing with the intent to deceive or defraud.

*Embezzlement*
The unlawful misappropriation by an offender to his/her own use or purpose of money, property, or some other thing of value entrusted to his/her care, custody, or control.

*Fraud Offenses*
The intentional perversion of the truth for the purpose of inducing another person or other entity in reliance upon it to part with some thing of value or to surrender a legal right.

> *False Pretenses/Swindle/Confidence Game*
> The intentional misrepresentation of existing fact or condition, or the use of some other deceptive scheme or device, to obtain money, goods, or other things of value.

> *Credit Card/ATM Fraud*
> The unlawful use of a credit (or debit) card or automatic teller machine for fraudulent purposes.

> *Impersonation*
> Falsely representing one's identity or position, and acting in the character or position thus unlawfully assumed, to deceive others and thereby gain a profit or advantage, enjoy some right or privilege, or subject another person or entity to an expense, charge, or liability which would not have otherwise been incurred.

> *Welfare Fraud*
> The use of deceitful statements, practices, or devices to unlawfully obtain welfare benefits.

> *Wire Fraud*
> The use of an electric or electronic communications facility to intentionally transmit a false and/or deceptive message in furtherance of a fraudulent activity.



# Arrests And Crime Victims By Race And Ethnicity

📅 April 8, 2024    🖼 Gallery

**Highlights**

An overview of those arrested or victimized by race or ethnic background.

**Author**

Leonard Adam Sipes, Jr.

Retired federal senior spokesperson. Thirty-five years of directing award-winning public relations (and explaining crime data) for national and state criminal justice agencies. Interviewed multiple times by every national news outlet.

HOME ⌄    PREVIOUS ARTICLES    CRIME RESOURCES    MOST DANGEROUS CITIES    OF

US CRIME RATES    GOOGLE CRIME NEWS ⌄

of Maryland, University College.

Former advisor to presidential and gubernatorial campaigns. Former advisor to the "McGruff-Take a Bite Out of Crime" national media campaign. Certificate of Advanced Study-Johns Hopkins University. Former police officer. Aspiring drummer.

Author of "Success With The Media: Everything You Need To Survive Reporters and Your Organization" available at Amazon and additional booksellers.

Sign up for notice of new articles on the front page of this site.

**Quotes**

All quotes are edited for brevity.

**Background**

This is the seventeenth in a series offering data from the FBI's latest crime reports based on crimes reported to law enforcement.

The first was Locations Of Violent Crime-Where Crime Happens. The second was The Time Of Day For Violent And Property Crimes. The third was Violent Crime Totals By State. The fourth was Violent Crime Victims By Race And Ethnicity-Who's Victimized Most? The fifth was Are Females Violently Victimized More Than Males? The sixth was Most People Are Violently Victimized By Family Members Or People They Know. The seventh was 10 Percent Of Violent Victimizations Involved A Firearm-Weapons Used During Crime. The eighth was Most Crimes Are Not Solved-Why? The ninth was 250,000 Attempted But Failed Property Crimes Per The FBI-Reasons Why. The tenth was What Causes Murders And Aggravated Assaults? The eleventh was Crime Victims By Age-Those 50 And Above Have Surprisingly High Numbers. The twelfth was Understanding How The US Collects Reported Crime Data. The thirteenth was How Many Americans Are Victimized By Violent And Property Crime Yearly? The fourteenth was Males Are Arrested Far More Than Females Yet Women In Prison Skyrocket. The fifteenth was Violent And Property Crimes By Month. The sixteenth was Arrests By Age-Juveniles Have The Highest Categories For Most Violent Crimes.

**Most Crimes Are Not Reported**

HOME ⌄    PREVIOUS ARTICLES    CRIME RESOURCES    MOST DANGEROUS CITIES    OF

US CRIME RATES    GOOGLE CRIME NEWS ⌄

Thirty-two percent of property crimes are reported. The great majority of what we call crime are property-related events which means that most crime is not recorded by the FBI. In 2018, 74 percent of violent victimizations against juveniles were not reported to the police. Data suggests that a small percentage of cybercrimes are reported to law enforcement.

Nevertheless, the numbers below from the FBI are some of the best indicators we have regarding the total *number* of "reported" crimes and the characteristics of those crimes.

**Article**

The article answers readers' questions as to who is arrested and who is victimized by race and ethnic background. We start with data from the FBI and supplement it with charts and observations from the Bureau of Justice Statistics through the latest National Crime Victimization Survey. Both are agencies within the US Department of Justice.

The first chart below is from the most recent non-preliminary full-year report from the FBI using 2022 data. There are a variety of charts available on the FBI website regarding who is arrested but only one combines both race and ethnicity.

Please note that arrests (and crimes solved) are at historic lows for adults and juveniles. Adult arrests plummeted after the protests regarding the police use of force and the pandemic but they had been declining for years before those events.

**Demographics**

Per the US Census, Whites make up 59 percent of the US population. Hispanics constitute 19 percent, African Americans comprise 13 percent, and Asians 6 percent. See the link for the other categories.

**Identifying Offenders**

Please note that identification of race or Hispanic origin is a judgment call by crime victims and those questioned about their victimizations can be wrong, especially in stranger-to-stranger crimes (yet it's interesting that most violent crimes involve non-strangers).

This is validated by the "other" or "unknown" designations in a chart from the Bureau of Justice Statistics below.

As a former police officer, victims can and do misidentify the race or ethnic backgrounds of offenders.

**5,781,000 Arrests Per the FBI**

The bulk of those arrested (using rounded numbers) are Whites, 3,927,500, Blacks, 1,624,000, and Hispanics, 1,023,000.

Whites were arrested 196,000 times for crimes of violence, Blacks were arrested 134,500 times, and Hispanics 76,500.

Whites were arrested 414,500 times for property crimes, Blacks 191,000, and Hispanics 94,000

African Americans are the primary group arrested for murders, robberies, and weapons violations.

Whites lead all other categories.

Hispanics came in second for sex offenses (not rapes), gambling, and driving while intoxicated.

Other categories for demographics are below.

**Chart** (click to enlarge)



*Arrests Per Race And Ethnic Background*

**Bureau Of Justice Statistics Reports on Race and Ethnicity**

The Bureau of Justice Statistics of the US Department of Justice released charts and observations as to violent criminal victimization by race of victims and offenders through the 2022 National Crime Victimization Survey.

**Table 2. Number of violent incidents, by victim and offender race/Hispanic origin, 2017–21**

| Victim race/ Hispanic origin | Total | White[a] | Black[a] | Hispanic[b] | Asian/Native Hawaiian/ Other Pacific Islander[a,c] | Other[a,d] | Unknown[e] |
|---|---|---|---|---|---|---|---|
| White[a] | 15,795,650 | 8,721,450 | 2,382,400† | 1,535,050† | 187,150† | 513,140† | 1,821,890† |
| Black[a] | 3,095,610 | 371,540 | 1,884,250† | 243,880‡ | 11,850‡ | 86,100‡ | 341,240† |
| Hispanic | 4,057,480 | 1,006,400 | 741,600† | 1,423,520† | 55,410† | 65,770‡ | 548,520† |
| Asian/Native Hawaiian/ Other Pacific Islander[a,c] | 829,570 | 219,520 | 191,970 | 57,530† | 113,220† | 5,760‡ | 122,640‡ |
| Other[a,d] | 1,412,090 | 681,920 | 234,750† | 127,740† | 27,830† | 178,530‡ | 139,760† |

*Victims and Offenders By Race And Ethnic Background*

Source: <u>Violent Criminal Victimization By Race Or Hispanic Origin</u>

**Violent Victimization By Race and Ethnic Background**

The data below from the Bureau of Justice Statistics provides the rates of victimization per the <u>most recent final report</u> (2022).

## TABLE 3
### Rate of violent victimization, by type of crime and demographic characteristics of victims, 2021 and 2022

| Victim demographic characteristic | Total violent crime[a] | | Violent crime excluding simple assault[b] | |
|---|---|---|---|---|
| | 2021 | 2022* | 2021 | 2022* |
| Total | 16.5 † | 23.5 | 5.6 † | 9.8 |
| **Sex** | | | | |
| Male | 17.5 † | 23.5 | 4.9 † | 9.5 |
| Female | 15.5 † | 23.4 | 6.2 † | 10.0 |
| **Race/Hispanic origin** | | | | |
| White[c] | 16.1 † | 24.0 | 5.4 † | 9.7 |
| Black[c] | 18.5 | 21.8 | 7.7 | 9.0 |
| Hispanic | 15.9 † | 22.6 | 5.4 † | 11.0 |
| Asian/Native Hawaiian/Other Pacific Islander[c,d] | 9.9 | 13.6 | 2.9 | 4.8 |
| Other[c,e] | 45.1 | 58.9 | 9.6 ‡ | 25.6 |

*Violent Victimization By Race*

*Violent Victimization By Race And Ethnic Background*

**Offender's Percentage Share Of Crime Based on Population**

Per <u>Criminal Victimization</u> from the National Crime Victimization Survey:

Other Pacific Islander offenders (2%) was less than the share of Asian persons and Native Hawaiian or Other Pacific Islander persons in the population (7%). The share of violent incidents involving Hispanic offenders (14%) was less than the population percentage of Hispanic persons (18%). The share of violent incidents involving black offenders (25%) was greater than the population percentage of black persons (12%).

Source: Violent Crime Victims By Race And Ethnicity-Who's Victimized Most?

**Privacy Policy**

We do not collect your personal information. See our privacy policy at "About This Site."

**See More**

See more articles on crime and justice at Crime in America.

Most Dangerous Cities/States/Countries at Most Dangerous Cities.

US Crime Rates at Nationwide Crime Rates.

National Offender Recidivism Rates at Offender Recidivism.

The Crime in America.Net RSS feed (https://crimeinamerica.net/?feed=rss2) provides subscribers with a means to stay informed about the latest news, publications, and other announcements from the site.

N0865-2023

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER OF THE CITY OF NEW YORK

### SEARCH WARRANT

Proof by affidavit having been made this day before me ██████████ ████████████████████████ (i) that there is reasonable and probable cause to believe that certain

property, evidence, and records, may be found in the Google, LLC ("Google") account associated

with the email address sfpatrickmescall@gmail.com ("the Target Google Account"), and (ii) that there

is reasonable and probable cause to believe that the property, as described in greater detail below,

constitutes evidence and tends to demonstrate that a crime was committed, that a particular person

participated in the commission of a crime, and that the Target Google Account has been used, or was

possessed for the purpose of being used, to commit or conceal the commission of a crime, to wit:

Grand Larceny, P.L. § 155.30 et seq.; and Scheme to Defraud in the First Degree, P.L. § 190.65 ("the

Subject Crimes").

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to enter,

examine, search, retrieve, copy, and analyze, servers and email account(s) associated with the

Target Google Account for the below described property, records, and evidence, and if you find

such evidence or any part thereof, to bring it before the Court without unnecessary delay:

   a.  Email content. All emails sent to or from, stored in draft form in, or otherwise
       associated with the Target Google Account, including all message content, attachments,
       and header information (specifically including the source and destination addresses
       associated with each email, the date and time at which each email was sent, and the size
       and length of each email), limited to the time period of April 4, 2022 to the present;

   b.  Address book information. All address books, contact lists, buddy lists, or similar
       information associated with the Target Google Account as well as any calendar data.

   c.  Subscriber and payment information. All subscriber and payment information regarding
       the Target Google Account, including but not limited to name, username, physical

address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment (including any credit or bank account numbers), and payment history.

d.  Transactional records. All transactional records associated with the Target Google Account including all connection log data with IP addresses; all device information; all log-in, log-out, session and transactional connection logs; and records of session times or durations associated with the Target Google Account.

e.  Customer correspondence. All correspondence with the subscriber or others associated with the Target Google Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

f.  Preserved or backup records. Any preserved or backup copies of any of the foregoing categories of records, whether created in response to a preservation request issued pursuant to 18 USC § 2703(f) or otherwise.

The Court directs the email service provider, Google, to conduct the search/records check of its own records, servers, and computer systems, and, to provide the results to the New York City Police Department or the New York County District Attorney's Office, in an electronic format convenient for law enforcement. Members of the New York City Police Department or the New York County District Attorney's Office or other law enforcement personnel are not required to be present while this search/records check is conducted by the email service provider.

Further, this Court hereby authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to seize, search, retrieve, and view all the data, information, and images produced by Google, in order to locate evidence, fruits, and instrumentalities of violations of the Subject Crimes, specifically:

a.  Communications, documents or records relating to legal services or potential legal services including communication regarding legal payments, case discussions, legal analysis, litigation, planning of litigation, services provided for litigation;

b.  Communications, documents or records relating to reflecting contact or association with clients, past clients, or potential clients or referencing clients, past clients, or potential clients;

c.  Communications, documents or records relating to office space; communications or records relating to running a legal service office, legal organization, or a law firm such as business mail forwarding services, meeting scheduling applications, video conference

2

calls, conference calls, ███████ meetings, reception services, hiring of employees such as secretaries, receptionist, paralegals, attorneys or partners;

d.  Communications, documents or records relating to purchase, use, possession of legal service providers ██████████████████████████████████████████████████

e.  Communications, documents or records relating to bar admission, bar association or legal organizations;

f.  Communications, documents or records relating to filing of documents with various courts or court clerks;

g.  Communications, documents or records relating to who created, used, or communicated with the account, as well as who exercised dominion and control over the account, including records about their identities and whereabouts;

h.  Communications, documents or records relating to financial means ████████████ ██████████████████████████████████████ including communications and records relating to ██████████████████ any bank communications ██████████████████ or credit card companies;

i.  Communications, documents or records relating to ██████████████████████████ ██████████████████████████

j.  Evidence of the identity of the owner and/or user of, or individual who exercised dominion or control over, the Target Google Account, including, but not limited to, the account subscriber information, the content of messages and attachments, contact lists, notes, and calendar entries; and

k.  Evidence as to the location of the accountholder of the Target Google Account at the time of the planning, commission, or concealment of the Subject Crimes, including but not limited to, the content of communications, calendar entries, and metadata embedded in the files contained on the Target Google Account.

The warrant/order is deemed "executed" when it is served upon the email provider.

It is further ORDERED that such review of the materials received pursuant to this warrant may be deemed to be analysis and may continue for whatever reasonable time is necessary to complete a thorough review and analysis of the data and information therein.

The Court further authorizes members of the New York City Police Department and the New York County District Attorney's Office, or authorized agents thereof, to print and otherwise reproduce all the data, information, and images produced by Google by converting or copying them

into storage in another device, and to retain them for the purpose of evidentiary authentication and any potential discovery obligations in any related prosecution.

Further, pursuant to 18 USC § 2705(b), this Court orders Google not to notify or otherwise disclose the existence or execution of this warrant/order to any person (including the subscriber(s) or customer(s) of Target Google Account(s)), for an initial period of 180 days from the date of issuance of this warrant. Such period may be extended by further order of this Court.

It is further ORDERED that this affidavit and any transcript of any accompanying sworn testimony in support of this application be sealed, except that permission is granted for the District Attorney's Office to retain the original and copies of the affidavit and to obtain a copy of the minutes of any sworn testimony and for an Assistant District Attorney to disclose the affidavit and/or testimony in the course of the lawful discharge of his or her duties pursuant to a criminal investigation and/or prosecution, or upon written order of the Court.

This warrant must be executed within 10 days of the date of issuance.

Dated: New York, New York
_____

Part 1  DEC - 6 2023

4

Passwords > clio.com

attorneymescall@prospectionlaw.com

Passwords
Msbman57@@

Site
https://account.clio.com/security/personal

Notes
No note added

Edit          Delete