UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN MESCALL,

                              Plaintiff,

          v.

KAIYLN WHITTINGHAM, *et al.*,

                              Defendants.

No. 25-CV-02175 (KMK)

<u>ORDER</u>

KENNETH M. KARAS, United States District Judge:

Sean Mescall ("Plaintiff") commenced this Action on March 17, 2025.  (*See* Compl. (Dkt. No. 1).)  On April 23, 2025, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), the Court ordered the New York City Law Department, Attorney General of the State of New York, and U.S. Attorney's Office for the Southern District of New York, to provide the service addresses of several defendants in this action, and ordered Plaintiff to file an amended Complaint within 30 days of receiving that information. (*See* Order ("*Valentin* Order") (Dkt. No. 19).)  The Court also directed service on certain Defendants listed on page 4 of the *Valentin* Order.  (*See id.* at 4.)  Service information for the remaining Defendants was provided on the docket, (*see* Dkt. Nos. 28, 32, 34), and that information was served on Plaintiff on June 10, June 17, and June 20, 2025, (*see* Dkt. Nos. 31, 33, 35).  Plaintiff did not timely amend his Complaint and did not respond to the Court's subsequent order to show cause why the case should not be dismissed for failure to prosecute.  (*See* OSC (Dkt. No. 43).)  The Court accordingly dismissed this case without prejudice on March 13, 2026.  (*See* Order (Dkt. No. 46).)

On March 25, 2026, Plaintiff wrote a letter to the Court explaining that he had been moved to different jails or prisons and so may not have received the Court's mail.  (*See* Letter

from Pl. to Court ("Pl.'s Letter") (received Mar. 25, 2026) (Dkt. No. 47).)  Plaintiff's Letter also

suggested that "[n]umerous material events took place since the filing of the matter," though it is

not clear as to what these events are, and further states that "some of [his] claims may be moot"

and that his requested "injunctive relief will need to be amended" because "some facts have been

updated." (*Id.*)  Although the Court advised Plaintiff to keep the Court apprised of any changes

in his address, (*see Valentin* Order 3), and he did not until March 25, (*see* Pl.'s Letter),

considering Plaintiff's incarcerated status and the fact that he is proceeding pro se, the Court

finds cause to potentially reopen the case.  Although Plaintiff suggests he does not want to

amend his Complaint, because his Letter suggests changes in salient facts and his requested

relief, and because the Court previously ordered Plaintiff to amend, (*see Valentin* Order; *see also*

OSC), the Court sees good cause to reopen the case only if an Amended Complaint is filed.

Accordingly, it is hereby:

ORDERED that if Plaintiff intends to proceed with this Action, Plaintiff shall file an

Amended Complaint no later than 30 days after Plaintiff's receipt of this Order, naming all

Defendants in this Action, including their addresses for service, as provided in the responses to

the Court's *Valentin* Order.  The Amended Complaint should also address the deficiencies

Plaintiff's most recent letter noted in his first Complaint, including whether, in Plaintiff's words,

"the injunctive relief will need to be amended and some facts [must] be[] updated" and whether

"some of the claims" in the original Complaint "may be moot." (Pl.'s Letter.)  Considering

Plaintiff's limited means, (*see* Interim Letter Mot. 3 (Dkt. No. 18)), the Court will then order

service of the Amended Complaint on Defendants.  Failure to timely amend the Complaint may

result in dismissal with prejudice.  The Court will reopen the case upon receipt of an Amended

Complaint.

Plaintiff is also reminded that, as the Court previously ordered, he "must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so." (*Valentin* Order 3.)

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, along with a copy of his original Complaint and a copy of the docket.  The Clerk of Court is also respectfully directed to mail a copy of this Order to the personal address also provided in Plaintiff's Letter, 250 Beechwood Ave, Apt. 14A, Poughkeepsie, NY 12601.

An Amended Complaint form is attached to this Order.

SO ORDERED.

DATED:        April 21, 2026
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

**AMENDED** ▾

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☐    **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
          (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

_____

County, City          State          Zip Code

_____

Telephone Number          Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
_____

First Name              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City              State              Zip Code

Defendant 2:
_____

First Name              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City              State              Zip Code

Defendant 3:
_____

First Name              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City              State              Zip Code

Defendant 4: _____

             First Name                   Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State              Zip Code

## III.  STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

_____

_____

_____

_____

_____

_____

_____

_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| First Name | Middle Initial | Last Name |
| Street Address | | |
| County, City | State | Zip Code |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number          E-mail Address

Date          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007